DUPLICATE

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS080916
Cashier ID: kferris
Transaction Date: 05/04/2022
Payer Name: Hiram Glenn

CIVIL FILING FEE- NON-PRISONER
For: Hiram Glenn
Case/Party: D-NVX-2-22-CV-000712-001
Amount: $402.00

CHECK/MONEY ORDER
Remitter: Hiram Glenn
Check/Money Order Num: 2806
Amt Tendered: $402.00

Total Due: $402.00
Total Tendered: $402.00
Change Amt: $0.00

Filing Fee $402.00 22-cv-712

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."

22CV712



FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

MAY 4 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY