Case No. 2:22-cv-00712-RFB-BNW

Hiram Glenn Jr
  Plaintiffs,

vs

Mission Support And Test Services LLC, et al,
  Defendants.



Filed   10-28-2022

Hiram Glenn Jr

Exhibit 1

2:22-cv-00712-RFB-BNW

---

146387 / M 7138619-C

**AMERICA FIRST**
CREDIT UNION

America First Federal Credit Union
P.O. Box 9199 • Ogden, Utah 84409

PAY: One Hundred Dollars And 00/100 Cents

TO THE ORDER OF: NEVADA SECRETARY OF STATE

MEMO: HIRAM GLENN Jr.

⑆15901719⑆ ⑈103100551⑈ ⑉400131818148⑊

THIS DOCUMENT HAS A TRUE WATERMARK AND HOLOGRAM.
ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Official Check**
Cashier's Check

49-55 / 1031

No. 15901719

Date: 06/03/22
Void After 90 Days

***$100.00***

Payable through BOKF, NA EUFAULA, OK

Thayne Shaffer

---

Hiram Glenn Jr.