Exhibit 2

2:22-cv-00712



IF THIS INSTRUMENT IS DESIGNATED ON ITS FACE AS A MONEY ORDER THE FOLLOWING APPLIES:

LIMITED RECOURSE:
This Money Order will not be paid if it has been forged, altered or stolen, and recourse is only against the presenter. This means that persons receiving this money order should accept it only from those known to them, and against whom they have effective recourse.

01565

Payee's Endorsement

For information concerning this Money Order, contact MONEYGRAM PAYMENT SYSTEMS, INC

| ____ FILED | ____ RECEIVED |
| ____ ENTERED | ____ SERVED ON |

COUNSEL/PARTIES OF RECORD

NOV 04 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

PURCHASER'S AGREEMENT
You, the purchaser, agree to immediately complete this Money Order by filling in the front of the Money Order, signing and addressing it at the bottom. The terms of this Money Order bind you, your heirs, or others who receive this Money Order from you.

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within one year (three years in CA) of the purchase date, there will be a non-refundable service charge assessed where not prohibited by law. The service charge will be deducted from the face amount of this Money Order. The amount of the service charge is three dollars ($3.00) (twenty-five cents ($0.25) in CA) per month from the date of purchase, not to exceed $252 in total ($21 in CA) or such lesser amounts as may otherwise be permitted by applicable law.

RESTRICTIONS ON USE
The business or person selling this Money Order cannot use it to pay personal or business obligations.

Hiram Glenn jr

Adding to Exhibit 1

Exhibit 3                    2:22-CV-00712

# MoneyGram.

Welcome, D URANGO Logout | Change Password

11032436-AMERICA FIRST CREDIT UNION
Primary Location-11032436

Home | Search | Help |

## Item Detail

| | | | |
|---|---|---|---|
| Account Specialist : | FISERVICING 2 - Account Specialist | Reported On: | 06/06/2022 |
| Serial Number : | 159017199 | Cleared On: | 06/09/2022 |
| Customer Account : | 014-00-13181848 | Cleared Tracer Number: | 000000079592838 |
| Account Name : | AMERICA FIRST CREDIT UNION | Source of Receipt | |
| Reference Id : | #159 RAINBOW LAS VEGAS | | |
| Item Status: | Cmptd Hist Normal | | |
| Item Message: | This item has cleared | | |
| Item Amount: | $ 100.00 | | |

Processing Options:    | View Image           ⌄ |
Requested By:          | D URANGO               |
[ Continue ]           Return to Search

Contact Account Specialist

*Hiram Glenn*

Exhibit 4

Phone calls made to Secretary of State

| Date | Time | Duration |
|---|---|---|
| 5/24/2022 | 2:39 PM | 16m 53s |
| 5/27/2022 | 12:52 PM | 18m 55s |
| 5/31/2022 | 2:15 PM | 1h 2m 52s |
| 6/04/2022 | 11:21 PM | 0s |
| 6/29/2022 | 1:07 PM | 2m 47s |

check cleared on 6/09/2022

Charise called me 10/12/2022 1:47 PM

The mail is piled in a basket and the Secretary of State is under staff. They don't have a clue when they will serve the Registered agent. Called Jennifer Wells in legal of MSTS in May 2022 702-295-3660 / 702-575-1271.

Hiram Glenn