Exhibit S

2:22-cv-00712

Hiram Glenn Jr

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®
Las Vegas, NV 89146    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0013 02 |
| $ | $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.63 | |
| $ | | |
| Total Postage and Fees | $8.13 | |

Sent To: Laborer's Local No. 872
Street and Apt. No., or PO Box No.: 2345 Red Rock Street
City, State, ZIP+4®: Las Vegas, NV 89146

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Taylor Andrews

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®
North Las Vegas, NV 89030    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0013 02 |
| $ | $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | 05/05/2023 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.63 | |
| $ | | |
| Total Postage and Fees | $8.13 | |

Sent To: Mission Support and Test Services
Street and Apt. No., or PO Box No.: 2621 Losee Rd
City, State, ZIP+4®: North Las Vegas, NV 89030

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Angie Wolf

```
✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

          MAY 05 2023

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:          D.              DEPUTY
```