2:22 CV-00712
RFB BNW

```
LAS VEGAS TOWNSHIP CONSTABLE
301 E. CLARK AVENUE SUITE 100
LAS VEGAS, NV  89155
Open Monday through Thursday  7:30am - 5:15pm.
PHONE 702-455-4099   /    FAX 702-385-2436
TO VIEW YOUR CASE ONLINE -
http://cvpublicaccess.co.clark.nv.us/eservices/home.page
```

| | |
|---|---|
| Receipt Type **Case** | Outstanding Amount      0.00 |
| Receipt Number **1887601** | Receipt Date     05/10/2023 |

| | |
|---|---|
| Case Number | **23LVTC017631** |
| Description | **GLENN JR, HIRAM   VS ANDREWS, TAYLOR** |

Received From    **GLENN JR, HIRAM**

On Behalf Of    **GLENN JR, HIRAM**

**Itemized Listing:**

| Description | Amount |
|---|---|
| MAILER POSTAGE FEE | 2.00 |
| SERVICE OF SMALL CLAIMS OR SUMMONS | 17.00 |
| MILEAGE FEE $2 A MILE | 10.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| **CASH** | 29.00 | |

| | |
|---|---|
| Total Received | 29.00 |
| Net Received | 29.00 |
| Change | 0.00 |

Comments   **22CV00712RFBBNW**

| Deputy Clerk | ELIZABETHP | Transaction Date | 05/10/2023 13:32:09.43 |
|---|---|---|---|

```
✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

        MAY 10 2023

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Hiram Glenn Jr