22CV-00712
RFB-BNW

```
LAS VEGAS TOWNSHIP CONSTABLE
301 E. CLARK AVENUE SUITE 100
LAS VEGAS, NV  89155
Open Monday through Thursday  7:30am - 5:15pm.
PHONE 702-455-4099   /    FAX 702-385-2436
TO VIEW YOUR CASE ONLINE -
http://cvpublicaccess.co.clark.nv.us/eservices/home.page
```

| | | | |
|---|---|---|---|
| Receipt Type | **Case** | Outstanding Amount | **0.00** |
| Receipt Number | **1887603** | Receipt Date | **05/10/2023** |

| | |
|---|---|
| Case Number | **23LVTC017632** |
| Description | **GLENN JR, HIRAM  VS WOLF, ANGIE** |

Received From   **GLENN JR, HIRAM**

On Behalf Of    **GLENN JR, HIRAM**

**Itemized Listing:**

| Description | Amount |
|---|---|
| SERVICE OF SMALL CLAIMS OR SUMMONS | 17.00 |
| MAILER POSTAGE FEE | 2.00 |
| MILEAGE FEE $2 A MILE | 8.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| **CASH** | 27.00 | |

| | |
|---|---|
| Total Received | 27.00 |
| Net Received | 27.00 |
| Change | 0.00 |

Comments   **22CV00712RFBBNW**

| | | | |
|---|---|---|---|
| Deputy Clerk | ELIZABETHP | Transaction Date | 05/10/2023 13:32:33.46 |

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 10 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

*Hiram Glenn Jr*