Exibit 3

AOS
Your Name: Hiram Glenn Jr
Address: 1841 Drifters Peak St.
Las Vegas, NV 89144
Telephone: 702-929-9202
Email Address: hiramglennjr yahoo.com
Self-Represented

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 03 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RG _____ DEPUTY

# DISTRICT COURT
## CLARK COUNTY, NEVADA

HIRAM GLENN JR
Plaintiff,

vs.

MISSION SUPPORT AND TESTING SERVICES LLC
Defendant.

CASE NO.: 22 CV-00712-RFB-BNW

DEPT: _____

## AFFIDAVIT OF SERVICE
*(this form is to be completed by the person who serves the documents)*

I, *(name of person who served the documents)* __A. Longo P# 9583__, declare
(**complete EVERY SECTION below**):

1. I am not a party to or interested in this action and I am over 18 years of age.

2. I was asked to serve legal documents by *(name of the party who asked you to serve the documents)* HIRAM GLENN JR . (☒ check one)
   ☐ I know this person because *(describe how you know the person, for example, "we work together," "roommates" etc.)* _____.
   ☒ I do not know the person above.

3. **What Documents You Served**. I served a copy of the (☒ check all that apply)
   ☒ Complaint ~~for~~ and Jury Demand
   ☒ Summons
   ☐ Joint Preliminary Injunction
   ☐ Other: _____

4. **Who You Served.** I served the (☒ *check one*)

   ☐ Plaintiff
   ☒ Defendant

5. **When You Served.** I personally served the documents on (*date you served the documents*) (*month*) __MAY__ (*day*) __16__, 20__23__ at the hour of (*time*) __12:50__ ☐ a.m. ☒ p.m.

6. **Where You Served.** I personally delivered and left the documents with (☒ *check one*)

   ☐ **The Party to the Case.** I served the documents on the party at the location below. (*complete the details below*)

   __WILLIAM KEPHART (GENERAL COUNSEL)__
   Name of Person Served
   __2345 RED ROCK STREET__
   Address Where Served
   __LAS VEGAS NV 89146__
   City, State, Zip Code

   ☐ **A Person Who Lives with the Party.** This is a person of suitable age and discretion who lives with the party. (*complete the details below*)

   _____
   Name of Person Served

   _____
   Address Where Served

   _____
   City, State, Zip Code

7. I am not a licensed process server; I am a natural person serving legal process without compensation, not more than three times per year, on behalf of a litigant who is a natural person, and therefore I am not required to be licensed pursuant to NRS 648.063(2) (2017 Nevada Laws Ch. 126 (A.B. 128)).

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED (*month*) __MAY__ (*day*) __16__, 20__23__

Server's Signature: ▶ __A Lonso 9583__
Server's Printed Name: __A LONSO__
Residential / Business Address: __301 EAST CLARK__
City, State, Zip: __LAS VEGAS NV 89101__
Server's Phone Number: __702-455-4099__

# OFFICE OF THE EX-OFFICIO CONSTABLE

301 E. CLARK AVE., STE. 100, LAS VEGAS, NV 89101

## CIVIL PROCESS FORM

LVTC: 017631
CASE #: 22CV00712RFBBNW
COURT DATE: 06/12/23
ZIP CODE: 89146
SERVICE FEE: $29.00

**PLEASE COMPLETE THE FOLLOWING INFORMATION ABOUT THE PERSON OR COMPANY WE ARE SERVING**

Name and Title of Person to be served. IF COMPANY CORPORATION, PROVIDE THE OWNER NAME, CORPORATE OFFICERS OR RESIDENT AGENT.

NAME OR BUSINESS: Taylor Andrews (Laborer's Local No 872)

HOME ADDRESS/Apt or Ste #/Zip Code: ____

EMPLOYER AND EMPLOYER ADDRESS: 2345 Red Rock Street LV, NV 89146

BEST TIME TO SERVE DURING NORMAL BUSINESS HOURS: HOME: ____ WORK: 8-4

PHONE # OF PERSON TO BE SERVED: HOME/WORK: ____ MOBILE: 702-841-7620

DESCRIPTION: RACE: white  SEX: Male  AGE: 42  HT: 5'6  WT: 175  HAIR: NA  EYES: NA

VEHICLE: YEAR: ____ MAKE: ____ BODY STYLE: ____ COLOR: ____ PLATE: ____

OTHER INFORMATION TO HELP US SERVE THE DEFENDANT:

**SERVED**

PLAINTIFF NAME: Hiram Glenn Jr   TELEPHONE #: 702-929-9202
ADDRESS: 1841 Drifters Peak Street Las Vegas, NV 89144

## DEPUTY WORKSHEET

DEPUTY ASSIGNED: Longo   DATE: MAY 1 1 2023

### SERVICE ATTEMPTS

1. DATE: 5/11/23   TIME: 1030   LOCATIONS: S/A
2. DATE: 5/16/23   TIME: 1250   LOCATIONS: S/D
3. DATE: ____   TIME: ____   LOCATIONS: ____

DEPUTY NOTES: NOT AT WORK, LEFT CONTACT INFO

SERVED TO WILLIAM KEPHART (GENERAL COUNSEL)

# OFFICE OF THE EX-OFFICIO CONSTABLE
# LAS VEGAS

May 17, 2023

HIRAM GLENN JR
1841 DRIFTERS PEAK ST
LAS VEGAS, NV  89144

In the matter regarding:

| | |
|---|---|
| Case#: | 23LVTC017631 |
| Defendant: | TAYLOR ANDREWS |

The paperwork for your Summons was SERVED.

Thank you for the opportunity to assist you with your case. Should you have questions or concerns in the future, please do not hesitate to contact this office.

Sincerely,

Office of the Ex-Officio Constable

By: ELIZABETHO
Office of the Ex-Officio Constable Clerk

301 E. Clark Avenue Suite 100 • Box 552110
Las Vegas, NV 89155-2110
(702) 455-4099 • Fax: (702) 385-2436