# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HIRAM GLENN, JR.,

    Plaintiff(s),

v.

MISSION SUPPORT AND TEST SERVICES LLC (MSTS)/ Upper Management and Laborer Relations Representative (Taylor Andrews), MSTS ADA Coordinator (Angelica Wolf),

    Defendant(s).

2:22-cv-00712-RFB-BNW

**ORDER**

    Before the court is defendant Angelica Wolf's request to vacate the Early Neutral Evaluation (ECF NO. 16).

    No opposition has been filed and the time to file an opposition has passed.

    Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

    Accordingly, good cause appearing,

    IT IS HEREBY ORDERED that defendant Angelica Wolf's request to vacate the Early Neutral Evaluation (ECF NO. 16), is GRANTED.

    IT IS FURTHER ORDERED that the Early Neutral Evaluation scheduled for August 2, 2023, is VACATED.

    DATED this 7th day of July 2023.

                                                                       CAM FERENBACH
                                                                       UNITED STATES MAGISTRATE JUDGE