# EXHIBIT 1

# EXHIBIT 1

**Weinberg Roger & Rosenfeld**
A Professional Corporation

3199 E. Warm Springs Road
Suite 400
Las Vegas, Nevada 89120
TELEPHONE: (702) 508-9282
FACSIMILE: (510) 337-1023
Sean W. McDonald
smcdonald@unioncounsel.net

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA●
LINDA BALDWIN JONES
ALAN G. CROWLEY
KRISTINA L. HILLMAN♣
BRUCE A. HARLAND
CAREN P. SENCER
ANNE I. YEN
JANNAH V. MANANSALA
MANUEL A. BOÍGUES▼
KERIANNE R. STEELE♣
GARY P. PROVENCHER
EZEKIEL D. CARDER▶
LISL R. SOTO
JOLENE KRAMER
CAITLIN E. GRAY
TIFFANY L. CRAIN♣
XOCHITL A. LOPEZ
DAVID W.M. FUJIMOTO
ANDREA C. MATSUOKA
ALEXANDER S. NAZAROV
SEAN W. McDONALD◀

———

KATHARINE R. McDONAGH
WILLIAM T. HANLEY
BISMA SHAHBAZ
MATTHEW J. ERLE
MAXIMILLIAN D. CASILLAS▲
CRAIG L. SCHECHTER
MICHAELA F. POSNER
ALEXANDER M. MILNE
ZACHARY D. ANGULO
JOSEPH T. ADAMIAK
HUGO GARCIA
WINNIE VIEN
AILYN GONZALEZ
SARA J. ZOLLNER

———

**OF COUNSEL**

ROBERTA D. PERKINS
ROBERT E. SZYKOWNY
ANDREA K. DON
LORI K. AQUINO●

———

**LABOR EDUCATOR**

NINA FENDEL (Retired Attorney)

———

Admitted in California, unless otherwise noted
● Admitted in Hawaii
♣ Also admitted in Nevada
▼ Also admitted in Illinois
▶ Also admitted in New York and Alaska
◀ Admitted in Nevada and Washington
▲ Also admitted in Idaho

May 12, 2023

**VIA EMAIL AND U.S. MAIL**

Mr. Hiram Glenn, Jr.
1841 Drifters Peak St
Las Vegas, NV 89144
hiramglennjr@yahoo.com

**Re: Hiram Glenn Jr. v. Mission Support and Test Services LLC, et al.
United States District Court, District of Nevada Case No. 2:22-cv-00712-RFB-BNW
Response to Summons in a Civil Action**

Dear Mr. Glenn:

This firm represents Laborers' International Union of North America, Local 872 ("Union" or "Local 872"). In that regard, the Union has forwarded to my office correspondence received from you for a response.

The Union is returning your mailing (enclosed) to you. The enclosed pages were received by certified mail on or about May 8, 2023. The first page is apparently from a lawsuit as captioned above, and a copy of a summons issued in that case more than one year ago, naming Mission Support and Test Services LLC (MSTS) as the summoned party.

Neither your summons nor complaint name the Union as a defendant. Although one of the Union's current employees, Taylor Andrews, is named as a defendant, given what is pleaded in your complaint, it appears the allegations relate to facts and circumstances that occurred before Mr. Andrews became employed by Local 872, back when he was employed by MSTS. Because the Union is not a defendant in your lawsuit and because the Union is not authorized to accept service of process on behalf of either MSTS or Taylor Andrews, the Union cannot accept the legal documents you mailed to the Union's Hall, and therefore returns them to you.

Moreover, service of a summons and complaint by certified mail is not an appropriate method of service of process under Rule 4 of the Federal Rules of Civil Procedure. I urge you to consult the rules at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. Moreover, you would be well advised to retain qualified counsel with respect to your lawsuit.

///

///

///

EMERYVILLE OFFICE
1375 55TH Street
Emeryville, CA 94608-2609
TEL 510.337.1001 FAX 510.337.1023

LOS ANGELES OFFICE
800 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90017-2623
TEL 213.380.2344 FAX 213.443.5098

SACRAMENTO OFFICE
431 I Street, Suite 201
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
220 South King Street, Suite 901
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

Accordingly, the Union and Mr. Andrews will take no further action with respect to your mailing and returns it to you.

Should you have any questions or concerns, please contact me directly.

                                          Sincerely,

                                          Sean W. McDonald

SWM:ms
opeiu 29 afl-cio(1)

cc:        Ms. Chelsy Torres (via email only)
            Mr. Taylor Andrews (via email only)

1\1363571

Hiram Glenn Jr.

1841 Drifters Peak St.

Las Vegas, NV 89144

702-929-9202

hiramglennjr@yahoo.com



```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            MAY   4 2022

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Hiram Glenn Jr., an Individual, | CASE NO.: 2:22-cv-00712-RFB-BNW |
| Plaintiff, | Court> |
| vs. | |
| Mission Support And Test Services LLC (MSTS)/Upper management, Laborer Relations Representative (Taylor Andrews), MSTS ADA Coordinator (Angelica Wolf) | **COMPLAINT AND JURY DEMAND** |
| Defendants. | |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

HIRAM GLENN Jr
_____
Plaintiff

v.        Civil Action No. 2:22-cv-00712-RFB-BNW

MISSION Support and Test Services
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MISSION Support and Test Services LLC
2621 Iosec Rd N Las Vegas, NV 89030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HIRAM GLENN Jr
1841 Drifters Peak ST
Las Vegas, NV 89144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-4-2022

Signature of Clerk or Deputy Clerk