# EXHIBIT 2

# EXHIBIT 2

DocuSign Envelope ID: EAC8F226-442E-4B9B-BB68-AB921DEF7415

DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
KATLYN BRADY, ESQ.
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
         katlyn.brady@jacksonlewis.com

*Attorneys for Defendant Taylor Andrews*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HIRAM GLENN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MISSION SUPPORT AND TEST SERVICES LLC (MSTS)/ Upper Management and Laborer Relations Representative (Taylor Andrews), MSTS ADA Coordinator (Angelica Wolf), <br><br> Defendants. | Case No.: 2:22-cv-00712- RFB-BNW <br><br> **DEFENDANT TAYLOR ANDREWS' DECLARATION IN SUPPORT OF DEFENDANT'S RULE 12(b)(5) and Rule 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

I, TAYLOR ANDREWS, declare as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein and will so testify if called upon.

2. I was previously employed by Mission Support and Test Services, LLC ("MSTS"), in the position of Labor Relations Representative.

3. I am currently employed by the Laborer's International Union of North America, Local 872 ("Local 872").

4. I was not present at Local 872's workplace when a deputy constable from the Las Vegas Constable's Office attempted to serve a copy of the Complaint and Summons in this matter.

JACKSON LEWIS P.C.
LAS VEGAS

5. I have not authorized Local 872 to accept service on my behalf nor is Local 872 my registered agent.

6. I have not authorized William Kephart to accept service on my behalf. William Kephart is not my registered agent.

7. To date, I have not been served with any Complaint and Summons directed to me in this case.

8. I am unaware of any attempt to serve me with a copy of the Complaint and Summons at my dwelling.

9. I am not now, nor have I ever been, Mr. Glenn's employer.

10. I am not a registered agent of MSTS, nor am I authorized to accept service of process on behalf of MSTS.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*TAYLOR ANDREWS*

Taylor Andrews

Dated: 8/1/2023