222 CV 00712 Hiram Glenn

FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## TEMPORARY ASSIGNMENT OFFER

**NAME:** Hiram Glenn                          **EMPLOYEE ID.#** 297263

**EMPLOYER** Mission Support and Test Services LLC

**TEMPORARY SUPERVISOR (Print Name)** Jeffrey Presser_____

**PHYSICAL LIMITATIONS:** 107/17/2019 – 10/21/2019 No lifting greater than10 lbs. No Bending, Lifting, Twisting. Sit and Stand as Tolerated.  10/21/2019-10/22/2019 Bend, lift, twist, stand, sit as tolerated

_____

_____

**TEMPORARY DUTY ASSIGNMENT:**

TITLE: Laborer II

DATE BEGINS: 10/17/2019

LOCATION: Area 6 NNSS

RATE OF PAY: regular rate of pay

TEMPORARY DUTY REVIEW DATE: 10/22/2019

DURATION OF ASSIGNMENT: date of re-evaluation – currently 10/22/2019

**TEMPORARY ASSIGNMENT DESCRIPTION:**

See attached. Standard tasks and allowing employee to bend, lift, twist, stand, and sit as tolerated. Employee has been advised to perform these tasks as tolerated, take breaks as needed, and take time with tasks as needed. If employee cannot perform an assigned task employee has been advised to ask for assistance from co-workers and/or management and not to perform the task.

☑ I accept this temporary assignment, have read and understand *the Job Description*

____ I am unable to accept this temporary duty assignment.

*Hiram Glenn*                                    10-22-19

Signature of Employee (Hiram Glenn)          Date


_____          _____

Signature of Temporary Assignment Supervisor          Date


**CONTAINS INFORMATION SUBJECT TO PRIVACY ACT.**

counsel. Accordingly, any time an MSTS employee obtains any knowledge that would lead one to reasonably believe that a government investigation or inquiry is underway; such information must be communicated immediately to your manager and to the Legal Department.

In some circumstances, an audit, inspection, or investigation may appear to be focused on a client, subcontractor, supplier, or third party. In such situations, you must contact The Legal Department and solicit guidance before you begin cooperating with the authorities involved.



### 6.2.10.3. COMPLIANCE AND COOPERATION WITH AN INVESTIGATION

Appropriate handling of government investigations is very important for the Company and all employees. Virtually all of the federal laws regulating the conduct of the Company's business including antitrust, securities, OSHA, environmental, government procurement, tax, and financial laws contain both civil and criminal penalties. The criminal penalties attach not only to the Company, but also to those individuals within the company who actually took the actions that violate the law or failed to take actions that resulted in violation of the law.

No employee should ever, under any circumstances, participate in, or be party to, any of the following actions:

- Destroying or altering any company documents in anticipation of a request for those documents from any government agency or a court;
- Lying or making any misleading statements to any government investigator in any investigation (There is a separate federal statute making such false statements to investigators a crime.); or
- Attempting to cause any other Company employee, or any other person, to fail to provide information to any government investigator or to provide any false or misleading information to an investigator.

### 6.2.10.4. YOUR RIGHTS DURING IN AN INVESTIGATION

The law guarantees all of us the right to be represented by legal counsel in any investigation or inquiry of any governmental agency. In view of the extreme technicality involved in government investigations, we feel that the Company should be represented by legal counsel and our employees should at least be made aware of the opportunity for such representation. This applies any time any government investigator contacts an employee and requests information and or response to questions.

Employees also have this right to legal counsel if the investigator contacts the employee at remote locations off Company property - such as at one's home during the evening. Any individual has the absolute right to consult

**✕ MSTS**
MISSION SUPPORT AND TEST SERVICES LLC

our policies or those of our client, the Ethics Officer should be immediately contacted before proceeding.

## 6.2.10. SUPPORTING GOVERNMENT INVESTIGATIONS

MSTS regularly responds to and interacts with innumerable laws, regulations, rules, ordinances, and restrictions on many subjects imposed by all levels of government. Normally, these are handled in a timely manner in the ordinary course of business without implications of serious governmental repercussions. However, sanctions, penalties, fines, and legal actions can be imposed by these government bodies for inaction, delays, or incorrect information.



### 6.2.10.1. YOUR ACTIONS IN AN INVESTIGATION

As an MSTS employee, your actions when involved in a government investigation will be carefully scrutinized and, if inappropriate, can cause undue legal problems for both you and the company.

It is necessary that you immediately bring any of the following circumstances pertaining to a government investigation to the attention of your manager and the Legal Department.

- Requests or subpoenas to appear before a grand jury or similar indicting authority.
- Notification or information of an investigation by authorities responsible for enforcing laws, including but not limited to the FBI, Justice Department, Offices of Inspectors General, Criminal Investigative Services, Postal Inspector, Department of Labor Inspectors, the SEC, and other similar U. S., state, local, and foreign government bodies.
- Inspections, visits, interview requests, and requests for Company documents by the FBI, Justice Department, Offices of Inspectors General, Criminal Investigative Services, Postal Inspector, Department of Labor Inspectors, the SEC, other similar U. S., state, local, and foreign government bodies and any outside attorney.
- Subpoenas and requests to testify before agencies, commissions, bodies, and other legislative and administrative bodies.
- Communications or notices received from government bodies or agencies imposing or threatening MSTS with fines, penalties, or injunctive action.

### 6.2.10.2. THE ROLE OF LEGAL COUNSEL IN AN INVESTIGATION

It is the policy of MSTS to fully cooperate with any government investigation. A condition of such cooperation, however, is that the Company be adequately represented in such investigations by its own legal

**XMSTS**

## 4.   POLICY STATEMENT ON VALUES AND BEHAVIORS

### 4.1. CORE VALUES

MSTS' vision is to be the high-hazard experimentation and mission-service provider of choice for U.S. National Security customers. To do so, we must recognize, respect, and protect the interests of our customers, partners, and fellow workers. Our core values are documented as six simple, yet key, traits that provide guidance for all we do.  These values form the foundation for all MSTS policies, procedures, and work instructions.  If a conflict is identified between any policy, procedure, or work instruction and our core values, our core values always take precedence.  MSTS' Office of President can waive requirements to follow policies, procedures, or work instructions as required in certain circumstances. However, no individual within MSTS, including the President, is authorized to ignore or fail to follow our core values.

Thus, all MSTS employees are expected to perform their work consistent with the following six core values:

4.1.1.  Always act with **INTEGRITY**.

4.1.2.  Show **RESPECT** for our customers, our mission, and each other.

4.1.3.  Earn **TRUST** by applying impeccable ethical standards and honoring your commitments to each other, to management, and to the customer.

4.1.4.  Demonstrate **HONESTY** in every communication. *in writing as in speech and other nonverbal  You are straight forward in expressing the truth without hedging.*

4.1.5.  Show **INCLUSION** in engaging our customers, partners, and coworkers. *provide equal access to opportunities and resources for people who might otherwise be excluded or marginalized, physical/mental disabilities and members of minority groups*

4.1.6.  Utilize **TEAMWORK** in everything we do. *act of including*

### 4.2. EXPECTED BEHAVIORS

In addition to the six core values, which represent the foundational expectations for every MSTS employee, MSTS expects each employee to embark on a continuous self-improvement journey in demonstrating nine behaviors which are intended to set the standard for how we get our work done. It is not anticipated that any employee will be exemplary in demonstrating all nine of these behaviors.  In addition, it is anticipated that every employee will develop themselves in a few of the nine behaviors at all times, thus, continuously improving themselves and the organization. The MSTS nine behaviors are:

4.2.1.  **CUSTOMER FOCUS** - recognize that the customer is the cornerstone of our success. Effective employees do a superb job for customers every day in quality, delivery, value, technology, and risk management. They aggressively pursue effective, efficient, and elegant solutions to difficult issues.

4.2.2.  **SERVICE LEADERSHIP** - think like a leader regardless of your job and serve as a role model for others. Use what you know to help others achieve our business objectives and deliver upon our commitments.  All leaders demonstrate passion for their work and care about the people. Each employee must be able to: 1) identify an issue; 2) articulate the solution; 3) develop an action plan to address the issue; and 4) execute the approved plan.



**MSTS**
MISSION SUPPORT AND TEST SERVICES LLC
Honeywell  **JACOBS**  SNC

www.msts-llc.com
MSTS is a DOE contractor for the Nevada National Security Site

who reports a complaint in good  faith, no matter what the outcome of the investigation. Prohibited retaliation includes demotion, suspension and failure to  hire or consideration for hire.

If internal remedies fall short of your expectations, state and federal agencies exist to assist you. Human Resources  Department personnel can direct you to the appropriate state agency that resolves complaints of discrimination, including  sexual harassment. You may also consult your local telephone directory under State Government Offices, or ask directory  assistance for the number of your state's agency headquarters, usually located in the state's capitol city. The Equal  Employment Opportunity Commission (EEOC) is the federal agency that resolves harassment claims. To contact the  EEOC, consult directory assistance or the closest office in your area or view at www.eeoc.gov.

MSTS, Human Resources Manager



**MISSION SUPPORT AND TEST SERVICES LLC**
**Honeywell  JACOBS  SNE**

www.msts-llc.com
*MSTS is a DOE contractor for the Nevada National Security Site*

## POLICY STATEMENT PROHIBITING HARASSMENT

MSTS policy and federal, state and/or local law strictly prohibit harassment because of race, religious creed, color, national origin, ancestry, sex (including pregnancy, childbirth, breastfeeding, or medical conditions related to pregnancy, childbirth, or breastfeeding), age, medical condition, marital or domestic partner status, sexual orientation, gender, gender identity, gender expression, mental disability or physical disability, genetic information, military or veteran status, or any other status or characteristic protected by applicable law. The policy applies to all company operations and subsidiaries, job applicants, employees, and third parties, such as visitors, subcontractors and or other Company-directed individuals working at a Company job site or at a client's job site with respect to harassment prevention and reporting. In locations where local law is more stringent than the provisions of this policy, local law prevails. Harassment may take many forms, including, but not limited to:

- **VERBAL CONDUCT** such as epithets, offensive or derogatory comments, unusual comments about appearance or dress, racial slurs or comments, or offensive or derogatory ethnic jokes, or unwanted sexual advances, invitations, or comments.

- **VISUAL CONDUCT** such as offensive or derogatory posters, cartoons, drawings or gestures, also to include internet and email information and communications.

- **PHYSICAL CONDUCT** such as assault, blocking normal movement or interference with work directed at an individual because of gender or other protected basis.

- **THREATS, DEMANDS AND REQUESTS FOR SEXUAL FAVORS** such as a sexual request(s) in order for an individual to keep his/her job or avoid some other loss, or an offer of job benefits in return for sexual benefits/favors.

- **RETALIATION** which is adverse action taken against an individual, for having reported harassment or participated in an investigation regarding harassment.

Under federal law, unwelcome sexual advances, request for sexual favors and other verbal or physical conduct can constitute sexual harassment when submission to such demands:

- Are implied as a condition of an individual's employment.

- Imply that employment decisions affecting the individual are contingent upon such submission.

- Interfere with an individual's work performance by creating an intimidating or hostile work environment.

MSTS managers and supervisors enforce a zero tolerance investigative and disciplinary policy, including the possibility of immediate discharge, with respect to all reported and observed instances of harassment.

Since it would be impossible to illustrate all forms of harassment, MSTS management depends on and encourages all individuals, whether affected directly or indirectly, to take action with respect to perceived harassment. All are expected to follow the procedure outlined in the MSTS Problem Resolution Statement and seek assistance as appropriate.

You may file a timely complaint with a local or corporate Human Resources representative or any member of management.

- **ALL** employees and visitors are prohibited from engaging in harassment, not just supervisors.

- **ANY** employee has the right and obligation to report harassment, whether directed at the employee or observed by the employee.

Company policy forbids retaliation against any employee who opposes <u>harassment</u> or <u>discrimination</u>, files a complaint, testifies, or participates in an investigation. No adverse action will be taken against any employee





## 2.   OVERVIEW

The fundamental ethical principles stated in Part III are intended to declare in broad terms what MSTS requires regarding ethical behavior. The purpose of these stated ethical principles is to describe in general terms our intent and our Standards of Conduct and expected compliance so that we are consistently <u>ethical</u> and <u>faithful</u> to the trust placed in us.

Part IV of this document provides MSTS's Policy Statement regarding core values, MSTS' vision, and our emphasis on <u>safety</u> and <u>health</u>.

MSTS highly values its employees and recognizes that we have <u>ethical responsibilities to our employees</u>.  Part V is a statement of MSTS's <u>ethical commitment to the workforce.</u>

Finally, Part VI is a statement of Standards of Conduct we expect to always be followed. These Standards of Conduct have been developed for the purpose of achieving the desired ethical behavior. We have mutual responsibilities and duties to our customers, to each other, and to the public. All employees are expected to adhere to the highest ethical standards in conducting their duties and to avoid even the appearance of impropriety.

## 3.   MSTS' ETHICAL PRINCIPLES

MSTS will hold in highest regard the <u>safety and health of our employees</u>, our customers, the public, and the infrastructure and assets entrusted to our care.

MSTS and our employees will always act in an ethical and legal manner according to the laws of the United States, the state of Nevada, and any other localities, states, and nations where MSTS conducts business.

Each MSTS employee is responsible for the appropriateness and consequences of their actions and pledges to be alert to help prevent mistakes in our activities. As such, employee conduct on behalf of MSTS with customers, suppliers, <u>fellow employees</u>, and the public will reflect the highest ethical standards in both action and appearance.

MSTS and its employees will be conscious of potential threats to national security, our customer's mission, and the public.  Further, employees will take immediate action to inform appropriate authorities of potential threats.

MSTS and its employees will consistently put forth their best effort to meet commitments for all work and will keep our customers informed regarding special circumstances or conflicts that can potentially affect work commitments.

**☆ MSTS**

## 1. INTRODUCTION

**From**: Mark Martinez, MSTS President

**Subject**: Introduction of MSTS Code of Conduct Handbook

My vision is a resilient enterprise offering compelling, desirable, and differentiated end-to-end user experiences: a customer-focused enterprise that not only performs, but also adeptly adjusts to accommodate an uncharted future. The NNSS will be: the right place to build new certification tools, prepared for emerging enterprise challenges, managed and operated safely and transparently, and a go-to site where people want to do work.

Together, we will be the high-hazard experimentation and mission-service provider of choice for U.S. National Security customers. Earning and maintaining the trust of our customers, partners, and co-workers is absolutely essential to delivery of this vision and to serving NNSS' interests. This handbook was developed to capture and communicate the expectations of MSTS Leadership with regard to earning and maintaining that trust.

These standards are designed to ensure that we will be faithful to ethical principles in all that we do and in how we are perceived by others. MSTS expects that these standards will be applied consistently in our actions involving each other, the public, and our customers. We take this commitment to ethical actions seriously, and therefore it is critical that these ethical principles and standards of conduct be understood and adopted as part of our day-to-day activities. Please do not hesitate to seek clarification from your manager and/or the MSTS Ethics Officer if you have a question regarding the intent and/or application of principles or standards of conduct.

This handbook is also designed to alert you to issues you may face and enable you to understand when you must obtain guidance before taking action that may have a legal impact upon the company and/or yourself. While some acts may be legal, that does not mean they are necessarily ethical. No one is authorized by MSTS to ever commit an illegal act. Individuals are always subject to prevailing laws and will be subject to legal penalties as well as company discipline for any illegal act committed as part of their MSTS employment. In addition, MSTS expects all employees to always be ethical in their actions, both external, and internal to MSTS. Please remember that difficulties resulting from questionable business conduct and ethical breaches can usually be avoided or minimized if they are recognized and appropriate advice is obtained at the onset of business dealings. If you have any questions about legal and/or ethical practices or conduct, seek guidance from your manager or the Ethics Officer, or call the ethics hotline.

It is very important that each employee be familiar with the information provided in this handbook. We appreciate your commitment to sustaining the trust we hold both individually and collectively.

# 21
Fitness for Duty
Evaluation Report







222 cv 00112 Aiken Gibson

Calendars 2016-2020

Calendar 2016

# JANUARY 2016

#24 Calendars

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 28 | 29 | 30 | 31 | 1 | 2 |
| 10 | 4 | 5 | 6 | 7 | 8 New Year's Day *Laborers Local 872 Contractual Holiday* | 9 |
| 17 | 11 | 12 | 13 | 14 | 15 | 16 |
| 24 | 18 UNION MEETING **Martin Luther King, Jr. Day** *Observed as Laborers Local 872 Contractual Holiday if notice is given by the employee no less than 48 hours prior to the holiday* | 19 | 20 | 21 | 22 | 23 |
| 31 | 25 | 26 | 27 | 28 | 29 | 30 |

**FEBRUARY 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

**TOMMY WHITE**
Business Manager/
Secretary-Treasurer

**DAVID "McHENTON" McGUIRE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DELMUTO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DESILVA**
Executive Board

**CHRIS TORRES**
Executive Board

**JOE DELUCA**
Sergeant-At-Arms

**EDDIE RENDON**
Auditor

**HENRY BAEZA**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone: (702) 452-4444
Fax: (702) 452-4262

Laborers' International Union of North America

# FEBRUARY 2016

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 31 | 1 UNION MEETING | 2 Groundhog Day | 3 | 4 | 5 | 6 |
| 7 | 8 off | 9 2:0 1-3:30 | 10 6:52 - 9:35 9:0 | 11 9:30-3 pm 7.0 | 12 cook union | 13 cook clean & union |
| 14 Valentine's Day 22.5 | 15 off Dish | 16 9:30 - 12:00 4.5 | 17 10:00 hr Start date | 18 10:00 hr Hillary Union | 19 Lincoln's Birthday | 20 |
| 21 9:00 hr Double | 22 10:00 hr Washington's Birthday | 23 10:00 hr | 24 10:00 hr | 25 10:00 hr | 26 | 27 |
| 28 10 | 29 10 | 1 | 2 10 am phase II | 3 | 4 | 5 |

**TOMMY WHITE** — Business Manager / Secretary-Treasurer
**DAVID "McCRON" McGUIRE** — President
**MARCO HERNANDEZ** — Vice-President
**"BIG LOU" DESIMIO** — Recording Secretary
**ARCHIE WALDA** — Executive Board
**MIKE DESILVA** — Executive Board
**CHRISY TORRES** — Executive Board
**JOE DELUCA** — Sergeant-At-Arms
**EDDIE RAMOS** — Auditor
**HENRY BARAJAS** — Auditor
**DAVID PRUE** — Auditor

2345 Red Rock St.
Las Vegas, NV 89146
Phone (702) 452-1540
Fax (702) 452-4562

Laborers' International Union of North America

# MARCH 2016

skogunn

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 28 | 29 | 1 | 2 Phase II 10.00 AM | 3 16.00M | 4 | 5 |
| 6 | 7 UNION MEETING | 8 | 9 | 10 | 11 | 12 |
| 13 Start Daylight Savings | 14 | 15 | 16 | 17 St. Patrick's Day | 18 Off | 19 |
| 20 First Day of Spring Palm Sunday | 21 | 22 | 23 | 24 Purim | 25 Good Friday | 26 Picnic |
| 27 Easter | 28 | 29 | 30 | 31 | 1 | 2 |

FEBRUARY 2016

APRIL 2016

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "BIG DAVE" McCUNIGO
President

MERCO HERNANDEZ
Vice-President

"BIG LOU" DeSILVA
Recording Secretary

ARCHIE WALKER
Executive Board

MIKE DeSILVA
Executive Board

CHRISSY TORRES
Executive Board

JOE DeLUCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAEZA
Auditor

DAVID PEREZ
Auditor

# APRIL 2016

**TOMMY WHITE**
Business Manager
Secretary-Treasurer

**DAVID "McUNION" McCUNE**
President

**MERCO HERNANDEZ**
Vice-President

**"BIG LOU" DESMMTO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHELSY TORRES**
Executive Board

**JOE DEMICCO**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID FRUIT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 UNION MEETING | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

MAY 2016
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

MARCH 2016
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

# MAY 2016

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 Shop 10 weeds | 3 Labor rec Barry 10 Battries 1/2 day | 4 10 weeds | 5 10 A5 Barry Cinco de Mayo | 6 | 7 |
| 8 | 9 10 wa14 weed shop **UNION MEETING** | 10 10 Shop weeds | 11 8 0 Mountain Fee | 12 Shop Pad 1/2 10 | 13 12:30-5 Zappos | 14 Osman 11:00 William Away 5:30-8:30 pm Lamb Friedly |
| 15 UCLA Payment #140000 | 16 Fee 10 wells weeds | 17 clean well 5 wear truck class 10 | 18 class 10 clean shop weeds Brit | 19 10 Abad Brett | 20 | 21 5-9 LVE Armed Forces Day |
| 22 | 23 0 | 24 10 | 25 10 LVE Briggs | 26 Putruck fee clean sha 10 | 27 | 28 Armed Forces Day |
| 29 | 30 **Memorial Day** Laborers Local 872 Contractual Holiday | 31 10 0 Port or East 10 weeds | 1 | 2 | 3 | 4 |

# JUNE 2016

**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID "McUHION" McCUNE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DESANTO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DeSILVA**
Executive Board

**CHRIS TORRES**
Executive Board

**JOE DeLUCCA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Reed Brock Street
Las Vegas, NV 89146
Phone: (702) 452-4440
Fax: (702) 452-4282

**JULY 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**MAY 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 29 | 30 OFF | 31 10 | 1 clea i need 10 | 2 Port Gastton 10 shop Roberto | 3 KEN | 4 |
| 5 DOAR NO GANT FEE | 6 DOA GANT FEE UNION MEETING | 7 10 AZ | 8 10 10AZ LVE | 9 10 20AZ | 10 | 11 KEN |
| 12 | 13 10 20AZ | 14 10 Flag Day | 15 10 | 16 10 6-9 NSTCC | 17 500 Am 10 | 18 LAT |
| 19 LAT11AM Father's Day | 20 10 SPE ABO First Day of Summer | 21 10 SPE ABO | 22 10 SPE LVE | 23 class 900 FIRE ex 10 SPE CLEAN SHOP | 24 903 | 25 |
| 26 LAT11AM | 27 LAT11AM 10 10 SPE KNT CN | 28 10 20 AZ 10 AM SPAM | 29 10 10 20AZ | 30 10 SHOP | 1 840 | 2 |

# JULY 2016

**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID "McNHON" McCUNE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DISALTO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHRIS TORRES**
Executive Board

**JOE DELUCCA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

1245 West Rock Street
Las Vegas, NV 89146
Phone (702) 452-4660
Fax (702) 452-4662

**AUGUST 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**JUNE 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 1 Marcus | 2 |
| 3 | 4 **Independence Day** *Laborers Local 872 Centennial Holiday* | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 **UNION MEETING** | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 / 31 | 25 | 26 | 27 | 28 | 29 | 30 |

# AUGUST 2016

702-3115-3293 LN racing

**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID "McHUGH" McCUNE**
President

**MEDCO HERNANDEZ**
Vice-President

**"BIG LOU" DESALVIO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DeSILVA**
Executive Board

**CHESS TORRES**
Executive Board

**JOE DELAFOSE**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4252

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 31 10 | 1 10 Shop | 2 10 shop weg Jasper | 3 10 Shop weeds 160 weeds gates | 4 10 Spe 4 shop weed | 5 800 Labor Dept | 6 |
| 7 | 8 10 Shop weeds | 9 10 otra Hill | 10 10 recruit Radio Shop | 11 10 LoRe Smn | 12 | 13 |
| 14 SPE 10 | 15 SPE 10 | 16 Spe 10 | 17 10 SPE | 18 10 SPE | 19 Pte 9:30 11:00 De vreu | 20 |
| 21 SPE 10 | 22 SPE 10 | 23 SPE 8hr 20AZ 8hr | 24 SPE 10 | 25 10 SPE | 26 Da vreuw | 27 |
| 28 10 SPE | 29 10 SPE | 30 10 SPE | 31 10 SPE send out | 1 10 Spe send out | 2 1 DR vreuw 10:45 | 3 Seal Records |

UNION MEETING

# SEPTEMBER 2016

**TOMMY WHITE**
Business Manager
Secretary-Treasurer

**DAVID "MONTON" McCUNE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DESANTO**
Recording Secretary

**ARCHIE WALKER**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHRIS TORRES**
Executive Board

**JOE DeLUCCA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4660
Fax (702) 452-4632

**OCTOBER 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**AUGUST 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 Patriot Day Grandparents' Day | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 First Day of Autumn | 30 | 1 |

Labor Day — Laborers Local 872 Contractual Holiday

NO UNION MEETING

# OCTOBER 2016

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "McTIRON" McCLURE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHRIS TORRES
Executive Board

JOE DeLUCCIA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-8400
Fax (702) 452-4632

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| 2 | 3 UNION MEETING Rosh Hashanah | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 Columbus Day | 18 | 19 Yom Kippur | 20 | 21 | 22 |
| 23 / 30 | 24 / 31 Nevada Day Halloween | 25 | 26 | 27 | 28 Nevada Day, observed | 29 |

**NOVEMBER 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

**SEPTEMBER 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

# NOVEMBER 2016

**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID "MCHITON" MCCUNE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DESANTO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHRIS TORRES**
Executive Board

**JOE DELROCCA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4552

**DECEMBER 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**OCTOBER 2016**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |

End Daylight Savings · UNION MEETING · Election Day · Veterans Day · Thanksgiving Day · Family Day

TOMMY WHITE
Business Manager
Secretary-Treasurer

DAVID "MCDINON" MCCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALTO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE McSWAY
Executive Board

CHRISTY FORTE
Executive Board

JOE DELUCCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262



Laborers' International Union of North America

# Local 872

2345 Red Rock Street, Suite 100 • Las Vegas, NV 89146-3157
Phone (702) 452-4440 • Fax (702) 452-4262



| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | POT SESION 10 | POT BOSTON 10 | SPE 10.5 | OAF Test LOKR ROW SPE SESSION (10) | 2 | 3 |
| 4  10.5 SPE 5 WTL 115 RAT 115 (10)  UNION MEETING | 12 | 13 | 6000 wss su (10) | SPE RESH FFG UTA BUCKY 315 SESSION 15 (10) | POT 6-12 | 10  n-3:30 Asbesto class |
| 11 | BATCH PLANT (6) | POT 20 (10) | DECE 7 SPE (10) Pearl Harbor Remembrance Day | 8 LOTO (10) | UTA POT hole 9 (10) | UTA POT v 12 17 WTL 105 |
| 18  POT (10) | POT 19 (10) 10.5 | POT 21 (10) First Day of Winter | POT 22 (10) | cookies NF 23 | 24 Christmas Eve LIUNA Office Closed |
| 25  Chanukah Begins Christmas Day | 26 Kwanzaa Begins Christmas Day Observed | 27 NV POTER STE MION | 28 | 29 | 30 | 31 New Years Eve LIUNA Office Closed |

2 400 pro WHITE
400

222 CV 00712 HIRANGHAN   Feb 11

**December 2016**
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

# JANUARY

**February 2017**
S M T W T F S
      1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28

Calendar
2017

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 New Year's Day 10:5 | 2 | 3 G | 4 10 | 5 10 | 6 10:5 | 7 10 |
| 8 10 G | 9 10 G | 10 G | 11 10 | 12 via shop | 13 Pat DMV | 14 |
| 15 | 16 | 17 recycles via 10 | 18 10 rescue 6912 | 19 10 TAD | 20 10 | 21 |
| 22 | 23 shop TAD 10 | 24 10 TAD | 25 TAD 10 | 26 TAD 10 | 27 | 28 |
| 29 | 30 see shop TAD 10 | 31 TAD 10 wells shop | 1 | 2 | 3 | 4 |

Martin Luther King Jr. Day

# STOREY COUNTY

The V&T Railroad was an engineering marvel. More than 50 trains a day traveled in and out of the Comstock in the mid 1870s.

## FEBRUARY

**January 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**March 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

7:00 PM b 100

$6  515.604.6524

6655 w Surberg ST

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1  10 Sql. shop | 2  10 Mercury | 3  10.5 Vita San cut Pet nail | 4 |
| 5 | 6 Dry Bd Snow fone - pot hole Christen Christen Baff | 7 Baked 10 | 8 cut Batch Pent sheeze 10 | 9 confine space 10 | 10 | 11 2845 Liddell Rd mountain Top |
| 12 | 13 Shop 10 | 14 shop 10 | 15 Exam mercury shop 10 | 16 Dog TAD shop 10 | 17 301 x-Ray centennial pts | 18 |
| 19 | 20 DR white 800 off Presidents Day | 21 mercury 10.5 | 22 10 mercury DAG ice cap | 23 10 Beef TAD | 24 DR Jensen 9:30 10 TASTC Fresh PT 12 Pr | 25 TASTC Fresh 11-12 |
| 26 | 27 Phase II audio mercury Range Barry 10 | 28 Range Barr/mercul wtl 7-7:30 12.5 | | | Mercury 65 SU/647 | |

## CHURCHILL COUNTY

Established in 1861 and named after Fort Churchill, which was named after General Sylvester Churchill, a Mexican-American War hero who was Inspector General of the U.S. Army in 1861.

# MARCH

**February 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

**April 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

Ms Hill
902
786 4345
Adoco Hearing

#006016

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 — Ash Wednesday | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 — St. Patrick's Day | 18 |
| 19 — Daylight Saving Time Begins | 20 — First Day of Spring | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

# ELKO COUNTY

Writer and commentator Lowell Thomas called Elko the last cowtown in America. Elko is the home of the annual Cowboy Poetry Gathering.

In Tonopah a young Jack Dempsey was once the bartender and bouncer at the Mispah Hotel and Casino. Wyatt Earp once kept the peace in the town.

**NYE COUNTY**

**April 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**June 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

# MAY

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 TRAINING Rescue new recruits | 2 TRAINING Rescue | 3 TAD | 4 Beef | 5 Cinco de Mayo | 6 |
| 7 | 8 Batch Plant | 9 IH Interview TAD | 10 20 AZ | 11 DAG | 12 10:30 | 13 |
| 14 Mother's Day | 15 | 16 | 17 SUB PAR | 18 UNESC | 19 Boot Volinde | 20 |
| 21 | 22 Fuel UNIT 2 | 23 Shop Fleet Truck | 24 Shop | 25 Shop | 26 | 27 |
| 28 | 29 Memorial Day | 30 UNESC | 31 UNESC | | | |

## HUMBOLDT COUNTY

With an average of 201 sunny days per year, Winnemucca one of the sunniest towns in Nevada.

# JUNE

**July 2017**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 Shop Bit / mop floor | 6 Shop Bit weed / Electricians | 7 TAD Bit | 8 Beef | 9 Beef | 10 |
| 11 | 12 Jasper | 13 Jasper | 14 P300 | 15 TAD | 16 Lobster | 17 |
| 18 Father's Day | 19 UTA | 20 UTA tent po truck | 21 Jasper First Day of Summer | 22 ICE | 23 Aslope | 24 |
| 25 | 26 McFoul | 27 Post Job UTA P300 Barn | 28 Jasper Justin | 29 Shot | 30 | |

## PERSHING COUNTY

Pershing County located in Cowboy Country features the o[...] round courthouse in the United States.

# JULY 2017

**June 2017**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**August 2017**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 Independence Day | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 Shoshone | 13 Shop 10 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## ESMERALDA COUNTY

Even though Goldfield was once the largest city in Nevada it's now the second-smallest county seat in the U.S.

**July 2017** · **AUGUST** · **September 2017**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|

## WASHOE COUNTY

The Reno Ice Pavilion once lived in Atlantic City, NJ before all 16,000 square feet of it was dismantled and moved to the big little city.

1605.5

# SEPTEMBER

## LYON COUNTY

Misfits Flats off Highway 50 near Stagecoach takes its name from the John Huston film. Huston used the privately owned area to film a complicated wild horse round up with Clark Gable, Marilyn Monroe, Montgomery Clift and Eli Wallach.

**August 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**October 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | **1** | **2** |  |
| **3** | **4** Labor Day | **5** | **6** | **7** | **8** | **9** PAD |
| **10** | **11** Patriot Day | **12** | **13** | **14** | **15** | **16** |
| **17** | **18** | **19** | **20** | **21** First Day of Fall | **22** | **23** |
| **24** | **25** | **26** | **27** | **28** | **29** | **30** |

# OCTOBER

**September 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**November 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

1605
180
1785

1606

1820.5

1820.5

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 1865 Fisher Miss shooting | 2 Shop wash wBT TAD extra pens | 3 Conference BCA (10) | 4 weeds 5:25 (10) | 5 POD Rats (10) | 6 | 7 Lantern Raise Build |
| 8 | 9 POD/uncover Apt cover (10) **Columbus Day rd rd** Lost J.C. | 10 POD/Uncover P-Tunnel Highland virus (10) | 11 Mercury Phia mask #1 614 residentials shop (10) | 12 Beef Rats (10) | 13 $1.50 DR Barton | 14 Federico |
| 15 Brian Steam Clinic | 16 Shop Rats weeds (10) | 17 Shop/weeds rail carts/B+H el LOSEE RD (10) | 18 Start LOSEE shop weeds (10) | 19 TIG Asbesto mercury (10) | 20 Rein Airport | 21 |
| 22 | 23 65-2 mercury shop (10) | 24 mask el66-5 asbestos (10) | 25 mask vertical asbesto shops (10) | 26 Beef Rats (10) | 27 Nevada Day | 28 |
| 29 Jesse 5 mars Boat | 30 Shop Rats clean UGC (10) | 31 Batch plant (10) 5 **Halloween** | N | 2 | 3 1820 total Present | 4 |

# NOVEMBER

## EUREKA COUNTY

According to an old law in Eureka, Nevada men who wear mustaches are forbidden from kissing women.

**October 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**December 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24/31 | 25 | 26 | 27 | 28 | 29 | 30 |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **1** Bcf 10 | **2** Mercury 118 pothole 10 ngd | **3** | **4** |
| **5** Daylight Saving Time Ends | **6** Mercury 118 pothole 10 Ngd | **7** 5pm 10:00 pm | **8** Sidney Off | **9** Off | **10** | **11** Veterans Day |
| **12** 3pm 9:00pm | **13** Shop Scars (10) | **14** Shop por sign pate hols (10) | **15** Shop parkins lot (10) | **16** Bccf Rots (10) | **17** | **18** |
| **19** | **20** Shop (10) | **21** Pod (10) | **22** Los EE RR 100 210 grill gorge | **23** 3268 off Thanksgiving Day | **24** | **25** |
| **26** Aot | **27** Bccf (10) | **28** Shop bart lot credit card (10) | **29** Shop recyc blue support parry hyme | **30** 10 | | |

# DECEMBER

**November 2017**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

**January 2018**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 1 | 2 |
| 10 | 11 | 12 Hanukkah Begins | 13 | 14 | 8 | 9 |
| 17 | 18 | 19 | 20 | 21 First Day of Winter | 15 | 16 |
| 24 | 25 Christmas Day | 26 Kwanzaa Begins | 27 | 28 | 22 | 23 |
| 31 New Year's Eve |  |  |  |  | 29 | 30 |

# CLARK COUNTY

Shrimp consumption in Las Vegas is more than 60,000 pounds a day -- higher than the rest of the country combined!

722 CU CONIZ HIM GION

2018 Calendar

TOMMY WHITE
Business Manager /
Secretary Treasurer

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID McCUNION
McCUNE
President

MARCO HERNANDEZ
Vice-President

TRG LOU DESALVO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DELUCCIA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 31 | 1 New Year's Day *Laborers Local 872 Contractual Holiday* | 2  10 | 3  10 | 4  10 | 5 | 6 |
| 7 | 8  10 **Union Meeting** | 9  10 | 10  10 | 11  10 | 12 | 13 Seas MC 92n |
| 14 | 15 Martin Luther King, Jr. Day Observed as Laborers Local 872 Contractual Holiday if notice is given by the employee no less than 48 hours prior to the holiday.  10 | 16  10 | 17  10 | 18  10 | 19 | 20 |
| 21 | 22  10 | 23  10 | 24  92n seas | 25  10 | 26 | 27 |
| 28 | 29  10 | 30  10 | 31  10  6 | | 3 | 3 |

# FEBRUARY 2018

*"Las Vegas Ballpark, ... will be the future home of the Las Vegas 51s."*

MARCO HERNANDEZ
Vice-President Laborers Local 872

TOMMY WHITE
Business Manager
Secretary-Treasurer

DAVID "MCUNION"
MCCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DeLUCCIA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 4 | 5 | 6 | 7 | 1 | 2 | 3 |
| 11 | **Union Meeting** 12 | 13 | 14 St Valentine's Day Ash Wednesday | 15 | 9 Groundhog Day | 10 |
| 18 | Lincoln's Birthday 19 | 20 Washington's Birthday | 21 | 22 | 16 Chinese New Year | 17 |
| 25 | President's Day 26 Laborers Local 872 Contractual Holiday | 27 | 28 | 23 | 24 | |

171

# MARCH 2018

FRANCES PERKINS
Secretary of Labor

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "MCUNION" MCCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DELUCCI
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4252

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 4 | 5 | 6 ⑩ | 7 ⑩ | 1 ⑩ Laborers Local #872 81st Anniversary | 2 | 3 |
| 11 Brain cui KuRV Daylight Savings Begins | 12 ⑩ Union Meeting | 13 21 SMC ⑩ 60 PD | 14 ⑩-5 WTL Batch | 8 ⑩-5 WTL DAG | 9 SLS wine taste | 10 |
| 18 Atlas | 19 ⑩ | 20 JASPER ⑩ First Day of YGC Spring | 21 WBT Picture ⑩ | 15 Foster 10-10:30 catering ⑩ | 16 200 transfer LVCC union 12:30 MF | 17 union 8:00 am St. Patrick's Day |
| 25 Palm Sunday | 26 ⑩ mercury @ | 27 DAG 65.00 AOT ⑩ | 28 shop ⑩ CruisR | 22 Lathers B Day BCC ⑩ | 23 | 24 FCH BPO CCIC |
| | | | | 29 WBT shot 400 BM WHITE ⑩ | 30 Foster 11:30 Good Friday | 31 meeting |







TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID McCUNIGE
McCUNE
President

MARCO HERNANDEZ
Vice-President

'BIG LOU' DESALVO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DeSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DELUCIA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

# JUNE 2018



**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID McCUNION**
McCUNE
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DESALVIO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DeSILVA**
Executive Board

**CHELSY TORRES**
Executive Board

**JOE DELUCCIA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

# JULY 2018

Character Defamation
Maintenance

Dodge Caravans
Jeep Cherokee



# SEPTEMBER 2018

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "McCUNE" MCCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVO
Recording Secretary

ARCHIE WALDMAN
Executive Board

MIKE DeSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DELUCCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

**AUGUST 2018**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**OCTOBER 2018**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | **1** |
| **2** | **3** NO UNION MEETING Labor Day Laborers Local 872 Contractual Holiday | **4** | **5** | **6** | **7** | **8** |
| **9** Rosh Hashanah Grandparents Day | **10** | **11** Patriot Day | **12** | **13** | **14** | **15** |
| **16** | **17** | **18** | **19** | **20** | **21** | **22** First Day of Autumn |
| **23** | **24** | **25** Yom Kippur | **26** | **27** | **28** | **29** |
| **30** | | | | | | |





# NOVEMBER 2018

**TOMMY WHITE**
Business Manager
Secretary Treasurer

**DAVID T. McCUNE**
McCUNE
President

**MARCO HERNANDEZ**
Vice-President

**BIG LOU DESALVO**
Recording Secretary

**ARCHIE WALDO**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHELSY TORRES**
Executive Board

**JOE DeLUCCIO**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Rock Creek Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4262

# DECEMBER 2018

**TOMMY WHITE**
Business Manager
Secretary-Treasurer

**DAVID "M" CUNION**
**McCUNE**
President

**MARCO HERNANDEZ**
Vice-President

**TRIO LOU" DESALVIO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DaSILVA**
Executive Board

**CHELSY TORRES**
Executive Board

**JOE DELUCCIA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

2345 Red Rock Street
Las Vegas NV 89146
Phone (702) 452-4445
Fax (702) 452-4262

**NOVEMBER 2018**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

**JANUARY 2019**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Chanukah Begins | | | | | asbesto 7-3:30 | 1 X-mas |
| 2 $150 | 3 Serg Ted (10) | 4 Ted Josh (10) | 5 Ted Serge (25) | 6 Serge Ted (25) | 7 Pearl Harbor Remembrance PU asbestos coolight | 8 asbesto 7.00 |
| 9 cricket 10 to 1-5 25 Serge (10) Burel | 10 (25) Serge Burel (10) | 11 Serge Burel | 12 904 Robert onu O'chris insart (10) | 13 Sears 904 (10) | 14 ADT install sears cxl CSU plumming Headboard | 15 |
| 16 | 17 904 (10) Brek | 18 Beef 904 (10) | 19 904 class (10) | 20 Head 904 (10) Rebate | 21 P.R Barron 9.45 Archie 11:00 Dentist First Day of Winter | 22 20 wes Pcluvcg |
| 23 CASH ORDER 1-4 30 lowes | 24 Christmas Eve  31 New Year's Eve | 25 Christmas Day Laborers Local 872 Contractual Holiday (1) Fed 50% Jason | 26 (10) DORMS Kwanzaa Begins | 27 (10) Dorm | 28 America's Dent 6.15 12:00 (1) lowes pw | 29 RC 6th 4:00 Dorms |

# JANUARY

2019 Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | New Year's Day | | | | |
| | | | | | | |

**ALLYSON ADAMSEN**

Age: 13

Hobbies:
Reading, writing

Sponsor:
Joe Suarez, Ted
Warehouse
Operations



Charles Darrow first developed the Monopoly game in 1933 and is based on Atlantic City, New Jersey.

NEVADA NATIONAL
SECURITY SITE

# FEBRUARY

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 150 | Change Adairs Shop House Fridge | nock Dorms Fee Rebirth | Stock Command Dom JTSC | FCC Left at 2:30 Mike Call-fee RTT | Sunset 9-11 **1** | Groundhog Day **2** |
| **3** (10) | Dorm FCC Roberts **4** (10) | Caron **5** (10) | DOPH Fee Rebirth **6** (10) | Dorm FCC Rebecca **7** | Storm Rain **8** | **9** |
| CRICKet **10** | Dorm FCC Roberts **11** (10) | Dorm (10) Nigel Robert Fusion **12** | SCGFS ENC move up Sarah **13** | Valentine's Day Free Robotic Dorm **14** | 12:30 Temple leak in nov **15** | Rent **16** |
| **17** Presidents Day 1:00 Renew member | FCC Rebecca Dorm BTW **18** | Open Reg Reg Dorm **19** (10) | FCC Rebecca Aero B-P S-10 FS **20** (10) | Close FCC Rebecca Dorm **21** (10) | Sear Furnace install Renew nov **22** | Sear t/n Tony scruffro **23** |
| **24** Shower set up Clear Dorm Reg FS Rec (10) | FCC Rebecca Dorm (10) ASL Shovel **25** | Dog Dorm **26** **27** Amera Fit | **28** (10) | Sear 8-10 AM | 1 | 2 scruffro |
</br>

The original Monopoly die-cast tokens were inspired by Darrow's nieces who recommended metal charms from charm bracelets be used.

**January 2019**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**March 2019**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

# MAYA DAVIS

**Age:** 7

**Hobbies:**
Baseball, bike riding

**Sponsor:**
Fred & Rebecca Davis,
RadCon/EIP



NEVADA NATIONAL
NNSS
SECURITY SITE

# MARCH

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 Daylight Savings Begins | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 St. Patrick's Day | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

Darrow first manufactured and sold the Monopoly game in local Philadelphia department stores.

**February 2019**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

**April 2019**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

# SAVANNA BRONSON

Age: 16

Hobbies: Reading

Sponsor:
Jessica Bronson,
Administration



NEVADA NATIONAL
**NNSS**
SECURITY SITE

# APRIL

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|





The Monopoly game is currently published in 47 languages and sold in 114 countries.

## ALEXANDRIA BUCY

Age: 16

Hobbies:
Volleyball & Music

Sponsor:
Debbie Mavros,
Compliance

NEVADA NATIONAL
NNSS
SECURITY SITE



# JUNE

The three most-landed-on properties in the standard Monopoly game are Illinois Avenue, "Go", and B&O Railroad.

## CATELYNN ISTLE

Age: 7 Tourette Syndrome

Hobbies:
Ballet, Swimming & Writing

Sponsor:
John Istle,
Software Engineering



NEVADA NATIONAL NNSS SECURITY SITE



# KYLIE BUTLER

Age: 4

Hobbies:
Coloring & Swimming

Sponsor:
William Butler,
Site Services

NEVADA NATIONAL
NNSS
SECURITY SITE



# SEPTEMBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**JOANNA GELSTHORPE**

Age: 6

Hobbies: Swimming & no2

Family Time #1 95

Sponsor: John Gelsthorpe, Policy & Special Projects

August 2019

October 2019

NEVADA NATIONAL
NNSS
SECURITY SITE

In 2008, nearly 3,000 Monopoly fans around the world united to set the world record for the most people playing the game at the same time.

# OCTOBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

Over 5,120,000,000 little green houses have been "constructed" since the MONOPOLY game was first introduced in 1935.

September 2019
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

November 2019
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

# MIKAYLA WORD

Age: 14

Hobbies: Reading, Writing & Soccer

Sponsor:
Wayne Word, OS&IH
Technical Operations

NEVADA NATIONAL

NNSS
SECURITY SITE

# NOVEMBER

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | Filter.<br>PG&G Dr.<br>**1** | Oye>t Block<br>**2** |
| **Daylight Savings Ends**<br>hit red<br>rock<br>**3** | 904<br>Anthoat<br>yaz nike<br>(10)<br>**4** | 904<br>Recycable<br>(10)<br>**5** | DOORRS<br>DOORRS<br>ROCC<br>**6** | DORMS<br>Louis Lo<br>(10)<br>**7** | **8** | **9** |
| **10** | **Veteran's Day**<br>10:30<br>Turoticle<br>**11** | H05 CC<br>Trailor (10)<br>Ocnrd<br>Dorns<br>Loui Lo<br>**12** | 143<br>napan<br>msc<br>(10)<br>**13** | MB3 (10)<br>143 (10)<br>Moved with<br>Aoili<br>**14** | 8:30 - 9<br>Bradford<br>**15** | Wee wee<br>oil<br>**16** |
| **17** | 143<br>gave<br>Nph<br>(10)<br>Snove kise<br>turn kise<br>**18** | Talk Ted<br>Call Heimr<br>Ruo<br>(10)<br>**19** | 143<br>open nral<br>(10)<br>**20** | 143 Angic doot U.A<br>Flcone Date<br>help with Fu wrho<br>(10)<br>**21** | OL Roxel<br>**22** | Appea1<br>**23** |
| 143<br>Dog<br>(10)<br>Anotic<br>**24** | 143<br>Dog<br>(10)<br>Anotic<br>**25** | 143<br>(10)<br>**26** | (5)<br>(10)<br>**27** | **Thanksgiving Day**<br>(10)<br>**28** | **29** | **30** |

## October 2019
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## December 2019
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

You have a 64% chance of landing on one of the Railroads each time you go around the board.

# TAYLA SIRIN

**Age:** 11

**Hobbies:**
Swimming

**Sponsor:**
Terry Sirin,
Mechanical/Fire/
Electrical/I&C

NEVADA NATIONAL
NNSS
SECURITY SITE

Water
Bill





222 cv 00712 RFB RANGERS

# JAN 2020

**cold war patriots** ★ coldwarpatriots.org
Founded by Professional Case Management

Calendar 2020

## December 2019
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## February 2020
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | | SATURDAY |
|---|---|---|---|---|---|
| | | Dec. 31 | 1 New Year's Day | 2 | 4 |
| 5 | 6 UIA | 7 UIA | 8 UIA / 7:30 Grogan ict me know when to they will talk 11:30 Ryan I told him the the bottله yesterday | 9 UIA | 11 1955: AEC announces Power Demonstration Reactor Program to begin constructing and operating experimental reactors. 10 |
| 12 1951: Federal Civil Defense Administration established. | 13 UIA | 14 | 15 mercury Hut 9:00 octow truck # Type check to 6, Gran po chse Electrple WO new Jeff + Sal 16 | | 18 |
| 19 1975: AEC activities assumed by Energy Research & Development Administration. | 20 Martin Luther King Jr. Day UIA off | 21 Labor Relations EEC written RED marching clean front Bthurcd cmanshd rats | 22 | 10 UIA 23 Tour W 36 T | 25 1939: Uranium atom split for the first time in the U.S. |
| 26 Late DIED | 27 1967: Outer Space Treaty signed, banning nuclear weapons in space. hearing 10:30 Tour morral Gr | 28 | 29 Swap Trucks | 30 | Feb. 1 |
| | 31 1950: Truman approved H-bomb development. | | | | |

# FEB 2020 

**cold war patriots** — Founded by Professional Case Management

1.866.307.1622 ★ coldwarpatriots.org

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | Jan. 28 | Jan. 29 | Jan. 30 | Jan. 31 | 1 |
| 2 Groundhog Day | 3 | 4 1945: Yalta Conference meeting of the "Big Three." | 5 | 6 | 7 | 8 |
| 1945: Los Alamos received the first sample of Hanford-produced plutonium. | | | | | | |
| 9 | 10 | 11 | 12 | 13 | 14 Valentine's Day | 15 |
| 16 | 17 Presidents' Day | 18 | 19 | 20 | 21 | 22 |
| | 1943: Construction begins on Y-12 in Oak Ridge, TN. | | | | | |
| 23 | 24 | 25 | 26 Ash Wednesday | 27 | 28 1954: "Shrimp" device thermonuclear weapon test successful. | 29 |

January 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

March 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

*Handwritten notes present throughout the calendar (e.g., "9i?o?ot Truck", "8:30 OC red", various markings).*

**MAR 2020**

cmoc
313 405
4299

1.866.307.1622 ★ coldwarpatriots.org

cold war patriots™
Founded by Professional Case Management

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **1** 1949: The AEC announces the selection of site in Idaho for the National Reactor Testing Station. | **2** 1956: The movie "Uranium Boom" is released. claus weed | **3** off Shot | **4** Lewis Steve called me a bitch an you should be walking | **5** THURSDAY class times 1946: "Sinews of Peace" Iron Curtain Speech by Winston Churchill. | **6** 9:00 Attorney | **7** |
| | claus weed not 10 | I stok h5 Bgyt | 10 | recon 10 | | |
| **8** Daylight Savings Time Begins | **9** 10 10 | **10** 10 | **11** 10 | **12** 10 | **13** | **14** |
| **15** | **16** 10 | **17** St. Patrick's Day SCCFY 10 1945: Operation Doorstep-16 Kiloton at Nevada Test Site. Were viint cleanup 1:30 Appeal | **18** 1945: Operation Doorstep-16 10 cleanup 10 | **19** 10:00 908 aircel lift | **20** 9:00 Attorney call | **21** 1947: Truman's Loyalty Program created to catch Cold War spies. |
| **22** | **23** 10 | **24** off | **25** off | **26** off | **27** | **28** |
| **29** | **30** 10 | **31** off 289 10 mzq | Apr. 1 | Apr. 2 First Day of Spring | | |

February 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

April 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

# APR 2020



1.866.307.1622 ★ coldwarpatriots.org

**cold war patriots™**
Founded by Professional Case Management

March 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

May 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | Mar. 31 | **1** April Fool's Day | **2** | **3** | **4** Trinity Site open to the public twice a year - first Saturday in April and October. |
| **5** Palm Sunday | **6** | **7** 1977: President Carter bans plutonium recycling; breeder reactor program ended. | **8** Passover Begins | **9** | **10** Good Friday | **11** |
| **12** Easter Sunday 1977: President Carter bans plutonium recycling; breeder reactor program ended. | **13** | **14** | **15** Tax Day | **16** Last Day of Passover | **17** 1961: Start of Bay of Pigs Invasion | **18** |
| **19** | **20** | **21** | **22** 1904: J. Robert Oppenheimer's birthday | **23** | **24** | **25** |
| **26** | **27** | **28** | **29** | **30** | May 1 | May 2 |

# MAY 2020

**cold war patriots™**
Founded by Professional Case Management

1.866.307.1622 ★ coldwarpatriots.org

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | Apr. 28 | Apr. 29 | Apr. 30 | 1 | 2 |
| 3 — Finally 141119 | 4 — 3:30 Dana | 5 — Cinco De Mayo | 6 — National Nurses Day; 1962: Operation Dominic–Only U.S. test of an operational ballistic missile with live nuclear operational warhead. | 7 | 8 | 9 |
| 10 — Mother's Day; 1949: Berlin Blockade lifted, resulted in the creation of two separate German states. | 11 | 12 — 1949: Berlin Blockade lifted, resulted in the creation of two separate German states. | 13 | 14 | 15 | 16 — Armed Forces Day |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 — Memorial Day; 1953: Atomic Cannon Tests at Nevada Test Site. | 26 — bught fill up; on account; first gas stand | 27 — Gabe 6:30 AT | 28 — 1957: First of 24 detonations for Operation Plumbbob nuclear test at Nevada site. | 29 | 30 |
| 31 — Boot in/out in cafe | | | | | | |



April 2020
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

June 2020
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |







# JUNE 2020

**cold war patriots** — Founded by Professional Case Management

1.866.307.1622 ★ coldwarpatriots.org

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| May 31 | 1 — 1950: The AEC begins construction of the Paducah Gaseous Diffusion Plant. | 2 | 3 | 4 | 5 | 6 — 1989: FBI served DOE with a search warrant and raided Rocky Flats facility due to unsafe conditions. |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 — Flag Day | 15 | 16 | 17 | 18 | 19 | 20 — First Day of Summer |
| 21 — Father's Day | 22 | 23 | 24 — 1948: Stalin instituted the Berlin Blockade, preventing food and supplies from arriving in West Berlin. | 25 — 1988: Hanford site proposed for inclusion on the National Priorities List. | 26 | 27 |
| 28 | 29 | 30 | July 1 | July 2 | | |

# cold war patriots™
Founded by Professional Case Management

## 1.866.307.1622 ★ coldwarpatriots.org

# JULY 2020

INTENTIONAIIN

IRS . GOV

18865

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | June 30 | **1** COULD Clean 1946: "Able" test of "Operation Crossroads" was the first public demonstration of America's atomic arsenal. | **2** Buen PiCkED up | **3** | **4** Independence Day |
| **5** 902 818 8369 AC post work inspection 85 ^A | **6**  | **7**  | **8**  | **9**  | **10** 1951: Ground was broken on the first building of the Rocky Flats Plant.  | **11** |
| **12** F/CT MODIFICATE | **13**  | **14** NeW LAbES JP  | **15** LoTER safe On RESPOT | **16** 1945: First nuclear weapons test of an atomic bomb at the Trinity site in New Mexico.  | **17** 1955: Arco, Idaho becomes the first town powered by a nuclear power plant. SKIP | **18** |
| **19** | **20** Front DesF Boots 1:45 | **21** | **22** | **23** 4:15 | **24** | **25** 1946: "Baker" U.S. conducts first-ever underwater nuclear explosion. |
| **26** | **27** | **28** T TAK 10:30 | **29** | **30** | **31** 8 - 10 Bill Duct LoFE IN10 8:45 Aug. 1 | |









# AUG 2020

## cold war patriots™
Founded by Professional Case Management

**1.866.307.1622** ★ **coldwarpatriots.org**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | July 28 | July 29 | July 30 | July 31 | 1 — 1946: Truman signs the Atomic Energy Act. |
| | | #Foundation 085632 115.00 | | | | |
| 2 — 1939: Einstein warns Roosevelt that Germany is developing on atomic bomb. | 3 | 4 — 1977: President Carter signs the Department of Energy Organization Act. | 5 — campfire space 1963: Limited Test Ban Treaty signed, prohibiting all test detonations of nuclear weapons except underground. peaches | 6 — 1945: U.S. drops 20 kiloton "Little Boy" atomic bomb on Hiroshima. | 7 | 8 |
| 9 — 1945: U.S. drops 22 kiloton "Fat Man" atomic bomb on Nagasaki. | 10 — Bruce safte acred | 11 — 1971: Congress authorized the AEC to conduct alternate energy research projects. lunch light | 12 — Day 1 | 13 — 1961: East Germany begins construction of Berlin Wall. | 14 | 15 |
| 16 | 17 — 1896: General Leslie Groves' birthday. | 18 — Dr Rosen 6.0 | 19 — no air 2-9 | 20 — 5.0 | 21 | 22 |
| 23 — Sir G earli B with B bed | 24 — setup shop lem | 25 | 26 — NV | 27 — eye 2.15 | 28 — 1958: Operation Argus/First detonation of a nuclear weapon in outer space. | 29 |
| 30 | 31 | | | | | |

July 2020 / September 2020












No engagement or consolidated

**OCT 2020**

ns
2og
468 $

110.95 1896

N2l 402
5555

# cold war patriots™
Founded by Professional Case Management

## 1.866.307.1622 ★ coldwarpatriots.org

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | Sept. 29 | Sept. 30 | **1** LVac Freeze | **2** | **3** Trinity Site open to the public twice a year – first Saturday in April and October. |
| **4** 105632 # | **5** Late shift 120- fri (1) | **6** 1947: The AEC first investigates the possibility of peaceful uses of atomic energy. (10) | **7** 1957: International Atomic Energy Agency inaugurated in Vienna. T-2 MINE 17.5 DAF | **8** (10) | **9** | **10** |
| **11** 1974: President Ford signs Energy Reorganization Act, thereby closing the AEC. CYWIAW | **12** Columbus Day #6505490 DAF close Parking (10) | **13** coyote DAF caught Litter (10) Pu | **14** Litter (10) Pu | **15** A6 silica 1-2 (10) | **16** work | **17** 1945: Norris Bradbury succeeds Oppenheimer as director of the Los Alamos facility. |
| **18** Adam Borcedan 5u1 | **19** 1942: Oppenheimer appointed to coordinate scientific research of Manhattan Project. Shey RC Wiley (10) | **20** San Diego Seattle 1228 $1950.00 costeo Lowe's (10) | **21** 1939: First meeting of S-1 Uranium Committee. Later evolves into Manhattan Project. 6:30 - 5:30 Hot works 8-10 web et (10.5) | **22** (10.5) | **23** | **24** CDG |
| **25** | **26** foundation (10) | **27** HAZ (10) | **28** (10) | **29** America First Fire extinguished 6:30 - 5:30 | **30** Official 12th Annual Cold War Patriots' National Day of Remembrance. | **31** Halloween 1952: First "Operation Ivy" multi-megaton bomb tested. |

September 2020 / November 2020

# NOV 2020

cold war patriots
Founded by Professional Case Management

1.866.307.1622 ★ coldwarpatriots.org

943 0967 Tyone Foundation
#11632
0643

Tews
$643

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| **1** 1952: U.S. tests first hydrogen bomb.  LVAC Freeze | **2** 1952: Operator withdraws first product at Paducah Gaseous Diffusion Plant and ships it to Oak Ridge.  (10) ROOM 124 | PIZZA TUESDAY **3** Election Day  NV Power  230 (13)  4-5:30 124  Room 124 | **4**  Sandwich  (10)  MOSF | **5** MOMS  (13) | **6** | **7** |
| Daylight Savings Ends | | | | | | |
| **8** | **9** 1989: Fall of the Berlin Wall, representing the symbolic end of the Cold War.  Sears Weeb  $81 (10) TR 0643 | **10**  HazWaste NLV 8-5  Cricke $968 | **11** Veterans Day  Los Alamo scientis with missing limb | **12** | **13** Shop your list 14  $28 | 14 |
| **15** 1942: Construction of the Pantex Plant completed.  ADT  $5500 | **16** 1942: Oppenheimer selects Los Alamos as "Site Y". | **17** | **18** 1952: Groundbreaking for Portsmouth Gaseous Diffusion Plant begins. | **19**  Enterprise | **20** CSU 21  Lahigan | 21 |
| **22** | **23** | **24**  $268  Hune 0743 | **25** | **26** Thanksgiving Day | **27**  Lowes/Costco | **28** |
| **29** | **30** | Dec. 1 | Dec. 2 | Dec. 3 | | |

SAN DIEGO

# DEC 2020

**cold war patriots™**
Founded by Professional Case Management

1.866.307.1622 ★ coldwarpatriots.org

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| Nov. 29  until he get Nov. 30  Forget | | 1  1950: Kentucky Ordnance Works site in Paducah selected for new uranium enrichment plant. | 2  1942: Fermi produces first nuclear chain reaction. | 3  1989: George H. W. Bush declared the Cold War was over at the Malta Summit.  Pat  Hilare and  John T hiding in Bathroom | 4 | 5 |
| 6  hecting  Eric Pat  Julian 8:00  he did it for  a head count  John left Thursdy | 7  Pearl Harbor Remembrance Day | 8  1953: Dwight D. Eisenhower's "Atoms for Peace" speech. | 9 | 10  Hanukkah Begins | 11 | 12 |
| 13 | 14  D Bus  G man  about  rest  (O) | 15 | 16 | 17 | 18  Hanukkah Ends  3-7  Rod Bell | 19  Rod bell  11-7 |
| 20 | 21 | 22 | 23 | 24  Christmas Eve  ✓ | 25  Christmas Day | 26  Kwanzaa |
| 27 | 28 | 29 | 30 | 31  New Year's Eve | | 1944: First "official" batch of irradiated fuel elements from Hanford B Reactor was processed. |

November 2020

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

January 2021

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

222 CU 00012 #IPan 6/JWA

Calendar 2020

# JANUARY 2020

TOMMY WHITE
Business Manager
Secretary-Treasurer

DAVID "McHUGH" McCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVIO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DeSILVA
Executive Board

CHRIS TORRES
Executive Board

JOE DELUCCIA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4832

Laborers' International Union of North America

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 29  1,4,5,50 | 30 | 31 | 1 New Year's Day | 2 | 3 | 4 |
| 5 was told to see Tom Thus if I found rental | 6 rubble roads SE corner UIA Aften K&S Request UNION MEETING | LtR R pick GSC about Truck Ange Calf | 8 Needs SW put shoes back ⑩ hard hats Julian BOGA Robbs fix him up UCO Stay told 11CC Drain hanger GRD | BING Batch | | 11 |
| 12 | 13 Conduct Operating TBD May I | 14 | 15 Semi Traffic | 16 List Four Julian ⑩ Blower | 17 | 18 |
| 19 | 20 Martin Luther King, Jr. Day  ⑩ UIA | write up pid F get Truck ⑩ | 22 Concrete Pinons Anyer date Weeds/street ⑩ 10.5 | 23 Pick red records Paula IH FH Test Dantrust no pics CR ⑩ | 9.00 5h c/19 | 25 Chinese New Year |
| 26  W/91,99,91 Pick KY Plugs 6:30-2:00 Slyno is 210 10.3 D Hcumn | 27 Fire Drill Angle about fuck HcCMM | 28 Training Took Truck TRade EC | 29 Weeds Both house Clean triple | 30 Need 1st pole wash cell sheet ⑩ | Central 131.00 9.00 DR Badford | 31 |

FEBRUARY 2020
S M T W T F S
                    1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

DECEMBER 2019
S M T W T F S
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

# MARCH 2020

TOMMY WHITE
Business Manager
Secretary-Treasurer

DAVID "MCINTOSH" McCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALVIO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DeSILVA
Executive Board

CHEST TORRES
Executive Board

JOE DELVECCHI
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PROUT
Auditor

22845 Red Rock Street
Las Vegas, NV 89145
Phone (702) 452-4440
Fax (702) 452-4222

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 via | 2 **UNION MEETING** Laborers Local 872's 83rd Anniversary | 3 off | 4 stress stress called a bitch 10 | 5 via | 6 | 7 |
| 8 **Start Daylight Savings** | 9 Segas | 10 Gas Tool rent state Punk 10 | 11 Talked about her hat wife Bitch | 12 10 (Wipe Down) | 13 | 14 |
| 15 Segas | 16 10 | 17 Hearing 10 | 18 10 | 19 10 Area lift | 20 | 21 |
| 22 | 23 10 | 24 **St. Patrick's Day** 10 | 25 10 | 26 10 **First Day of Spring** | 27 | 28 |
| 29 10 | 30 10 | 31 10 | 1 10 | 2 10 | 3 | 4 |

# APRIL 2020

**TOMMY WHITE**
Business Manager/Secretary-Treasurer

**DAVID "McCINE" McCCINE**
President

**MARCO HERNANDEZ**
Vice-President

**"BIG LOU" DESALVO**
Recording Secretary

**ARCHIE WALDEN**
Executive Board

**MIKE DeSILVA**
Executive Board

**CHRIST TORRES**
Executive Board

**JOE DeMICCA**
Sergeant-At-Arms

**EDDIE RAMIREZ**
Auditor

**HENRY BAKER**
Auditor

**DAVID PRUITT**
Auditor

234 Red Rock Street
Las Vegas, NV 89146
Phone: (702) 452-4440
Fax: (702) 452-4282

www.
LABORERS SPRING
fringe.org

TW 203-804-26471
180

| | MAY 2020 |
| --- | --- |
| | S M T W T F S |

| | MARCH 2020 |
| --- | --- |
| | S M T W T F S |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
| --- | --- | --- | --- | --- | --- | --- |
| 29 | 30 | 31 | 1 April Fool's Day — Ricco Beck Days | 2 — Ricco Beck Fee Day Fees | 3 | 4 |
| 5 | 6 | 7 $62.21 ATT | 8 | 9 — pawn | 10 #HOZ MATH | 11 |
| 12 Palm Sunday — WTL Beck Hoist ft | 13 UNION MEETING — WTL Beck Hoist ft | 14 WTL Beck w/ Hoist ft coup | 15 Ricco out President Mars 3.50 | 16 needs | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 Earth Day — Fence | 30 USAccess Finger Print | | |

Easter

Good Friday

Pesach (Passover)

Take our Daughters and Sons to Work Day

**Memorial Day**
Laborers Local #72 Contractual Holiday

# MAY 2020

#150

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "MCHINO" MCCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESMARAIS
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHRISTOBER
Executive Board

JOE DEDUCCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAEZA
Auditor

DAVID PRICE
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-8244
Fax (702) 452-4233

**APRIL 2020**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**JUNE 2020**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 26 Disparate | 27 | 28 Disparate Treatment | 29 | 30 | 1 | 2 |
| 3 Disparate | 4 | 5 Cinco de Mayo | 6 | 7 | 8 | 9 |
| 10 | 11 UNION MEETING | 12 | 13 | 14 | 15 | 16 |
| 17 Mother's Day | 18 | 19 Buggy | 20 Back left early | 21 | 22 | 23 Armed Forces Day |
| 24 / 31 | 25 Memorial Day Laborers Local 872 Contractual Holiday | 26 Gate #5 10 | 27 Gate #5 Harpstad 10 Boot Vacha | 28 Gate Flur 10 | 29 | 30 |

# JUNE 2020

Desert Spring Pools

**TOMMY WHITE** — Business Manager, Secretary-Treasurer

**DAVID "McCHUCK" McCUNE** — President

**MERCO HERNANDEZ** — Vice-President

**"BIG LOU" DESANTO** — Recording Secretary

**ARCHIE WALDEN** — Executive Board

**MIKE DaSILVA** — Executive Board

**CHRISSY TORRES** — Executive Board

**JOE DELUCCIA** — Sergeant-At-Arms

**EDDIE RAMIREZ** — Auditor

**HENRY BAKER** — Auditor

**DAVID PRUITT** — Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4282

Case 2:22-cv-00712-RFB-BNW   Document 26-1   Filed 08/17/23   Page 76 of 213

# JULY 2020

TOMMY WHITE
Business Manager/
Secretary Treasurer

DAVID
"McUNION"
McCUNE
President

MARCO
HERNANDEZ
Vice-President

"BIG LOU"
DESANTO
Recording Secretary

ARCHIE
WALDEN
Executive Board

MIKE DeSILVA
Executive Board

CHRIS TORRES
Executive Board

JOE DELUCCHI
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY PEREZ
Auditor

DAVID PRUITT
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4282

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 28  DUE Process | 29 | 30 | 1  COULD CLEAN UP OPIN UTL RE Pox | 2  WIL BECKER BUDGT 9am 1:00 | 3 | 4  Independence Day  Laborer's Local 872 Contractual Holiday |
| 5  GOOD NITGB HR 7 ₹465C9 | 6  EEOC INTGB JESSICA 10:00 AM  UNION MEETING | 7  screed eye goggrs | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16  ADT $50.50 | 17 | 18 |
| 19  ZOO Goodyear TIRE LO | 20 | 21 | 22 | 23  DR ROSEN 8:45 6.5 | 24 | 25 |
| 26  Document QTUN | 27 | 28 | 29 | 30 | 31 | |




# AUGUST 2020

TOMMY WHITE
Business Manager/
Secretary-Treasurer

DAVID
"McDIRON"
McCUNE
President

MARCO
HERNANDEZ
Vice-President

"BIG LOU"
DESANTO
Recording Secretary

ARCHIE
WALDEN
Executive Board

MIKE DeSILVA
Executive Board

CHESLY TORRE
Executive Board

JOE DEMICCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PROTIL
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4440
Fax (702) 452-4252

**SEPTEMBER 2020**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**JULY 2020**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

Hellsout

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 26 | 27 EEOC Email Dated | 28 | 29 | 30 | 31 | 1 |
| 2 Gym in training | 3 Phone Numbers Draft 10 UNION MEETING | 4 | 5 coating space 8-12 10 covid 19 ethics | 6 10 | 7 12:4 AIRPORT | 8 |
| 9 | 10 eye EEOC email change | 11 eye EEOC email change 10 | 12 10 | 13 ghetto | 14 | 15 |
| 16 Rich i Rich EEOC TOWN Scott verified Friday code | 17 10 | 18 10 | 19 email EEOC 10 mediator 2:15 | 19 7-1 10 | 20 | 21 TY OT Brin Hall | 22 TY OT |
| 23 call 30 missed | 24 EEOC office 10 EEOC media 4th 31 | 25 EEOC email 10 | 26 Globe 12:42 10 call appc 3:28 missed | 27 10 | 28 Yom Kippur | 29 |
| | | | | | America First | |

(sig) Cherry Destura

# SEPTEMBER 2020

3602847IU54 5ale

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID "MOUSE" MCCINE
President

MARC HERNANDEZ
Vice-President

"BIG" LARRY DESMARAIS
Recording Secretary

ARCHIE WALDREN
Executive Board

MIKE DANIEL
Executive Board

CHENLY NOBLE
Executive Board

JOE DEAN
Sergeant-At-Arms

EDDIE RAMOS
Auditor

HENRY RAY
Auditor

DAVID PROUT
Auditor

2345 Red Rock
Las Vegas, NV 89
Phone (702) 452-
Fax (702) 453-

**Laborers' International Union of North America**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 30 | 31 | EEOC email about mediation | 2 EEOC confirmation of mediation 3 (10) | 3 (10) | 4 5969 | 5 (10) |
| 6 108 50 | 7 (10) Linda | 8 (10) mediation scheduled | 9 (10) | 10 (10) | 11 NUCKS (10) Patriot Day | 12 CNUCKS glass (10) Clara |
| 13 UBU not finish (10) Grandparents' Day | 14 NO UNION MEETING Labor Day (10) | 15 golf cart 10:30 am Joe Truck (10) | 16 gathering clear (10) | 17 Lincoln Park Linda miles (10) | 18 (10) | 19 (10) |
| 20 | 21 (10) | 22 (10) First Day of Autumn | 23 (10) | 24 (10) | 25 Mediation 8:30 | 26 Rosh Hashanah |
| 27 EOIR | 28 (10) | 29 EOIR (10) ETMS WT | 30 (12) | 1 | 2 | 3 |

OCTOBER 2020
S M T W T F S
                1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

AUGUST 2020
S M T W T F S
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31



# OCTOBER 2020

Michigan 1030

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 1 (10) | 2 | 3 |
| 4 Latc (1) | 5 **UNION MEETING** (10) | 6 (125) | 7 Latc | 8 (10) | 9 | 10 |
| 11 Pacted 12 4:30 **Columbus Day** | Class 13 schedule (10) | Pet 14 check Latc (10) | 15 (10) | 16 | 17 | |
| 18 (10) | 19 iows 9L4 (10) | 20 (10) | 21 (10.5) | 22 Dadge Latc 3:30 (10.5) | 23 DBG | 24 CDG |
| 25 (10) | 26 (10) | 27 (10) | Cutc off 28 315 iows 284.54 240-04 | 29 (10) | 30 Nevada Day Century $12.2.00 | 31 Halloween |

**SEPTEMBER 2020**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**NOVEMBER 2020**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

TOMMY WHITE
Business Manager
Secretary Treasurer

DAVID
"McKINION" McCUNE
President

MARCO
HERNANDEZ
Vice-President

"BIG LOU"
DESANTO
Recording Secretary

ARCHIE
WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHELSY TORRES
Executive Board

JOE DeLUCCA
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BRENNAN
Auditor

DAVID PRIOR
Auditor

2345 Red Rock Street
Las Vegas, NV 89146
Phone (702) 452-4444
Fax (702) 452-4025

# NOVEMBER 2020

TOMMY WHITE
Business Manager
Secretary-Treasurer

DAVID "McINFOY" McCUNE
President

MARCO HERNANDEZ
Vice-President

"BIG LOU" DESALTO
Recording Secretary

ARCHIE WALDEN
Executive Board

MIKE DaSILVA
Executive Board

CHRIS X TORRE
Executive Board

JOE DELUCCH
Sergeant-At-Arms

EDDIE RAMIREZ
Auditor

HENRY BAKER
Auditor

DAVID PRUITT
Auditor

2345 Rock Rock Street
Las Vegas, NV 89146
Phone (702) 452-4460
Fax (702) 452-4622

# DECEMBER 2020

Password
Michigan #1841
gmail
changed
Jan 16, 2021

Hotel 702 897-7177 ext 112
Deposit water test Ricky Gallegos
IND

accused being judge perceived employee611ff

Hiram and Johnt
was hiding in bathroom

## JANUARY 2021
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## NOVEMBER 2020
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 (10) | 2 (10) | 3 Pat said hear any Johnt hiding in bathroom (10) | 4 spread false rumors | 5 Psychologist |
| 6 Talk Eric + Pat in Jim's office (10) | UNION MEETING Pearl Harbor Remembrance Day 7 (10) | Fire Drill 8 | Amy left on line Steve/Geri Matt's 9 (10) | keep track of PT/DO 10 (10) | ext/ chest CSU 11 Chanukah Begins | 12 |
| 13 (10) | 14 (10) | 15 (10) (10) | 16 (10) | party 17 6:00+ 10 | 18 | 19 |
| 20 (10) | 21 (10) | 22 Back+ (10) | 23 Back+ (10) | off 24 CSU | 25 Christmas Day Laborers Local 872 Contractual Holiday | 26 |
| 27 (10) | 28 (10) | 29 800 pin I (10) | 30 5:30 890 856 4110255 178156 | 31 Christmas Eve | New Year's Day 1 Laborers Local 872 Contractual Holiday | Kwanzaa Begins |

First Day of Winter

New Year's Eve

While Roberta was my foreman, she would not allow me to go and get my boot voucher

After Roberta was told by labor relations that she was not my foreman, and that she does not tell me what to do, she had total disregard for
. She entered my office and put a hand written work schedule on my desk anyway.

**U1A**



**Inability to complete household chores and yard work comfortably**

**working  in pain while walking**

**working in pain while riding in vehicles with high elevation**

## HARASSMENT

**Steve Liewelyn accused me of stealing buggy from operator**

**How do you fuel the buggy?**

**Chris Wright questioned me about the buggy because someone told him they**

**Saw me driving the buggy up Mercury highway to the gas station**

**My first day at U1A Roberta was training me and used Verbal abuse language when she found out I needed training and could not help her with the work task at the end of the day.**

**Asbestos Removal Dates:**
Monday, November 19, 20, 21, 26, 27, and 28, 2018, and December 26, 27, and 28 2018.
Monday, January 7, 2019 I was told the truck was ready for pick up after lunch. I was without an ADA accessible vehicle for over four months upon returning to area 6. Why was the truck that was originally assigned to me, and ADA accessible taken away from me?
Continued asbestos work throughout January 2019- September 12, 2019
However, June 17- July 2019 it was mentioned once again that my truck would be taken, and I would have to ride in a truck that was not was not ADA accessible with three other laborers.
(this strenuous scope of work activity worsened my medical condition)
5 feet deep, walk down uneven rough terrain, back breaking, knee pads, harassed about the length of break time that was being taken when temperatures were over 100 degrees or more while in a full face respirator and tyvek time and location as to when and where you could take your break where we could was

Monday, December 2, 2019 reported to U1A to start my first day in my new position. After lunch, my truck was taken by David who is the foreman on the water line project. I am once again left without a truck that meets my ADA accommodations.

Also, during training Roberta communicated with me in an unprofessional manner, displayed an hostile/disrespectful attitude with actions as well as verbal abuse. She did things like opening/slamming the truck doors when she got in/out, hostile language directed to me when she said, you have to stop, because you are not trained to be on the job, you can't even move a chair, you're no help to me, I can't use your fucking ass then.

Tuesday, December 3, 2019 reported incident involving Roberta to Gabriel Kline in Labor Relations. See comments from Dec 2, 2019

Wednesday, December 4, 2019 Jeff Presser accused me of sleeping in the laborers break room

Monday, December 16, 2019 Investigation was held in Labor Relations about me being accused of sleeping in the break room

Tuesday, October 29, 2019 follow up appointment in occupational medicine in Mercury and still on light duty and temporary assignments

Tuesday, November 12, 2019 follow up appointment in occupational medicine-Mercury and still on light duty
I filled out an Employee Concerns form re: ADA/accommodations/U1A position, and less strenuous work

Wednesday, November 20, 2019 I received my pay stub along with a letter regarding workman's comp that was opened and retaped by someone other than myself.

Thursday, November 21, 2019 spoke with Angi Wolf and had discussion about the U1A position

Monday, November 25, 2019 was told by Angi Wolf that I would be moved to U1A starting Monday, December 2, 2019

questioned, did not have enough qualified workers

Wednesday, August 7, 2019 reported to Union Clinic for pain in groin

Monday, September 17, 2019- October 9, 2019 set up and worked in 20-N which required me to walk up a steep hill incline which was a clear violation to my ADA accommodations. I did what I was told in fear of losing my job.

Thursday, October 17, 2019 I was moving some furniture into my truck, after that I was Doing recyclables and in between projects, I felt a sharp pain and discomfort in both groins. I was taken to Mercury occupational medicine, and from there, I was taken to Centennial Hills EMS.

Monday, October 21, 2019 I reported to occupational medicine on Losee Road and was cleared to go back to work on light duty

Wednesday, September 12, 2018 is the first communication I have received about my truck.  My general foreman, Gary Gonzales (gf) informed me that I had to switch trucks and take another laborers truck (Donald Umphenour) whose truck was not ADA accessible.  I was told that they would put step boards on the that I would get.  Meanwhile, I am still driving the cargo van.

Thursday, October 4, 2018 the switch has been made. I am finally driving Donald's truck, which is not ADA accessible.

Mid November 2018 Gary Gonzales (gf) told me to go to fleet in area 6 to get the step boards installed on the truck. Once I arrived at the warehouse department in area 6 I was told that the step board order was not there, and go to fleet in Mercury.  That's where I dropped the truck off.   The truck stayed there in Mercury until January 7, 2019.

Thursday, August 23, 2018 Taylor Andrews from Labor Relations came to the Fleet shop and told me to report back to area 6 construction for Monday, August 27, 2018 without any explanation

August 27-August 31 2018 reported back to Area 6 construction per Taylor Andrews instruction. I asked Gary Gonzales my general foreman (gf), where is my truck? He said it was being used in the field, and that you were being assigned to a cargo van until further notice. I replied, they need to speed up the process because this isn't going to work for me. The cargo van had high step-up access and rough bumpy suspension.  It was not ADA accessible but was still assigned to me.

Tuesday, September, 4 2018  I called Angi Wolf from the batch plant to talk about getting my truck back that was ADA accessible.

Tuesday, September 11, 2018 talked to Gabe In labor relations about getting my truck back that is ADA accessible.  Meanwhile, I am still driving the cargo van.

June 2018 New Truck was provided to me with the ADA accommodations I needed per request by Angi Wolf

July 26, 2018 during my travel with Gary Gonzales (GF) from the Nevada National Security Site (NNSS) to Losee Road, my GF told me that I was being transferred to fleet and that it would be a job that I could retire from, and to report to Fleet Monday morning July 30, 2018. After arriving at Losee Road, I proceeded to my medical provider to have him fill out the job accommodation questionnaire.  Once the paperwork was completed, I gave it directly to Angi Wolf in Staff Relations

July 30, 2018 transferred and first day in Fleet, Charles C.J. Carter, my new labor foreman described me as being limited and on light duty
(that description is not what my medical documentation states)

July 20, 2017- July 27, 2017 placed at Losee Road location to fill in the job duties for Hector who only worked in the shop area in building A1 on light duty. In addition, I was forced to do a second job that required more physical activity, as well as being on a different charge number from another work package. When a job requires two different work packages, this means, there should have been another laborer assigned to cover that work package because I can't be in two places at the same time. It is known that Hector works specifically on one job assignment. (unfair labor practices, bullying, and discrimination)

June 12, 2018 CP Hill Gary Gonzalez made comment to Don about working too slow

June 13, 2018 ADA Interactive process

June 14, 2018 Gary Gonzalez made comment in front of Dennis the BA about me being slow putting on my personal protection equipment (PPE)

**Timeline/OTHER**

February 9, 2016 official start of application/paperwork for new hire at Losee Road for NESTEC/disclosure of right hip replacement on medical section of application with no restrictions

March 2016-April 2016
Construction superintendent Gary S, at building #129. Excessive name calling of other employees, specifically about laborers to other crafts over the speaker phone (hostile work environment, discrimination/derogatory and rude comments about laborers)

A moved from DAF to maintenance (June 2016)

U1A briefing, December 15, 2016, and worked periodically throughout 2017 on the U1A project

July 10, 2017 worked in fleet

July 2017 Mike was moved to fleet

7. A positive outcome to my concern would be that my ADA and accommodations are taken seriously, treated with the utmost respect, and to stay on less strenuous jobs. I have worked as a

8. Angi Wolf, Gabe (Labor Relations) Mike Floyd (Supervisor over Asbestos), Raul (Area 5), Gary Gonzales

violated The Americans with Disability Act Laws,  Privacy Act Laws, as well as HIPPA Laws.

How many more people? and how many more times? did the person that told Anthony Davis about my ADA, and Anthony Davis himself continue to spread my confidential health information?

6. I am requesting that this investigation that will take place will address the issues and concerns about the procedures, policies, and or advancement opportunities that were used to fill the U1A job with a laborer with less experience, qualifications, and less time on the job than I have. In addition, I am also requesting that this investigation will be one of truth, fairness, and integrity. Finally, upon completion of your investigation, I am requesting to have the report provided to me in writing.

relations representative contractor for Mission Support and Test Services for the Nevada National Security Site on Losee Rd., in North Las Vegas. I have questions and concerns about the procedures, guidelines, etc.. that were used to fill the U1A position with a laborer with less experience, and less time on the job, than I have. Why wasn't I offered the position for this job? Once again, this is another missed opportunity for me to move, and advance to a less strenuous work environment, that was clearly open in U1A. Ignoring my request was unfair, unethical, and disrespectful. Why wasn't I given an opportunity to at least be considered for the job position that was filled in U1A? Why? Please provide reason(s) in writing

2 2 2   cv 00712     HIRAM Glenn

1.

I am Hiram Glenn Jr., and my position is a Laborer II. At the end of December 2019, my fourth calendar year here at NNSS will be completed.  I am submitting this written complaint regarding the U1A position that I put in a request for when talking to Angi Wolf, who is the staff relations representative contractor for Mission Support and Test Services for the Nevada National Security Site on Losee Road, in North Las Vegas . I have questions and concerns about the procedures, guidelines, etc.. that were used to fill the U1A position with a  laborer with less experience, and less time on the job, than I have. Why wasn't I offered the position for this job?  Once again, this is another missed opportunity for me to move, and advance to a less strenuous work environment that was clearly open in U1A.  Ignoring my request was unfair, unethical, and disrespectful.

Why wasn't I given an opportunity to at least be considered for the job position that was filled in U1A? Why? Please provide reason(s) in writing

2. I am reaching out to you/your office for help to get the reasons why

I am Hiram Glenn Jr., and my position is a Laborer II. I am submitting this written complaint because I want questions and concerns clarified regarding policies, and or procedures that were used to place and advance, a laborer with less experience, and less time on the job, to a vacant laborer position in Fleet, which is located in U1A, Area 6. This was a position that I had requested to be moved to.  The nature of this request is due to my ADA, and the need to be accommodated on the job to perform less strenuous work duties. Why was my request ignored and denied?  My immediate supervisor, as well as Angi Wolf, who is the staff relations representative contractor for Mission Support and Test Services for the Nevada National Security Site on Losee Road, in North Las Vegas, were well informed and aware of the nature, and severity of my ADA. In addition, the confidentiality and rights that I am due, should have been protected. Instead, they were treated in a thoughtless, and unfriendly manner here at NNSS, and In accordance with the Americans Disability Act, and Privacy Act Laws, this is a clear violation to my Rights for confidentiality.

# I

**Vehicle**
**Two paid through lunches a week**
**Boot voucher**
**Seating on the bus**
**Training**
**Annual physical**
**Reprimand for going to retake a required annual physical**
**Job assignments**
**Facility keys**
**Not allowed to work overtime**
**Email/document sent to IH describing where you could take your lunch**

#3

**PERSONAL INJURY**
**Severe bilateral hip injury**
**Can't sleep on either side**
**Can't ride for long periods of time comfortably**
**PAIN and suffering**
**Sexual performance**
**Unnecessary stress on the job**
**affected my ability to drive my daughter to and from college**
**Present and future medical compensation**

## AMERICAN DISABILITIES ACT/VIOLATIONS
### Working in trenches 5 feet and deeper
### Wrapping asbestos pipes on my knees
### Climbing steep hills in area 20

## FAILURE TO PROMOTE
## Not offered job in U1A mining
## ADA/age

## WAGE AND HOUR
## Two paid through lunches a week

## RETAILIATION
## Write up (sleeping on the job)
## Roberta was made foreman over me at U1A
## Filing a employee concern
## ADA accommodations paperwork
## Verbal abuse

## DISCRIMINATION AND UNFAIR LABOR
## PRACTICES

WHAT HAPPENED WHEN THESE OFFENSES OCCURRED?  WHAT DID YOU DO? WHO DID YOU TELL?  WHAT DID THEY DO?

RACIAL INEQUALITY

FRUSTRATION

CHALLENGING TIMES

CALLED OUT RACISM AND INJUSTICE WHENEVER IT HAPPENED

FAIRNESS AND CHANGE

DISCRIMINATION OCCURRED FREQUENTLY

COULD NOT PREVENT DISCRIMINATION FROM HAPPENING

DISCRIMINATION CONTINUES

EMOTIONAL STRESS CAUSED BY WORKPLACE DISCRIMINATION

PHYSICAL STRESS CAUSED BY WORKPLACE

PHYSICAL STRAIN

PSYCHOLOGICAL CHALLENGES-COMMUTING

EXAMPLES OF NOT BEING TREATED THE SAME AS OTHER LABORERS ON THE JOB

CHARACTERIZED AS BEING A SLOW WORKER

222 CU 00712 HIRAN GLENN

PO#
231521

**QUIKRETE**

CEMENT & CONCRETE PRODUCTS™

# 60# Special
# Blend Shotcrete
# Item# 122999

CONTAINS SENSITIVE PII AND INFORMATION SUBJECT TO THE PRIVACY ACT

Mission Support and Test Services, LLC (MSTS)
Electronic Medical Business Operations System (EMBOS)
NNSS Occupational Medicine (P1/PRD v4.16)
### Fitness For Duty Evaluation Report

**Printed On:** 02/12/2020  10:00:55 am

| | | | |
|---|---|---|---|
| **Patient:** | GLENN JR, HIRAM | **Service #:** | 993062 |
| **Employee ID:** | 297263 | **Description:** | Fitness For Duty Evaluation |
| **Work Phone:** | (702) 295-3493 | **Service Date:** | 02/12/2020 |
| **Organization:** | Mission Support and Test Services | **Status:** | Completed |
| **Provider:** | KUO, WEI H | **Re-Evaluation Date:** | |
| **Provider Comment:** | | | |

**Duty Status:** FULL DUTY WITH PERMANENT RE        **MEDICAL RECOMMENDATIONS**

| Type | Description | Start Date | Stop Date | Source | Action |
|---|---|---|---|---|---|
| Temp | other Bend, lift, twist, stand, sit as tolerated. | 10/21/2019 | 02/12/2020 | Occupational Injury/Illness | Reviewed |
| Perm | other Bending, lifting, twisting, standing, sitting as tolerated and operate low entry vehicle only with one-foot high step. | 02/12/2020 | | Occupational Injury/Illness | Created |

KUO, WEI H

**Provider Name**

**Provider Signature**

02/12/2020

**Date**

CONTAINS SENSITIVE PII AND INFORMATION SUBJECT TO THE PRIVACY ACT

CONTAINS SENSITIVE PII AND INFORMATION SUBJECT TO THE PRIVACY ACT

Mission Support and Test Services, LLC (MSTS)
Electronic Medical Business Operations System (EMBOS)

NNSS Occupational Medicine (P1/PRD v4.17)

### Fitness For Duty Evaluation Report

| | | | |
|---|---|---|---|
| **Printed On:** | 11/25/2020  12:20:59 pm | | Page 1 of 1 |

| | | | |
|---|---|---|---|
| **Patient:** GLENN JR, HIRAM | | **Service #:** | 1114052 |
| **Employee ID:** 297263 | | **Description:** | Fitness For Duty Evaluation |
| **Work Phone:** (702) 295-3591 | | **Service Date:** | 08/10/2020 |
| **Provider:** KUO, WEI H | | **Status:** | Completed |
| | | **Re-Evaluation Date:** | 02/10/2021 |

**Provider Comment:**

| Duty Status: FULL DUTY | MEDICAL RECOMMENDATIONS |
|---|---|

| Type | Description | Start Date | Stop Date | Source | Action |
|---|---|---|---|---|---|
| Perm | other Bending, lifting, twisting, standing, sitting as tolerated and operate low entry vehicle only with one-foot high step. | 02/12/2020 | | Health Evaluation | Reviewed |

KUO, WEI H  MD
_____
**Provider Name**

_____
**Provider Signature**

08/10/2020
_____
**Date**

CONTAINS SENSITIVE PII AND INFORMATION SUBJECT TO THE PRIVACY ACT

Denial of reasonable accommodations  2 2 2 c v 0 0 7 1 2

breach of medical confidentiality

Job assignments, training, fring  #4
reasonable accommodation
enjoying benefits and privilege
informed the employer that an accommodation ll be needed
slightly increased risk because of fears in the future
compensatory damages (emotional pain and suffering
punitive damages (damages to punish the employer
Made whole (in the condition he would have been but for
the discrimination.
meeting Held at Red Rock about Labores against each other
missed overtime only construction Labores were there all Laborers
should have been there.


Taking truck caused worrying and wondering why?

**EXPLAIN/LIST SITUATIONS**
**NAME THE PEOPLE AND THE SITUATIONS WITH DATES OF PEOPLE**
**DISREGARDING AND NOT COMPLYING WITH MY ADA**
**ACCOMMODATIONS**


**EXPLAIN/LIST SITUATIONS**
**DISREGARDED/DISRESPECTED, AND USED DISCRIMINATORY**
**MEANS/METHODS TO DENY/OVERLOOK MOVING ME TO A JOB**
**THAT WOULD BE LESS STRENUOUS, EVEN WHEN POSITIONS**
**EVERYONE KNEW WOULD BE COMING OPEN.**

EL00-KS-20-0016
Parsonna Russell
Page 3 of 12
November 9, 2020

retaliation (4) harassment.[2] The company has thoroughly investigated all of these claims and determined that none of them have any merit.

Mr. Glenn claims he was discriminated against, retaliated against, and harassed because of his disability, in violation of The Americans with Disability Act of 1990, as amended. As explained herein, Mr. Glenn did not suffer any discrimination, retaliation or harassment due to his engagement in the ADA or because of his disability. The history of Mr. Glenn's ADA accommodation process will show that all of his rights were respected and all MSTS obligations were fulfilled during the process. MSTS engaged several times over to ensure it was properly accommodating Mr. Glenn. Rather, Mr. Glenn's claims are a manifestation of his discontent with the necessary and reasonable way his disability was accommodated. The position Mr. Glenn was hired for requires a large amount of physical and strenuous activity. Mr. Glenn's ongoing requests for the less strenuous assignments, lower vehicles, and changes to work assignments necessitated certain changes so that Mr. Glenn was physically able to safely complete the essentials function of his Laborer assignments, with accommodation. MSTS properly considered and continued to reasonably accommodate Mr. Glenn, including his ultimate request for assignment at the U1a complex. Mr. Glenn can show no adverse employment action taken to support a claim.

## 1. MSTS Properly Accommodated Mr. Glenn

On June 13, 2018, Mr. Glenn met with Angelica Wolf ("Wolf"), the MSTS ADA Coordinator, to request accommodations due to limitations related to a medical condition. Mr. Glenn stated that he needed to limit his strenuous activity and requested two more specific accommodations: a lower truck with a step/runner, and placement in a different assignment that required less strenuous activity. Mr. Glenn had previously worked in a shop at Area 6 and requested to work there again because he said that it was a less strenuous assignment. Wolf explained the ADA process to Mr. Glenn and told him she would begin engaging with management and his Labor Relations Rep ("LR Rep") regarding his ADA accommodation requests. Lastly, Wolf explained to Mr. Glenn that she may go through his LR Rep for any required ADA paperwork.[3]

On June 14, 2018, Wolf met with the LR Rep, Taylor Andrews ("Andrews"), and David Marshall ("Marshall"), the Labor Relations Manager, to discuss the proper handling of Mr. Glenn's request for accommodation. This request for accommodation required a coordinated effort due to the need to comply with the Union agreement, as well as the varied work assignments, locations and departments for the Laborers at the NNSS. On June 19, 2018, Wolf emailed Pusch explaining Mr. Glenn's requests, the ADA process, and Pusch's obligations to Mr. Glenn regarding maintaining his privacy, along with a reminder about keeping the workplace free from retaliation. Wolf

---

[2] Mr. Glenn does **not** allege racial discrimination in the Charge; thus, MSTS objects to its consideration. However, Mr. Glenn does seem to allege facts in an attempt to support an allegation of race discrimination; thus, in an attempt to be thorough MSTS will, despite objection, also address those allegations.
[3] See Exhibit 3

EL00-KS-20-0016
Parsonna Russell
Page 4 of 12
November 9, 2020

*(handwritten left margin: ce '98)*

advised Pusch to temporarily accommodate Mr. Glenn while working together with Labor Relations and management towards a long term solution to his request. On June 19, 2018, Wolf also called Mr. Glenn to update him on the status of his request.[4]

*(handwritten left margin: 4.1.5)*

On June 20, 2018, Wolf again called Mr. Glenn and discussed the details of his accommodations request. *(handwritten: it was work at the shop and didn't cause a undue hardship)* On June 20, 2018, Wolf spoke to Timothy Austin ("Austin"), Pusch's supervisor and Pusch. The group determined that they were able to temporarily accommodate Mr. Glenn's request by: (1) providing him with a lower vehicle; (2) giving him daily assignments with the least strenuous work available that day in their area; and (3) assigning 5 hours per week in the Area 6 shop.[5] All of the agreed to accommodations met his requests and preferences. *(handwritten: F250 super Duty #3379U extended cab)*

*(handwritten left margin: 4.1.1  4.1.2)*

On June 21, 2018, Wolf talked with Mr. Glenn confirming the details of the assignment to accommodate his restrictions and Mr. Glenn agreed stating "Fair start – good with that." On June 27, 2018, Wolf emailed Andrews requesting he give Mr. Glenn his Initial ADA Accommodation Agreement for acknowledgement and signature. Mr. Glenn signed and returned the ADA Accommodation Agreement. In addition, in order for MSTS to fully understand Mr. Glenn's restrictions and requests, Wolf also sent an ADA Job Accommodation Questionnaire to be filled out and returned.[6] *(handwritten: contract agreement broken quickly)*

*(handwritten left margin: 4.1.4)*

On July 12th through the 19th of 2018, while waiting for the ADA Accommodation Questionnaire to be returned, Wolf and Andrews preemptively discussed what laborer assignments could possibly work to accommodate Mr. Glenn's request for 'less strenuous assignments' on a more permanent basis. The discussions looked at several laborer assignments, mainly in Mercury and Fleet. Wolf and Andrews determined that an assignment in Fleet *may* accommodate Mr. Glenn.

*(handwritten left margin: 4.1.4)*

On or about July 27, 2018, Mr. Glenn returned the completed ADA Job Accommodation Questionnaire to Wolf with his initial restrictions: "Unable to climb steep hills, can't run, unable to lift 75 lbs., unable to get in truck higher than 3 ft. off ground with step ladder or step." The initial restrictions were permanent restrictions. Mr. Glenn was then quickly assigned to Fleet, in a Laborer assignment with generally less strenuous duties and was given a vehicle that could accommodate his 3 ft. vehicle height restriction.[7] *(handwritten: failed to mention getting in and out of trenches. Quickly I was labeled as being on light duties and no truck was given to me at fleet I walked. when I left Area 6 the truck stayed (lower F250 super Duty) which hurt my chances)*

*(handwritten left margin: 4.1.4)*

On July 31, 2018, Wolf, and Andrews discussed how Mr. Glenn's assignment at Fleet was going and whether or not there was enough work for Mr. Glenn their full time and permanently. With input from supervision, it was soon determined that there was not enough work for Mr. Glenn to work in that assignment on a full time or permanent basis. *(handwritten: with the supervision, When I returned to Area 6 my truck was gone and never returned to this day. bullied)*

---

[4] See Exhibits 3 and 4. For simplicity, only notable ADA documentation was provided. Additional ADA file notes or affidavit of the engagement process can be made available upon request.
[5] The available work in the Area 6 shop totaled 5 hours of work per week.
[6] See Exhibit 5 and 6.
[7] See Exhibit 7.

222

EL00-KS-20-0016
Parsonna Russell
Page 5 of 12
November 9, 2020

*[handwritten: Broad look across complex was right in their faces the shop and Mercury had work. But they didn't want me to work at these places. No undue hardship.]*

4.1.1
4.1.4

On August 7, 2018, Wolf again continued the interactive process with Mr. Glenn and upper management to find what, if any, of the 'less strenuous assignments' for Laborers could meet his restrictions. Upper management was included to assist in a broad look across complex. On August 8, 2018, Wolf reached out to Mr. Glenn to confirm that his accommodations were being met, in which Mr Glenn said he was doing fine.

4.1.1
4.1.4

On August 27, 2018, Wolf spoke to Mr. Glenn about moving back to Area 6 as an accommodation, and he began working that assignment in the beginning of September 2018. On September 11, 2018, Wolf again spoke to Austin to confirm the particulars of Mr. Glenn's restrictions and accommodations. During that time, Wolf periodically checked in with Mr. Glenn to ensure his accommodations were being met and he didn't have any other requests nor did he claim his accommodations were not being met.

4.1.1
4.1.3
4.1.4
4.1.5.

More than a year later, in September of 2019, Mr. Glenn reached out to Wolf and requested to be placed into a Laborer assignment at the U1a Complex. The U1a Complex is an underground laboratory consisting of horizontal tunnels, each about one-half mile in length. The U1a Complex is mined at the base of a vertical shaft approximately 960-feet below ground surface. One vertical shaft is equipped with a mechanical hoist for personnel and equipment access while another vertical shaft, about 1,000 feet away, provides cross ventilation, instrumentation and utility access, and emergency exits. Above ground there are approximately seven (7) construction type trailers and a large storage building within a fenced in area, approximately 1/3 mile squared. There is

*

typically at least one Laborer assigned to U1a at all times to assist with construction, facility maintenance, as well as assistance with particular projects and/or assist subcontractors at that location as necessary.

4.1.1
4.1.3
4.1.4

Mr. Glenn explained that he believed this assignment was less strenuous than his current work assignment, and he was requesting placement in this assignment as an accommodation. During October and November 2019 Wolf worked to determine if Mr. Glenn's request for placement in U1a would allow for the accommodation of his restrictions and allow him to safely perform the essential function of that particular assignment. There was concern, and it was later determined, that Mr. Glenn's work restrictions prevented him from safely working underground ("down hole") at U1a because the emergency escape requires a climb up approximately 1,000 feet of ladder. If Mr. Glen could not climb a steep hill, he could not climb the 1,000 foot vertical ladder in the event of an emergency or during emergency preparedness drills. Therefore, it was deemed unsafe for Mr. Glenn to work "down hole" at U1a. It was also determined that the required work for a Laborer downhole was often very strenuous, lifting heavy bags of shot create, cleaning the elevator shaft and assisting with heavy equipment utilized in mine excavation and constructing tunnels. Despite all of this, MSTS continued the interactive process for the U1a position to determine if enough Laborer work was available at the surface facilities to accommodate Mr. Glenn's request.

*[handwritten: is it 50 lbs or more?]*

4.1.1
4.1.3
4.1.4

Wolf also reached out to management in the other organizations that currently had Laborer assignments to see if there were any other assignments available that could accommodate Mr. Glenn's restrictions while allowing him to perform the essential functions of the assignment. This

EL00-KS-20-0016
Parsonna Russell
Page 6 of 12
November 9, 2020

search was to ensure a thorough interactive process, with the hopes of finding a more permanent assignment for Mr. Glenn while confirming that his assignment was in fact the least strenuous of the assignments available. Wolf engaged with Ricky Tindal in Fleet, Steve Magdelenic in Mercury Maintenance, Dino Robinson in DAF Maintenance, Doug Frenette in Area 5, Jeffrey Presser in Area 6 Construction, Quinten Mayer in DAF Construction, David Rees in Facility Testbed Engineering and Julian Smith in U1A Tunnels. Wolf did an assessment with each organization regarding their Laborer assignments, advising that she was interacting to fully evaluate a request for accommodation.

Also in October 2019, while Wolf was engaging to determine if placement in the U1a would allow Mr. Glenn to perform the essential functions of the assignment safely, with accommodation, Mr. Glenn was issued additional *temporary* work restrictions: No lifting over 10 lbs., no bending, lifting, or twisting, and the ability to sit/stand as tolerated.[8] Wolf immediately stepped in to ensure the ADA process was followed and determined that Mr. Glenn could continue to be temporarily accommodated in his current assignment. Throughout October and November, Wolf had several touch base communications with Mr. Glenn to check in and keep him informed throughout of the process while trying to accommodate his request for placement in the U1a assignment.

As stated above, MSTS thoroughly evaluated the risks surrounding a positions underground at U1A for Mr. Glenn; specifically, whether in an emergency that knocked out the mechanical lift, Mr. Glenn's accommodations would allow him to utilize the 1,000 foot ladder safely. After engaging further in several communications regarding transfer details and accommodations, MSTS determined that it could accommodate Mr. Glenn with an above ground assignment at the U1a complex. Since this was Mr. Glenn's preferred accommodation, this was the assignment offered to him. Wolf was advised by Sargent that Mr. Glenn could begin his role in at U1a performing above ground laborer work on December 2, 2019. On November 25, 2019, Wolf advised Mr. Glenn of his start date and on November 26, 2019, Wolf provided Mr. Glenn with a copy of the updated confirmation of accommodation. After the assignment began, Wolf periodically followed up with Mr. Glenn to ensure that the accommodation was still meeting his restrictions. On or about January 7, 2020, during one of these touch-base meetings, Mr. Glenn advised that the work is alright but mentioned that his vehicle appears to be higher than what he had in Area 6 and asked for assistance due to his vehicle height restriction. Although the vehicles were meeting the 3 ft. vehicle height restriction, Mr. Glenn still did not think the vehicle was working for him. Thus, a new vehicle was provided to Mr. Glenn (a Dodge), which Mr. Glenn still claimed was too high. Another vehicle, an F-250 was then provided, which Mr. Glenn also claimed was too high. At this point Wolf provided a second ADA Accommodation Questionnaire to Mr. Glenn to ascertain whether his vehicle height restriction changed because the vehicles provided met the current 3 ft. restriction.

*[handwritten]* F-250 4x4 VS F-250 Super Duty extended cab #3379U

*[handwritten margin notes]* 4.1.1  4.1.3  4.1.3  ,2.10.1  4.2.5  5.1.4  5.1.1  4.1.1  4.1.3  4.1.4

---

[8] See. Exhibit 8. Mr. Glenn also filed a worker's compensation claim at this time, claiming he was injured at work. His claim was denied and Mr. Glenn has filed an appeal – the appeal is currently pending.

EL00-KS-20-0016
Parsonna Russell
Page 7 of 12
November 9, 2020

On or about February 3, 2020 Mr. Glenn returned the second questionnaire, this time indicating that his vehicle height restriction had changed from 3 Ft. to 1 Ft. Using this information, Wolf worked with upper management to search for a vehicle which would meet this restriction. This included measuring the heights of all readily available vehicles at the NNSS. Ultimately, a golf cart type vehicle was identified as fulfilling the height requirement and allowing Mr. Glenn to perform the essential functions of his job (i.e., transporting him between the above ground buildings at the U1a complex). Mr. Glenn agreed to utilize the golf cart until another viable option appeared.[9]

On February 12, 2020, Mr. Glenn's temporary restrictions were lifted, with the same permanent restrictions remaining.

In July 2020, as part of the normal maintenance protocols, Management became aware that the tires on Mr. Glenn's golf cart were approaching an unsafe condition due to worn down treads. Fleet replaced and properly inflated the new tires. By doing this, the vehicle's height increased to approximately 15 inches, thereby rendering the vehicle too high for Mr. Glenn's restrictions. Mr. Glenn expressed his concern when the vehicle was returned to him with the new tires. In order to meet his accommodations, Mr. Glenn was instructed to temporarily walk from building to building at the U1a complex, and supervision reduced his overall work area by about half to reduce the amount of walking necessary. Even though Wolf was out of her office at the time, she was made aware of his concern and MSTS worked to confirm Mr. Glenn's restrictions were being accommodated.

In August 2020, after Wolf's return, she consistently reached out to Mr. Glenn to see how this new accommodation was working while other vehicle options were being evaluated. Mr. Glenn never responded or returned Wolf's calls. On or about August 28, 2020, Wolf received an e-mail from Mr. Glenn advising that he only wished to communicate with her via e-mail. Wolf responded, advising that she is following up to check in and see how his accommodations are going while an new vehicle is being searched for. Mr. Glenn never replied.[10]

On or about September 15, 2020 a different golf cart type vehicle meeting Mr. Glenn's 1 ft. height restriction was provided to Mr. Glenn. No further accommodation requests have been received from Mr. Glenn. He was given an updated confirmation of accommodation on October 29, 2020 and he confirmed receipt of the same.[11]

[9] See Exhibit 10.
[10] See Exhibit 12.
[11] See Exhibit 13.

*(handwritten top of page: 222 CV...)*

EL00-KS-20-0016
Parsonna Russell
Page 8 of 12
November 9, 2020

### 2. Mr. Glenn's Allegations Do Not Support A Finding Against MSTS

As explained in great detail above, MSTS worked hard to ensure Mr. Glenn's requests for accommodations were continuously being met. Despite the above, Mr. Glenn's charge alleges the following:

*(handwritten right margin: see pg 4 pargraf 5)*

*(handwritten left margin: 4.1.1, 4.1.4, 5.1.4, 4.2.5)*

- Mr. Glenn claims that on July 26, 2018, he was told he was moving to Fleet and that he would retire there. After four weeks Mr. Glenn had to return to Area 6, where the truck he had previously been issued for his ADA Accommodation was not available. Mr. Glenn alleges this was a discriminatory action. *(handwritten: NO Honesty)*
  - Response: As explained above, Mr. Glenn did move to different areas and into different vehicles during the accommodation process. Mr. Glenn was moved from Fleet due to lack of an assignment available that met his requests. None of these actions are discriminatory in nature.

*(handwritten left margin: 4.1.2, 4.1.4, 4.1.6, 4.2.5)*

- Mr. Glenn claims he was forced to ride in a cargo van, and was forced to ride in "Dons" truck until step boards could be installed. Mr. Glenn claimed this took 4 to 5 months, and was discriminatory.
  - Response: Although this is vague as to time and thus difficult to investigation, generally, as a Government Contractor, all vehicles at the NNSS are owned by the US government, thus with MSTS not owning any vehicle, it does sometimes take time to receive authorization for modifications or changes to vehicles. Any perceived delay would in no way be discriminatory, it would simply be part of the normal process. In addition, as explained in detail above, Mr. Glenn was provided with vehicles and/or transportation accommodating his current restrictions throughout the ADA process. *(handwritten: Cargo Van, no vehicle, Dodge, Ford, Not steps)*

*(handwritten left margin: 4.1.1, 4.1.2, 4.1.3 ✗, 4.1.4, 4.1.5, 4.1.6, 5.1.4)*

- Mr. Glenn claims that he worked on an asbestos job in Mercury "wrapping asbestos pipes 5 feet deep in 100 degree heat." Mr. Glenn claims that was a strenuous scope of work that was discriminatory and worsened his medical condition.
  - Response: Mr. Glenn did work with this crew but he was assigned the less strenuous work. Thus, he provided clean up and was not assigned to wrap the pipe in the ditch. *(handwritten: Defamed my character)*

*(handwritten left margin: 4.1.1)*

- Mr. Glenn claims he was intentionally not scheduled for hazardous waste classes and that his web based training is not being given to him to make him fall behind in his certifications.
  - Response: Changes to training classes are made based on need for training and training availability. There has been no deviation from that process with Mr. Glenn's training schedule. Recently, due to COVID-19 restrictions, there was significant reductions in trainings available and thus this may be the reason for any changes he experienced.

EL00-KS-20-0016
Parsonna Russell
Page 9 of 12
November 9, 2020

4.1.1
4.1.4
4.1.6.
4.2.5.
- Mr. Glenn claims medical paperwork is being filed in the system intentionally so he can't do his training or get fit tested.
  - Response: This allegation doesn't make sense. We have an internal occupational medicine department that conducts physicals and determines fitness for duty. Mr. Glenn's fit for duty and 'fit test' for respirator use is separate from his ADA filed held with Wolf. However, Occupational Medicine does receive medical documentation from employees and does generate them from employee physicals/exams. This is no way would be discriminatory.

5.1.3.
4.2.5
4.1.1
4.1.4
- Mr. Glenn claims that he was given a $100.00 boot voucher, when other employees were give $200.00 boot vouchers.
  - Response: Mr. Glenn received his last boot voucher on May 27, 2020. In June of 2020, the boot voucher amount increased to $200. Thus, while technically true, this does not support a claim of discrimination.

6.2.3.
- Mr. Glenn claims that keys were intentionally taken away from him and given to another employee to hold all day.
  - Response: Again this was not reported as a concern at any time by Mr. Glenn. However, given the nature of our work and the facilities we manage, especially at U1a, keys are checked out, tracked and managed very carefully. Thus, even if true, nothing about keys being held by another would be discriminatory.

5.1.2.
- Mr. Glenn claims he has intentionally not been paid to work through lunches but was told he would get 2 paid lunches a week. He claimed that Ebel Lopez was paid 2 WTL a week.
  - Response: While certain laborer assignments do occasionally work through lunch and thus receive premium pay per the Union Agreement; Mr. Glenn's assignment does not require him to work through lunch. It is important to note that we do not have any evidence that Mr. Glenn worked through a lunch and did not receive pay. Instead he seems upset for not having the opportunity to do so. Again, the lack of need for him to work through lunch is in no way discriminatory, it is simply the nature of the assignment he is currently working.

Defame character

6.2.1.
4.2.5.
- Mr. Glenn claims that he had to walk to do his cleanup because his Buggy was picked up after it was determined the tires were too high. Mr. Glenn alleges this was a discriminatory action.
  - Response: As explained above, when no low vehicle was available that met his restriction, Mr. Glenn was accommodated by decreasing his work area and having him walk from building to building. This was not discriminatory, it was necessary to ensure that his vehicle height restriction could be met.

6.2.2.1.
4.1.2.
4.1.1.
4.1.5.
5.2.3
- Mr. Glenn claims retaliation and being bullied by management after he put in an employee

EL00-KS-20-0016
Parsonna Russell
Page 10 of 12
November 9, 2020

and expressing concern that his ADA request was not being taken seriously. The issues and concerns raised by Mr. Glenn were investigated and could not be substantiated. It was determined that the procedures and policies used to fill Labor assignments at the NNSS was in line with Union Agreement, in that is it management's right to make these determinations and assignments within its discretion. Further, Mr. Glenn *is* being accommodated and currently working in the role he requested at U1a. As explained above in great detail, MSTS has engaged with Mr. Glenn from his first initial request in 2018 and continues to the engage with Mr. Glenn to this day regarding his ADA accommodations.

*(handwritten left margin: 6.2.2.1 6.2.1. 4.1.2. 4.1.6. 4.1.1.)*

- Mr. Glenn claims when he asked to switch out of the Dodge truck because it was too high for his accommodation, he was bullied to take a Ford Truck with steps that was also too high. Mr. Glenn reached out to Wolf regarding Ford Truck being too high and was asked to clear out truck and was given a golf buggy.
  - Response: Again, this is addressed above. The vehicles provided to Mr. Glenn, were not too high, in fact they both met this 3 ft. vehicle height restriction that was in place at the time. Despite that, due to his pushing different vehicles were provided. Then, when the vehicle height restriction lowered to 1 ft. a lower vehicle was provided.

*(handwritten left margin: 6.2.1.1)*

- On September 17, 2019, Mr. Glenn claims he was set up to work in 20-N, which required him to walk up a steep incline. *(handwritten: Defame my character Im not telling the truth?)*
  - Response: Again, as explained above, Mr. Glenn has been provided the less strenuous assignments and work within his restrictions, including not assigning work that required him to "climb steep hills." There is no evidence to support that any walking done by Mr. Glenn in area 20-N violated his restriction.

*(handwritten left margin: 6.2.1.1. 4.1.6.)*

- On October 17, 2019, Mr. Glenn claims he injured himself while moving some furniture and recyclables into a truck after being "bird-dogged" a few days earlier.
  - Response: As explained above, Mr. Glenn did claim a work related injury and was properly allowed to file a claim. Although the claim is currently denied with an appeal pending, this is again in no way evidence of discrimination. "Bird-dogged" is a term used by employees when supervision watches them. As you can imagine, with a work site the size of the state of Rode Island, it is impossible for supervision to always watch employees; thus, there is a practice in which supervision will travel around the NNSS and observe work. Again, this is in no way discriminatory, this is a standard practice performed by supervision.

*(handwritten left margin: 6.2.2.1 Verbal Conduct 4.1.2 4.1.2. 4.1.4.)*

- March 4, 2020 – Mr. Glenn claims he was harassed by Steve L. who told him that he stole his buggy and said to him "you should be walking bitch."
  - Response: Mr. Glenn fails to explain that this conduct was reported to MSTS and MSTS determined that Mr. Glenn stated "If one of these f*cking youngsters would have some respect and give up their seat for an O.G." and then his colleague respond inappropriately with, "you took our buggy, you should be walking b*tch." Upon the

*(handwritten bottom: If I used verbal at them or him why wasnt I written up? defame my character using (f*cking))*

EL00-KS-20-0016
Parsonna Russell
Page 11 of 12
November 9, 2020

report MSTS took immediate action, received a written statement from the other party involved, provided him with counsel/coaching about his inappropriate conduct and then addressed the issue with the entire group at the next Plan of the Day ("POD") meeting, explaining the need for respectful communications at all times. There have been no reports of other or further incidents.[12]

*5.2.8* — • April 1, 2020 – Mr. Glenn claims that 3 more laborers added to jobsite for COVID-19 clean up and Robert Keene made Foreman by Matt S because "she communicates better with Julian."
  o Response: MSTS investigated this issue during the ECP and determined that job assignments were properly determined within management's discretion.

*6.2.2.1* — • May 26, 2020, Mr. Glenn claims someone reported him driving his buggy on Mercury Hwy to the gas station. *Defamed my character Driving while black*
  o Response: While there was a good faith report of a potential safety violation because the buggy's are not allowed on the Highway, MSTS was unable to substantiate Mr. Glenn violated any safety rules but MSTS did determine that the report was made in good faith, by a disinterested supervisor.

*4.1.1*
*4.1.2* — • When Mr. Glenn asked Roberta Keene about his boot voucher, she told him to park his *she didnt* buggy and that he had to ride with her in the Ford Truck to get it. *offer me a ride she commanded*
*4.1.3* *Defamed* — o Response: This is true, Mr. Glenn could not take his buggy on the highway. Thus, *my own* *me to ride with her I had*
*character* she offered him a ride. Again, nothing here supports a claim of discrimination. *ride she didnt*
*6.2.2.1* — • June 4, 2020, Mr. Glenn claims that his Supervisor, Eric Norona, harassed him about not *ask*
*4.1.2* letting him into Chuck's Place" while he was cleaning.
*Defamed* — o Response: Mr. Glenn did fail to allow supervision in to utilize a conference room
*character* and inappropriately communicated with supervision. This was reported and addressed with Mr. Glenn but it does not support a claim of harassment.

*Dec 2,* — • In or around June 20, 2020 – Mr. Glenn claims that he was subject to harassing comments
*2019* by management, such as "I can't use your F*ck*n @ss, you are not good to me," while being made to clean different areas on foot. *July 2, 2020*
  o Response: We believe Mr. Glenn is alleging that this comment was actually made by Keene (no by management). Ms. Keene denies the statement, as do his management.[13] *See Gabe Kline for statement first day at U1A*

• Mr. Glenn claims that he was placed in a hostile work environment where there was verbal abuse and slamming of truck doors.
  o Response: As explained above, there is only one instance of a substantiated
*6.2.2* *when?* inappropriate comment. This comment was promptly and appropriately addressed
*6.2.2.1* by MSTS. There is no evidence to support this alleged hostile environment.
*4.1.2* — • July 1, 2020 – Mr. Glenn claims that Robert Keene is harassing him by going to his office and putting a schedule on his desk in his office for the COVID cleanup. *parking her car close*
*verbal* *and driving close behind me and passing in a unsafe way on the Hwy*
*conduct* *toxic environment first verbal abuse and slamming doors made it hostile.*

[12] See Exhibit 11.
[13] Please notify if you would like affidavits from the individuals denying this comment or addressing any other action.

EL00-KS-20-0016
Parsonna Russell
Page 12 of 12
November 9, 2020

*[handwritten:] 4.2.2 articulate the solution*
*4.2.3 opinions are heard and valued*

*[handwritten left margin:] She isn't my boss go through proper command she should have left it at Julians Smith who is my Foreman*

○  Response: Giving Mr. Glenn a schedule for the COVID-19 cleanup in the area is in no way evidence of harassment. In fact, the opposite could be said, in that she was attempting to communicate with him regarding the cleaning schedule to ensure that work was properly completed. *[handwritten:] Defamed my character*

### 3. Mr. Glenn's Age Claim and Race Allegations Fail

Mr. Glenn claims that other employees are being treated more favorable in violation of Title VII of the Civil Rights Act of 1964. These allegations include:

- Mr. Glenn claims race and age discrimination because he believes that "job reassignments" and "more pay" opportunities were given to younger white and Hispanic employees.
- Mr. Glenn claims that he is being left out of certain jobs intentionally and that he is being pushed out of work or that others are hoping he gets hurt and cannot work.

*[handwritten left margin:] The shop was*

Mr. Glenn's job assignment is currently the specific job assignment he requested during the accommodation process and was agreed to by MSTS. He cannot now claim that this assignment or his lack of movement is somehow discriminatory. Moreover, Mr. Glenn was hired by MSTS less than 5 years ago. At the time Mr. Glenn was already over 50 years old. There is absolutely no evidence that Mr. Glenn's age is being considered in connection with his work assignments. *[handwritten:] every one was younger, and most not my color.*

## II.    CONCLUSION

As the above demonstrates, Mr. Glenn is wholly unable to demonstrate the elements necessary to establish, much less prevail on, any claim of discrimination, harassment or retaliation. Examining the claim objectively shows that Mr. Glenn has no merit to his allegations.

Sincerely,

/s/ Katherine Slotkin

Katherine E. Slotkin
Senior Counsel

Enclosures: supporting documents

JLW: KES

EL00-KS-20-0016
Parsonna Russell
Page 2 of 12
November 9, 2020

*I was taught at a early age not to open the door to Strangers growing up in Detroit City. It was paramount to safety and had security implications. So Eric Norona's security clearance was performed at the highest professional level. he knew the security implications for the Nation, and Nevadans.*

*Look at my awards How high do I have to go.*

agencies such as the Department of Defense and the Department of Homeland Security. The importance and integrity of this work is paramount to the safety of all Nevadans and, candidly, has security implications for the nation. For this reason many employees who work for MSTS require security clearances and all employees who work for MSTS are asked to perform their assigned duties at the highest professional level.

*working under the LA and ing spatched on 872 union came to work at the NNSS good with there dose all the scrim. retaliation rassment me from? didnt ing it ith Mr. 5 mile on LV it was lready ere.*

MSTS' laborer workforce is working under a Project Labor Agreement with the Laborers' International Union of North America Local Union No. 872 for all Laborer work performed at the NNSS. Larger than the state of Rhode Island, the 1,360-square-mile NNSS is located 65 miles northwest of Las Vegas. Several different work areas and projects across the NNSS utilize the Laborer work force. MSTS has a Labor Relations department to oversee all craft at the NNSS. The majority of MSTS' Laborer workforce is assigned to the construction group and performs work in several locations across the NNSS, including in Mercury, the DAF, Area 5, Area 6, U1a, and Fleet.

*Majority are blacks doing all the hard work. And the long ride 2 hrs come to work and 2 hr going back and 10½ hr working shift*

**B. History of Mr. Glenn's Employment**

Mr. Glenn was hired on February 17, 2016, by a predecessor contractor, National Security Technologies, LLC ("NSTec"). Mr. Glenn subsequently transferred to the next contractor, MSTS, on December 1, 2017. Mr. Glenn was hired as a Laborer II, originally assigned to work in Area 6 at the NNSS. A Laborer II has job duties that fall within a broad range of laborious activities, including but not limited, concrete coring, drilling and finishing, preparation of trenching, sandblasting, asbestos disposal, trash removal, cleaning, construction worksite support, weed abatement, etc. Laborer's assignments within the construction field can change daily, with Supervisors and Foreman being assigned or changed according to location and job detail/duties. This means that a Laborer at the NNSS may move from one area to another, and one supervisor to another, on a weekly or even daily basis.[1] *what about permently?*

*Did all of the above 2½ years. So what are they trying to say I didn't do the duties. If I wasnt doing my job something would have been said.*

When MSTS took over, Mr. Glenn's supervisor changed from Frederick A. Iovine to Ted L. Sargent. Since that time, there have been several Supervisor and organizational changes made due company reorganization and/or project need. During the beginning of the timeframe referenced in Mr. Glenn's EEOC Charge, June 13, 2018, Mr. Glenn's Supervisor was Brian Pusch ("Pusch"). On October 29, 2018, Mr. Glenn's Supervisor changed from Pusch to Jeffrey Presser ("Presser"). On February 24, 2020 to present, Mr. Glenn's Supervisor changed from Presser to Eric Norona ("Norona"). *NEVER introduced as Eric is a boss just Matt S. I have rode the bus with him and not one time has he opened his mouth just like so many others at NNSS they are to good to speak*

**III.   RESPONSE TO CHARGE**

Mr. Glenn filed an EEOC Charge on August 3, 2020. On August 11, 2020, MSTS received the Charge. In the Charge, Mr. Glenn alleges discrimination based on: (1) disability (2) age (3) *Frederick A Iovine gave the GF Position to Gary Gonzalez after 2 black Laborers put in for the position, one of them had been working here*

[1] See exhibits 1 and 2. *for over 10 years plus. Again a hispanic was giving the role of over seeing all the Blacks. Keeping us in a Dead end job. MSTS never gave me a opportunity to even put in for the job NO 4.1.5 INCLUSION blatant discrimination.*

**National Security Technologies** LLC
*Vision • Service • Partnership*

**OFFICIAL USE ONLY**

May be exempt from public release under the
Freedom of Information Act (5 U.S.C. 552),
exemption number and category:
**6 – Personal Privacy**

**Department of Energy review required
before public release.**

EL00-KS-20-0016

November 9, 2020

Parsonna Russell, Office Automation Assistant
Los Angeles District Office
Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA  90012

|  |  |
|---|---|
| Subject: | **MSTS POSITION STATEMENT** |
| RE: | **HIRAM GLENN v. MISSION SUPPORT AND TEST SERVICES LLC** |
| EEOC CHARGE #: | **846-2020-03524** |

## I.   INTRODUCTION

The following is Mission Support and Test Services LLC ("MSTS") response to the above-referenced Charge of Discrimination ("Charge"). As with all information which MSTS provides, the information contained herein is based on our investigation to date, and is offered solely to help achieve an expeditious resolution of this Charge. It is subject to revisions and additions in the event new or additional information becomes available, and it is submitted with the expressed understanding that it will remain confidential. It is also submitted without, in any manner, waiving or compromising, any defenses that MSTS may have in fact or in law.

*[handwritten: correct I was treated]*

Hiram Glenn ("Mr. Glenn") was not discriminated against in any manner. Rather, <u>he was treated</u> *[handwritten: no different]* <u>no differently than all employees in similarly situated positions.</u> MSTS strongly denies the Charge *[handwritten: I did every]* and maintains that there is no evidence to support the allegations.  As explained in more detail *[handwritten: thing all]* below, Mr. Glenn's Charge is meritless and should be closed with a no probable cause finding. *[handwritten: employees in similar situated positions. It was 2½ years before I said anything about]*

## II.   FACTS

### A. Background  *[handwritten: And that you are prejudice]*

The Nevada National Security Site ("NNSS"), formerly known as the Nevada Test Site, is owned *[handwritten: unfair]* by the U.S. Department of Energy/National Nuclear Security Administration ("DOE"). DOE and *[handwritten: treatment]* MSTS have entered into a contract whereby MSTS operates the NNSS for DOE. As the operator *[handwritten: They are]* of the NNSS, MSTS is responsible for several areas of operation, including work for other federal *[handwritten: doing thing to me in my face lik I can't see]*

**National Security Technologies, LLC**
*Vision • Service • Partnership*
<u>www.MSTS.com</u>
P.O. Box 98521, Las Vegas, NV 89193-8521
2621 Losee Road, N. Las Vegas, NV 89030-4129

# SOUTHERN NEVADA LABORERS TRAINING TRUST LOCAL 872

### Training Received Official Transcript

| | | | | |
|---|---|---|---|---|
| First Name: | HIRAM | | Training Status: | |
| Middle Name: | | | Local Union: | 872 |
| Last Name: | GLENN | | Local Status Status: | Journeyman |
| SSN: | XXX-XX-9232 | | Apprentice Program: | |
| Student Number: | 3LWV9FCZKY | | Apprentice Status: | |

| Course Code | Class Start Date | Class End Date | Training Acquired | Issued | Renewal Months | Expiration | Certificate Number |
|---|---|---|---|---|---|---|---|
| ASB.R | 12/3/2011 | 12/3/2011 | Asbestos Worker Refresher | 12/3/2011 | 12 | 12/3/2012 | 923240731211 |
| ASB.R | 10/19/2013 | 10/19/2013 | Asbestos Worker Refresher | 10/19/2013 | 12 | 10/19/2014 | 923240731013 |
| ASB.R | 12/12/2015 | 12/12/2015 | Asbestos Worker Refresher | 12/12/2015 | 12 | 12/12/2016 | 923240731215 |
| ASB.R | 12/15/2012 | 12/15/2012 | Asbestos Worker Refresher | 12/15/2012 | 12 | 12/15/2013 | 923240731212 |
| ASB.R | 10/25/2014 | 10/25/2014 | Asbestos Worker Refresher | 10/25/2014 | 12 | 10/25/2015 | 923240731014 |
| ASB.R | 12/10/2016 | 12/10/2016 | Asbestos Worker Refresher | 12/10/2016 | 12 | 12/10/2017 | 923240731216 |
| ASB.R | 12/2/2017 | 12/2/2017 | Asbestos Worker Refresher | 12/2/2017 | 12 | 12/2/2018 | 923240731217 |
| ASB.R | 12/8/2018 | 12/8/2018 | Asbestos Worker Refresher | 12/8/2018 | 12 | 12/8/2019 | 923240731218 |
| ASB.R | 12/7/2019 | 12/7/2019 | Asbestos Worker Refresher | 12/7/2019 | 12 | 12/7/2020 | 923240731219 |
| ASB.R | 3/13/2021 | 3/13/2021 | Asbestos Worker Refresher | 3/13/2021 | 12 | 3/13/2022 | 923240730321 |
| ASB.W | 10/18/2010 | 10/22/2010 | Asbestos Worker | 10/22/2010 | 12 | 10/22/2011 | |
| CDL.SK | 6/9/2012 | 6/9/2012 | CDL SKILL TEST | 6/9/2012 | 0 | | |
| CDL.P | 4/7/2012 | 4/7/2012 | CDL Preparation | 4/7/2012 | 0 | | |
| CDL.PRE | 5/5/2012 | 5/5/2012 | CDL. PRE TRIP INSPECTION | 5/5/2012 | 0 | | |
| CONCUT.S | 12/21/2011 | 12/22/2011 | Concrete Saws - Cutoff/Powered | 12/22/2011 | 0 | | |
| CPR | 6/16/2008 | 6/16/2008 | Cardio-pulmonary resuscitation (CPR) | 6/16/2008 | 24 | 6/16/2010 | |
| CUT.B | 2/21/2006 | 2/23/2006 | Cutting & Burning & Firewatch | 2/23/2006 | 0 | | |
| ELEC.CON | 4/26/2010 | 4/30/2010 | ELECTRIC CONDUIT INSTALLATION | 4/30/2010 | 0 | | |
| FIRST | 6/17/2008 | 6/17/2008 | First Aid | 6/17/2008 | 36 | | |
| FIRST.C | 1/5/2016 | 1/5/2016 | First Aid including CPR | 1/5/2016 | 24 | 1/5/2018 | |
| FIRST.C | 1/15/2014 | 1/15/2014 | First Aid including CPR | 1/15/2014 | 24 | 1/15/2016 | |
| FLAG | 7/12/2014 | 7/12/2014 | Traffic Control | 7/12/2014 | 24 | 7/12/2018 | |
| FLAG | 3/13/2006 | 3/13/2006 | Traffic Control | 3/13/2006 | 24 | 3/13/2010 | |
| FLAG.WZS | 4/9/2016 | 4/9/2016 | Traffic Control & Work Zone Safety | 4/9/2016 | 48 | 4/9/2020 | |
| HOIST | 5/3/2010 | 5/7/2010 | Hoisting & Rigging | 5/7/2010 | 0 | | |
| MSHA | 12/27/2011 | 12/28/2011 | MSHA 24 HOUR Surface | 12/28/2011 | 12 | 12/28/2012 | |
| OSHA10 | 12/19/2011 | 12/20/2011 | OSHA, 10-hour | 12/20/2011 | 60 | 12/20/2015 | |
| OSHA10 | 5/6/2008 | 5/8/2008 | OSHA, 10-hour | 5/8/2008 | 60 | | |
| OSHA30 | 9/30/2013 | 10/4/2013 | OSHA, 30-hour | 10/4/2013 | 60 | 10/4/2018 | 15-601067733 |
| PV.STUDY | 12/15/2011 | 12/17/2011 | PV Study Group & Licensing Prep. | 12/17/2011 | 12 | 12/17/2012 | |
| SANDBLAST | 12/22/2011 | 12/23/2011 | Sandblasting | 12/23/2011 | 0 | | |
| SCISSOR | 1/30/2006 | 1/31/2006 | Scissor Lift Safety/Aerial lift | 1/31/2006 | 0 | | |
| STEW | 1/12/2008 | 1/12/2008 | Steward Training | 1/12/2008 | 0 | 1/12/2009 | |
| STEW | 2/7/2009 | 2/7/2009 | Steward Training | 2/7/2009 | 0 | 2/7/2010 | |




vid Gonzalez, Archie Johnson and Charles Roberts.

Donald Umphenour, Patrice Wi



# LOCAL 87

# LABORERS

ALWAYS  SAFE AND GOING ABO



David Gonzalez, Archie Johnson and Charles Roberts.



Donald Umphenour, Patrice

# LOCAL 87
# LABORER



## ALWAYS SAFE AND GOING ABO



Glen Jacobson, Jose Munguia and Jaime Arias.



Charles "C.J" Carter and Michael Fricke.



Glen Jacobson, Jose Munguia and Jaime Arias.



Charles "CJ" Carter and Michael Fricke.

# THANK YOU FOR ALL YO



Back Row: Kristian Montenegro, Bobby Rodriquez, Sean Sousa, Tyrone Lathan, Kyle Kline, Roberto Camarena, Billy Alcantar, Robert Lee. Front Row: Marcus Fuller, Mitch Hollander and Eric Torres.



Ebel Lopez, Patrick O'Co
Warren "Scruffy" Cannin
Villanueva, Justin Putna

# Certificate of Recognition

**National Security Technologies** LLC
Vision • Service • Partnership

For

Performance Award Nomination ~ Large Team

# Hiram Glenn

- U1a Make It Happen Team

In recognition of your important contribution to National Security Technologies, LLC, during FY 2017.

You are hereby recognized for going above and beyond expected levels.

James L. Holt
President

CENTERRA
NEVADA

Safeguarding America's Interests Since 1965

# The Silver Nugget Award

Is Presented to

## Hiram Glenn, Laborer

National Security Technologies, LLC

For excellence in supporting Centerra-Nevada
Field Operations at the Nevada National Security Site
and the North Las Vegas Security Complex.

Given under my hand, this 20th Day of March 2017

Martin D. Glasser
General Manager, Centerra-Nevada

NEVADA NATIONAL
NNSS
SECURITY SITE

VPP

2:2 CV 00712 HIRAM GLENN



NEVADA NATIONAL
NNSS
SECURITY SITE

# Certificate of Appreciation

## Hiram Glenn Jr.

Above and Beyond the Call of Duty

Thank you for your generous commitment of
Time, Dedication and Teamwork to the
Nevada National Security Site Fire & Rescue Department

*Awarded this 7th day of June, 2017*



Jemmy Cash
Deputy Chief of Operations

John Gamby
Fire Chief



222 CU GLENN GLENN

Workplace Answers



presented to

Hiram NMN Glenn Jr

for the successful completion of

## Unlawful Harassment Prevention

course was completed on

2/10/2016



NEVADA NATIONAL
SECURITY SITE
Managed and operated by
Mission Support and Test Services

2621 Losee Road, N. Las Vegas, NV 89030-4129 | P.O. Box 98521, M/S NLV003, Las Vegas, NV 89193-8521

March 26, 2018

Hiram Glenn

Subject: **THE SECRETARY'S APPRECIATION AWARD**

Congratulations! You were nominated for a U.S. Department of Energy, Secretary's Appreciation Award by the Office of Defense Nuclear Non-Proliferation, Dr. David LaGraffe and Mr. Craig Sloan.

The Source Physics Experiment team was selected to receive an award for your successful completion of the Phase I experiment, which consisted of six chemical explosions detonated in Area 15 of the Nevada National Security Site. The experiments provided critical data to the national laboratories to aid in the development of new physics-based models for underground explosions. Enclosed is a certificate for you signed by Energy Secretary Rick Perry.

Congratulations again on receiving this prestigious award, and thank you for your contributions.

*Jesse Bonner*

Jesse L. Bonner, Manager
Defense Nuclear Nonproliferation Programs

JLB:dlf

Enclosure: as stated

cc w/o enc:
R. K. Alexander, MSTS
W. C. Parks, MSTS

222 cv 00712 HIRAN Glenn



United States
Department of Energy

# The Secretary's Appreciation Award

Presented to

*Hiram Glenn*

The Source Physics Experiment team is recognized for significantly advancing the underground nuclear explosion monitoring capabilities of the United States. With the completion of the Pahute Mesa experiments of phase I, the Source Physics Experiment team has increased our theoretical understanding and modeling capabilities, leading to improved methods to detect and identify explosions. We are closer to achieving our overall goal of a physics-based model that can discriminate among explosions, earthquakes, and cavity collapses and accurately determine nuclear explosion yields. Truly a multi-talented and multi-laboratory group, the Source Physics Experiment team persevered through unforeseen adversity and several significant technical and operational challenges to achieve results with great scientific and operational impact. Their efforts are a great credit to themselves, the National Nuclear Security Administration, and the Department of Energy.

*Rick Perry*

Rick Perry
Secretary of Energy

August 2017

Date

# HOTSHOT AWARD

In recognition of your exceptional performance, this certificate is hereby awarded to

**Hiram Glenn**
Recipient

_Sean K. Tee_
Manager

2/18/2020
Date Awarded

#17

NEVADA NATIONAL
SECURITY SITE
NNSS
Managed and operated by
Mission Support and Test Services

---

This certificate is redeemable for $25 towards any company store item(s).
Complete this portion and submit original whole page to NLV0003; or contact your
nearest TEAM representative. Must be redeemed by 8/31/20.

1390
Certificate

Certificate number _1390_   Date awarded _2/18/2020_

Awarding manager _Sean K. Tee_

Awarded to _Hiram Glenn_

Org # _S43B_   Mail Stop _NNSS4105_

Item selected _____

222 CV 00712 HIRAM GLENN

11/28/2019

(380 unread) - hiramglennjr@yahoo.com - Yahoo Mail

Home

Compose

**Inbox**        380

Unread

Starred

Drafts        13

Sent

Archive

Spam

Trash

∧ Less

Views        Hide

Photos

Documents

Deals

Receipts

Groceries

Travel

Folders        Show



Find messages, documents, photos or people

← Back    Archive    Move    Delete

## Accommodation Request Follow Up

**Wolf, Angelica (CONTR)** <wolfan@nv.doe.gov>
**To:** hiramglennjr@yahoo.com

Nov 26 at 12:07 PM

HI Hiram,

As we discussed, here is a follow up to your accommodation request to be placed in the U1A Laborer Role.

If you have any questions let me know.

I am off tomorrow, but will be back Monday, so we can touch base then if you need to.

Thanks

Angi

Angi Wolf

St. HR Specialist - Leave and Accommodations Administrator

Mission Support and Test Services

#16

222

ERIC TORRES

702-324-8599

# 15

Labor Realations

MONDAY @ 8:00 am

Build 117 LR OFFICE

222 CV 00712  HIRan GlcNW

# LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

## LOCAL 872
2345 RED ROCK ST, LAS VEGAS NV 89146
Telephone: (702) 452-4440  Fax: (702) 452-4262

### Referral Slip  - Job 91432

4/30/2013

| | | |
|---|---|---|
| Member Name: | **GLENN JR., HIRAM** | SSN: **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** |
| | **1473 LITTLE SPRING CT** | Phone: **702-408-4378** |
| | **LAS VEGAS, NV  89128** | |
| | | |
| Contractor: | **CANYON-WARRIOR JOINT VENTURE** | Phone:**702-384-4747** |
| | **PO BOX 363369** | Fax:**702-384-0470** |
| | | |
| | **N LAS VEGAS, NV  89036** | |

---

| | | |
|---|---|---|
| Project: | **NEVADA TEST SITE** | |
| Report Date/Time | **5/6/2013 7:00 AM** | Report To: |
| Report Site: | | |
| Dispatch Class: | **REQ CONST 2/FOREMAN** | |
| **\* REMEMBER TO TAKE PHOTO ID, SOCIAL SECURITY CARD AND OSHA 10 CARD** | | |

---

Base Rate:           **$29.49**

*Taxable*          **$2.68 - VACATION/SUP DUES\***

Travel Pay:
-------------------------------------------------------------

*Non Taxable*      **$7.10 - HEALTH AND WELFARE\*\***
**$8.07 - PENSION A**
**$0.13 - TRAINING**
**$0.00 - ZONE PAY APPLIES**

222 CV 00712 HIRAM GLENN

# LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

## LOCAL 872

2345 RED ROCK ST, LAS VEGA

Telephone: (702) 452-4440  Fax: (7

# 14

### Referral Slip  - Job 9

5/4/2012

Member Name:

**GLENN JR., HIRAM**
**1473 LITTLE SPRING CT**
**LAS VEGAS, NV  89128**

SSN: 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
Phone: 702-408-4378

Contractor:

**CANYON-WARRIOR JOINT VENTURE**
**PO BOX 363369**

Phone:702-384-4747
Fax:702-384-0470

**N LAS VEGAS, NV  89036**

| | |
|---|---|
| Project: | **NEVADA TEST SITE** |
| Report Date/Time | **5/7/2012 8:30 AM**      Report To: **DAVE 384-4747 X105** |
| Report Site: | **OFFICE/ 609 E LAKE MEAD BLVD** |
| Dispatch Class: | **CONSTR3/ASBESTOS/FLAT SAW** |
| **\* REMEMBER TO TAKE PHOTO ID, SOCIAL SECURITY CARD AND OSHA 10 CARD** | |

Base Rate:          $29.67

*Taxable*            **$1.43 - VACATION/SUP DUES\***

Travel Pay:
--------------------------------------------------------------
*Non Taxable*        **$0.00 - CAF**
**$8.35 - HEALTH AND WELFARE\*\***
**$0.00 - OTHER**
**$6.82 - PENSION A**
**$0.00 - PENSION B**
**$0.00 - SUBSISTENCE PER DIEM**
**$0.13 - TRAINING**

222 CV 00712   HIRAM GlenN

**U.S. Equal Employment
Opportunity Commission
Public Portal**

Change Password (ChangePassword.aspx) | Logout (logout.aspx)

# Appointment Confirmed

## An appointment has been scheduled for this PCP

Back to Menu (Staff.aspx)

|  |  |
|---|---|
| **Your Name:** | Hiram Glenn |
| **Your Phone Number:** | (702) 929-9202 |
| **Interpreter/Language:** | No interpreter needed |
| **Additional Information:** | |
| **Appointment Code:** | 846-2020-03524 |
| **Appointment Date:** | Monday, 07/06/2020 |
| **Appointment Time:** | 10:00 AM (Time Zone: Pacific) |
| **Appointment Office:** | Las Vegas |
| **Office Address:** | The Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. South, Suite 5560, Las Vegas, NV 89101 |
| **What type of interview :** | In-Person |

This PCP's appointment has been scheduled successfully. Thank you.

Back to Menu (Staff.aspx)     Next

Privacy Policy (https://www.eeoc.gov/privacy.cfm) | Disclaimer (https://www.eeoc.gov/disclaimer.cfm) |
USA.gov (https://www.usa.gov/)

https://publicportal.eeoc.gov/Scheduling/Confirmation?time=KpD0M1uomepieXSbdNpokk...   3/2/2020

222 C



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Las Vegas Local Office**

333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Las Vegas Status Line: (866) 408-8075
Las Vegas Direct Dial: (702) 388-5013
TTY (702) 388-5098
FAX (702) 388-5094
Website: www.eeoc.gov



Hiram Glenn
1841 Drifters Peak Street
Las Vegas, NV 89144.

Dear Hiram,

 The U.S. Equal Employment Opportunity Commission (EEOC) has received your inquiry. We investigate complaints of employment discrimination based on age (40 and over), race, color, sex, religion, national origin, disability and retaliation.  In general, a charge of discrimination must be filed with our office within 300 days from the date of harm.

Your confirmation of your intake appointment is attached.

You may call us Monday thru Friday between the hours of 8:00 a.m. and 4:00 p.m. @ (702) 388-5013 Pacific time to cancel if you do not wish to file. Thank you.

**Thalia Guerra**
**Enforcement Clerk**
**Equal Employment Opportunity Commission (EEOC)**
**333 Las Vegas Blvd. South 5th Floor Ste, 5560**
**Las Vegas, NV 89101**
**Thaliaa.guerra@eeoc.govTel:+1-702-388-5013 Fax: + 1-702-388-5094**

222 CV 00712 Hiram Grenn

| Company<br>Form<br>FRM-0931 | **PERSONAL PROT**<br>**VO** | #12 | 03/21/18<br>Rev. 07<br>Page 1 of 1 |

ISSUE DATE: 05/27/2020             KS3400SS

Hiram Glenn Jr.
_____
Employee Name

Paul Lipkowitz _____ _____    Number
_____    Laborers - 1S4K
Department Manager Printed Name    Department Manager Signature    Org. Name & Number

Check Employee Location:

☐ LVO (Las Vegas Operations)     ☒ NNSS (Nevada National Security Site)     ☐ LO (Livermore Operations)

☐ LAO (Los Alamos Operations)     ☐ STL (Special Technologies Laboratory)

☐ RSL-AO (Andrews Operations)     ☐ RSL (Remote Sensing Laboratory-Nellis)

STORE MANAGER,

Please accept this voucher as credit toward the purchase of:

(Check only ONE item per voucher) ☒ Safety Shoes       ☐ Prescription Safety Glasses

Payment will be made in accordance with Agreement(s) currently in effect with approved vendor(s).
Please attach the fully executed copy of the voucher to your invoice and submit same with your monthly statement to the
following address:

**Mission Support and Test Services**[LLC]
**Accounts Payable**
**PO Box 98521, M/S NLV025**
**Las Vegas, NV 89193-8521**

Safety Shoes Reimbursement Limit is $100.00
*Select all that apply:*    ☒ Composite safety shoes (non-metal) *(Must meet ASTM F2413-05)*      ☒ Slip Resistant
                        ☒ Steel/fiberglass Toed *(Must meet ASTM F2413-05 Requirements)*

Prescription Safety Glasses Reimbursement Limit is $125.00. **MUST MEET ANSI Z-87.1 REQUIREMENTS WITH FIXED AND
RIGID SIDE SHIELDS. GLASS LENSES ARE RECOMMENDED.**

VENDOR WILL BE REIMBURSED THE INVOICED AMOUNT UP TO THE REIMBURSEMENT LIMIT NOTED ABOVE. ANY
CHARGES OVER THE REIMBURSEMENT LIMIT ARE THE RESPONSIBILITY OF THE EMPLOYEE AT THE POINT OF SALE.
ITEM(S) ARE SUBJECT TO ALL STATE AND LOCAL TAXES.

Hiram Glenn Jr.
_____      _____
Employee Printed Name                        Employee Signature

_____      _____
Vendor Company Name                         Purchase Date

_____      _____
Vendor Employee Printed Name              Vendor Employee Signature

Distribution: Employee's Department
              Vendor
              Accounts Payable
              Employee

GLENN, HIRAM
PID:69151, DOB:10/3/1962
2/7/2013 4:24 PM
HIP, AP
HIP, AP
1001/1

BONE AND JOINT SPECIALISTS CRIMSON CANYON
kV:0



# 11

R

2140X1760
Mag: 0.37x
W:889 L:579

Printed by kgoolsby on 3/10/21 1:19 PM

Se: Jul 23, 2020 8:47:10 AM
Se: DX #1
Im: 1/1

R

2:22 CV 00712 Hiram Glenn

Bone And Joint Specialists
[ GLENN,HIRAM ]
[ Oct 3, 1952 ]
[ 0 ][ 05 Y ]
[ 69151BLV ]

3064x2554
Zoom: 100 %
Compression: 2:1 (lossless)
W: 12928 L: 8842

222 cv 00712 HIRAM Glenn

GLENN, HIRAM
PID:69151, DOB:10/3/1962
4/10/2015 2:55 PM
PELVIS,
PELVIS,
1002/1

BONE AND JOINT SPECIALIST
kV:



2140X1760
Mag: 0.37x
W:874 L:586

**BONE
& JOINT
SPECIALIST**

...en Sanders, M.D.
...k Rosen, M.D.
...Michael Elkanich, M.D.
...es B. Manning, M.D.
...k T. Mendez, M.D.
...elyn Segovia, P.A.C.

# 10

**Board Certified Ort...**
2020 Palomino Lane, Suite 260, Las Vegas ... ...  ...-7200 office
2680 Crimson Canyon Drive, Las Vegas, NV  89128    (702) 474-0009 fax

| | |
|---|---|
| **Patient:** | Hiram Glenn Jr |
| **Date of Birth:** | 10/03/1962 |
| **SSN (last 4 #):** | 9232 |

| | |
|---|---|
| **Visit Date:** | 07/15/2016 |
| **Attending Provider:** | MARK J. ROSEN MD |
| **Referring Provider:** | WENDELL D. BUTLER M.D. |

## Patient Visit Note

**Active Problems**
- **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

**Occupation**
Construction labor

laid off since December

**Body Part**
Bilateral Hips

**Date of Surgery**
right hip 2009  Wright metal on metal

**History of Present Illness**
   Hiram Glenn is a 53 year old male.
   - Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Occcasional left knee pain

**Past Medical/Surgical History**
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Physical Findings**
- **Vitals taken 07/15/2016 03:06 pm**
   | | |
   |---|---|
   | **Height** | **68 in** |
   | **Weight** | **212 lbs** |
   | **Body Mass Index** | **32.2 kg/m2** |

## STEINBERG DIAGNOSTIC MEDICAL IMAGING CENTERS
Phone: (702) 732-6000   www.sdmi-lv.com   Fax: (702) 732-6071

Patient Name: **Hiram Glenn**

Patient: **Hiram Glenn**
SDMI #: **1010822**
Pt. DOB: **10/03/1962**
Pt. Sex: **Male**

Date of Service: **12/13/19**
SDMI Location: **CH**

Physician: **Michael Bradford**
Dr. Fax: **(702) 258-5565**
Dr. Phone: **(702) 878-0393**
Dr. Addr.: **7455 W Washington Ave Ste 160 Las Vegas, NV 89128**
Cc:
Cc:

**MRI RIGHT HIP**

**CLINICAL HISTORY:**
Right hip pain. Surgery in 2009.

**TECHNIQUE:**
Multiplanar multisequence images of the right hip on a 1.5T MR magnet. No IV or arthrogram contrast. Metal artifact reduction protocol was administered.

**COMPARISON:**
MRI right hip. 2/22/2013

**FINDINGS:**
Right hip: Metallic artifact limits evaluation. There is redemonstration of a lobulated right hip joint capsule with thickened wall extending anteriorly and posteriorly similar in appearance to prior study and compatible with a pseudocapsule. The visualized muscles and tendons about the right hip are otherwise grossly unremarkable. No acute fracture is seen

Left hip/general: There is moderate to severe osteoarthrosis of the left hip. There is a small left hip joint effusion. There is fluid in the region of the left iliopsoas bursa compatible with bursitis. No high-grade muscle or tendon abnormality is seen about the left hip. No acute fracture is seen.

**IMPRESSION:**
1. Right hip arthroplasty with associated pseudocapsule is unchanged.
2. Moderate to severe left hip osteoarthrosis. Fluid in the region of the left iliopsoas bursa compatible with bursitis.

Interpreted by: Yeonsoo James Kim MD      12/13/2019  8:34 AM

**Physician Access To Images and Reports Is Available Online at www.sdmi-lv.com**

2767 N. Tenaya Way, Las Vegas, NV 89128         2950 S. Maryland Pkwy, Las Vegas, NV 89109       2850 Siena Heights, Henderson, NV 89052
4 Sunset Way, Building D, Henderson, NV 89014      6925 N Durango Dr, Las Vegas, NV 89149         9070 W. Post Road, Las Vegas, NV 89148
800 N Gibson Rd Ste 110, Henderson, NV 89011·        800 Shadow Ln. Las Vegas, NV 89106

This message and any attached documents may be confidential and may contain information protected by state and federal medical privacy statutes. They are intended only for the use of the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of this information is strictly prohibited. If you received this transmission in error, please accept our apologies and notify the sender.

**Patient Name: Hiram Glenn Jr**                                      **Date: 07/23/2020**

Arthroscopic Debridement -- unlikely to help unless there are mechanical symptoms.
Joint replacement surgery.

Risks of NSAIDs including but not limited to ulcers, cardiac disease, kidney and liver failure.

**Plan**
- **Other**
  Ibuprofen 800 MG tablet, TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN, 30 days, 0 refills

repeat labs to monitor kidney function and metal ions.

I will call him with lab results next month.

Revision and/or primary by Dr. Bradford when he's ready

**Restrictions**
Due to his left hip osteoarthritis and his chronic right hip pain post replacement with metal on metal prosthesis.
Mr Glenn is unable to climb steep hills, run, lift more than 50 pounds, unable to get into a truck greater than 3 feet off the ground nor get in or out of trenches.

**Therapy**
- Education and instructions.
- Clinical summary provided to patient.

**Counseling/Education**
- Instructions for patient
- Education and counseling

**Health Reminders**
- **Assess BMI satisfied 07/23/2020.**
- **Assess Tobacco Use satisfied 07/23/2020.**

Mark J. Rosen M.D.
Electronically signed by: MARK J ROSEN MD    Date: 07/23/2020 09:05

**Patient Name: Hiram Glenn Jr**                                    Date: 07/23/2020

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Physical Findings**
- **Vitals taken 07/23/2020 08:52 am**
  **Height**                          **68 in**
  **Weight**                          **200 lbs**
  **Body Mass Index**                 **30.4 kg/m2**
  **Body Surface Area**               **2.04 m2**

limp

no pain with ROM, but he is limited to flexion of 90 and has no IR,  ER about 20

**Radiology**
Office xrays: 11/22/19   left hip degenerative osteoarthritis has progressed and is now bone on bone. right hip post wright metal on metal THR.  Possible lucency far lateral, possible vertical shift, but, does not look  different from 9 years ago.

11/4/16  Office xrays left knee show minimal degenerative changes

12/13/19  MRI right ip 12/13/19 shows pseudo capsule but it has not changed since MRI 2013

7/23/20 AP of pelvis shows no significant interval change.

**Tests**
Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

12/19  BUN/Cr and electrolytes nl,  Cobalt 8.6, Chromium 2.8

Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

12/19  BUN/Cr and electrolytes nl,  Cobalt 8.6, Chromium 2.8

**Assessment**
Left hip DJD

Right hip stable vs metal reaction versus loosening

**Discussed**
metal on metal bearing on right and possible need for revision.

Danger of narcotics such as addiction, constipation and disorientation.

Options for care of osteoarthritis:
Physical therapy can sometimes be of benefit
acetaminophen -- never take more than 3000 mg a day
Nonsteroidal anti-inflammatories  --  can increase risks of cardiovascular disease and gastrointestinal bleeding
Intraarticular cortisone -- can result in infection and raises blood sugar
Viscosupplementation  --  efficacy is controversial



**BONE & JOINT SPECIALISTS**

Steven M. Sanders, M.D.
Mark J. Rosen, M.D.
G. Michael Eikanich, M.D.
James B. Manning, M.D.
Kirk T. Mendez, M.D.
Jessica Kingsberg, M.D.
Meaghan Karanasions, PA-C

### Board Certified Orthopaedic Surgeons
2020 Palomino Lane, Suite 110, Las Vegas, NV 89106 (702) 474-7200 Office / (702) 474-0009 Fax
2680 Crimson Canyon Drive, Las Vegas, NV 89128  (702) 228-7355 Office / (702) 228-4499 Fax

**Patient:**       Hiram Glenn Jr
**Date of Birth:**    10/03/1962
**SSN (last 4 #):**   9232

**Visit Date:**       07/23/2020
**Attending Provider:** Mark J. Rosen M.D.
**Referring Provider:** DAVID BARTON

...........................................................................................................................
## Patient Visit Note
### Active Problems
* **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

### Length of employment
9 years

### Occupation
Construction labor

### Date of Injury
Chronic

### Body Part
Bilateral Hips

### Date of Surgery
right hip 2009  Wright metal on metal

### History of Present Illness
Hiram Glenn is a 57 year old male.
* Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Patient is here to be seen for his right hip. Patient states that he is not having a lot of problems with his right hip, he states it is just the regular wear and tear. Patient states that he believes he did see Dr Kang one time, but he is not considering a hip revision at this time, he does not believe he is at that point yet.

Patient presents to office today for an annual follow up on his bilateral hips.

Has seen Dr Bradford at the recommendation of his union.  He had recommended an MRI with MARS of his right hip and a cortisone injection into his left hip

### Surgical History/Medical History
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

Patient Name: Hiram Glenn Jr                                    Date: 12/20/2019

Risks and benefits of left total hip replacement. Discussed risks including but not limited to anaesthetic risks including death, surgical risks including blood or fat clots to heart, brain, lungs, prolonged recovery, numbness, damage to nerves, leg length discrepancy, dislocation of hip, continued pain, increased pain, risks of infection and possible need for revision of hip.

Mako left total hip replacement with Stryker prosthesis using ceramic on highly crosslinked polyethylene.

Risks of NSAIDs including but not limited to ulcers, cardiac disease, kidney and liver failure.

**Plan**
per Dr. Btradford, f/u with me PRN

**Restrictions**
Due to his left hip osteoarthritis and his chronic right hip pain post replacement with metal on metal prosthesis. Mr Glenn is unable to climb steep hills, run, lift more than 50 pounds, unable to get into a truck greater than 3 feet off the ground nor get in or out of trenches.

**Therapy**
- Education and instructions.
- Clinical summary provided to patient.

**Counseling/Education**
- Instructions for patient
- Education and counseling

**Health Reminders**
- **Assess BMI satisfied 12/20/2019.**
- **Assess Tobacco Use satisfied 12/20/2019.**

**Mark J. Rosen M.D.**
Electronically signed by: MARK J ROSEN MD     Date: 12/20/2019 09:10

**Patient Name: Hiram Glenn Jr**                                    Date: 12/20/2019

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Current Medication**
- **Ibuprofen 800MG Oral Tablet TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN, 30 days, 0 refills**

**Allergies**
- **No Known Allergies**

**Physical Findings**
- **Vitals taken 12/20/2019 08:53 am**
  | | |
  |---|---|
  | **Height** | **68 in** |
  | **Weight** | **200 lbs** |
  | **Body Mass Index** | **30.4 kg/m2** |
  | **Body Surface Area** | **2.04 m2** |

no limp

no pain with ROM, but he is limited to flexion of 90 and has no IR,  ER about 20

**Radiology**
Office xrays: 11/22/19   left hip degenerative osteoarthritis has progressed and is now bone on bone, right hip post wright metal on metal THR.  Possible lucency far lateral, possible vertical shift, but, does not look  different from 9 years ago.

11/4/16  Office xrays left knee show minimal degenerative changes

12/13/19  MRI right ip 12/13/19 shows pseudo capsule but it has not changed since MRI 2013

**Tests**
Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

12/19  BUN/Cr and electrolytes nl,  Cobalt 8.6, Chromium 2.8

**Assessment**
Left hip DJD

Right hip stable vs metal reaction versus loosening

**Discussed**
metal on metal bearing on right and possible need for revision.

Danger of narcotics such as addiction, constipation and disorientation.

Options for care of osteoarthritis:
Physical therapy can sometimes be of benefit
acetaminophen -- never take more than 3000 mg a day
Nonsteroidal anti-inflammatories  --  can increase risks of cardiovascular disease and gastrointestinal bleeding
Intraarticular cortisone -- can result in infection and raises blood sugar
Viscosupplementation  --  efficacy is controversial
Arthroscopic Debridement -- unlikely to help unless there are mechanical symptoms.
Joint replacement surgery.



**BONE & JOINT SPECIALISTS**

Steven M. Sanders, M.D.
Mark J. Rosen, M.D.
G. Michael Elkanich, M.D.
James B. Manning, M.D.
Kirk T. Mendez, M.D.
Jessica Kingsberg, M.D.
Jocelyn Segovia, P.A-C

### Board Certified Orthopaedic Surgeons

2020 Palomino Lane, Suite 110, Las Vegas, NV 89106 (702) 474-7200 Office / (702) 474-0009 Fax
2680 Crimson Canyon Drive, Las Vegas, NV 89128 (702) 228-7355 Office / (702) 228-4499 Fax

**Patient:** Hiram Glenn Jr
**Date of Birth:** 10/03/1962
**SSN (last 4 #):** 9232

**Visit Date:** 12/20/2019
**Attending Provider:** Mark J. Rosen M.D.
**Referring Provider:** DAVID BARTON

..............................................................................................................
### Patient Visit Note

**Active Problems**
- **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

**Length of employment**
9 years

**Occupation**
Construction labor

**Date of Injury**
Chronic

**Body Part**
Bilateral Hips

**Date of Surgery**
right hip 2009  Wright metal on metal

**History of Present Illness**
    Hiram Glenn is a 57 year old male.
    • Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Patient is here to be seen for his right hip. Patient states that he is not having a lot of problems with his right hip, he states it is just the regular wear and tear. Patient states that he believes he did see Dr Kang one time, but he is not considering a hip revision at this time, he does not believe he is at that point yet.

Patient presents to office today for an annual follow up on his bilateral hips.

Has seen Dr Bradford at the recommendation of his union.  He had recommended an MRI with MARS of his right hip and a cortisone injection into his left hip

**Surgical History/Medical History**
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

**Patient Name: Hiram Glenn Jr**                                      **Date: 11/22/2019**

## Plan
- **Other**
  Ibuprofen 800 MG tablet, three times a day as needed for pain, 30 days, 0 refills

Labs for right hip: CBC, cobalt, chromium serum levels, electrolytes, BUN and Cr tests. RTC 2-3 weeks to discuss test results and what he wants to do.

## Restrictions
Due to his left hip osteoarthritis and his chronic right hip pain post replacement with metal on metal prosthesis, Mr Glenn is unable to climb steep hills, run, lift more than 50 pounds, unable to get into a truck greater than 3 feet off the ground nor get in or out of trenches.

## Therapy
- Education and instructions.
- Clinical summary provided to patient.

## Counseling/Education
- Instructions for patient
- Education and counseling

## Health Reminders
- **Assess BMI satisfied 11/22/2019.**
- **Assess Tobacco Use satisfied 11/22/2019.**

**Mark J. Rosen M.D.**
**Electronically signed by: MARK J ROSEN MD    Date: 11/22/2019 11:09**

Patient Name: Hiram Glenn Jr                                      Date: 11/22/2019

**Allergies**
- **No Known Allergies**

**Physical Findings**
- **Vitals taken 11/22/2019 09:21 am**

| | |
|---|---|
| **Height** | **68 in** |
| **Weight** | **200 lbs** |
| **Body Mass Index** | **30.4 kg/m2** |
| **Body Surface Area** | **2.04 m2** |

no limp

no pain with ROM, but he is limited to flexion of 90 and has no IR,  ER about 20

**Radiology**
Office xrays: 11/22/19  left hip degenerative osteoarthritis has progressed and is now bone on bone. right hip post wright metal on metal THR.  Possible lucency far lateral, possible vertical shift, but, does not look  different from 9 years ago.

11/4/16  Office xrays left knee show minimal degenerative changes

**Tests**
Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

**Assessment**
Left hip DJD

Right hip stable vs metal reaction versus loosening

**Discussed**
metal on metal bearing on right and possible need for revision.

Danger of narcotics such as addiction, constipation and disorientation.

Options for care of osteoarthritis:
Physical therapy can sometimes be of benefit
acetaminophen -- never take more than 3000 mg a day
Nonsteroidal anti-inflammatories  --  can increase risks of cardiovascular disease and gastrointestinal bleeding
Intraarticular cortisone -- can result in infection and raises blood sugar
Viscosupplementation  --  efficacy is controversial
Arthroscopic Debridement -- unlikely to help unless there are mechanical symptoms.
Joint replacement surgery.

Risks and benefits of left total hip replacement.  Discussed risks including but not limited to anaesthetic risks including death, surgical risks including blood or fat clots to heart, brain, lungs, prolonged recovery, numbness, damage to nerves, leg length discrepancy, dislocation of hip, continued pain, increased pain, risks of infection and possible need for revision of hip.

Mako left total hip replacement with Stryker prosthesis using ceramic on highly crosslinked polyethylene.

Risks of NSAIDs including but not limited to ulcers, cardiac disease, kidney and liver failure.



**B**one
**& J**oint
**S**pecialists

Steven M. Sanders, M.D.
Mark J. Rosen, M.D.
G. Michael Elkanich, M.D.
James B. Manning, M.D.
Kirk T. Mendez, M.D.
Jessica Kingsberg, M.D.
Jocelyn Segovia, PA-C

## Board Certified Orthopaedic Surgeons
2020 Palomino Lane, Suite 110, Las Vegas, NV 89106 (702) 474-7200 Office / (702) 474-0009 Fax
2680 Crimson Canyon Drive, Las Vegas, NV 89128 (702) 228-7355 Office / (702) 228-4499 Fax

| | |
|---|---|
| **Patient:** | **Hiram Glenn Jr** |
| **Date of Birth:** | **10/03/1962** |
| **SSN (last 4 #):** | **9232** |

**Visit Date:**      **11/22/2019**      Amended 11/22/2019 10:51 by MARK J ROSEN MD
**Attending Provider:**   **Mark J. Rosen M.D.**
**Referring Provider:**   **DAVID BARTON**

..................................................................................................................................

### Patient Visit Note

**Active Problems**
- **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

**Length of employment**
9 years

**Occupation**
Construction labor

**Date of Injury**
Chronic

**Body Part**
Bilateral Hips

**Date of Surgery**
right hip 2009  Wright metal on metal

**History of Present Illness**
  Hiram Glenn is a 57 year old male.
  - Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Patient is here to be seen for his right hip. Patient states that he is not having a lot of problems with his right hip, he states it is just the regular wear and tear. Patient states that he believes he did see Dr Kang one time, but he is not considering a hip revision at this time, he does not believe he is at that point yet.

Patient presents to office today for an annual follow up on his bilateral hips.

**Surgical History/Medical History**
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Patient Name: Hiram Glenn Jr**                                    Date: 07/26/2018

## Physical Findings
- **Vitals taken 07/26/2018 02:56 pm**
   **Height**                           68 in
   **Weight**                           200 lbs
   **Body Mass Index**                  30.4 kg/m2
   **Body Surface Area**                2.04 m2

no limp

pain with ROM

Left knee with MJLT, ROM 5-125, no instability, +macmurray's

## Radiology
Office xrays: 7/26/18  left hip degenerative osteoarthritis. right hip  post wright metal on metal THR.  Possible lucency far lateral, possible vertical shift, but, does not look much different from 9 years ago

11/4/16  Office xrays left knee show minimal degenerative changes

## Tests
Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

## Assessment
Left hip DJD

Right hip stable vs metal reaction versus loosening

## Discussed
metal on metal bearing

Danger of narcotics such as addiction, constipation and disorientation.

## Plan
RTC in 2 years for surveillance xrays right hip.  Sooner PRN

## Therapy
- Education and instructions.
- Clinical summary provided to patient.

## Counseling/Education
- Instructions for patient
- Education and counseling

## Health Reminders
- **Assess BMI satisfied 07/26/2018.**
- **Assess Tobacco Use satisfied 07/26/2018.**


Mark J. Rosen M.D.
Electronically signed by: MARK J ROSEN MD    Date: 07/26/2018 15:59



# BONE & JOINT SPECIALISTS

Steven Sanders, M.D.
Mark Rosen, M.D.
G. Michael Elkanich, M.D.
James B. Manning, M.D.
Kirk T. Mendez, M.D.
Jocelyn Segovia, P.A.C.

## Board Certified Orthopaedic Surgeons

2020 Palomino Lane, Suite 200, Las Vegas, NV 89106   (702) 474-7200 office
2680 Crimson Canyon Drive, Las Vegas, NV 89128   (702) 474-0009 fax

**Patient:** Hiram Glenn Jr
**Date of Birth:** 10/03/1962
**SSN (last 4 #):** 9232

**Visit Date:** 07/26/2018
**Attending Provider:** Mark J. Rosen M.D.
**Referring Provider:** DAVID BARTON

......................................................................................................

## Patient Visit Note

**Active Problems**
- **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

**Length of employment**
9 years

**Occupation**
Construction labor

**Body Part**
Bilateral Hips

**Date of Surgery**
right hip 2009  Wright metal on metal

**History of Present Illness**
    Hiram Glenn is a 55 year old male.
    - Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Patient is here to be seen for his right hip. Patient states that he is not having a lot of problems with his right hip, he states it is just the regular wear and tear. Patient states that he believes he did see Dr Kang one time, but he is not considering a hip revision at this time, he does not believe he is at that point yet.

**Past Medical/Surgical History**
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Current Medication**
- **None**

**Allergies**
- **No Known Allergies**

**Patient Name: Hiram Glenn Jr**                              **Date: 11/04/2016**

no limp

pain with ROM

Left knee with MJLT, ROM 5-125, no instability, +macmurray's

**Radiology**
Office xrays: 7/15/16 left hip degenerative osteoarthritis. right hip post wright metal on metal THR. Possible lucency far lateral, possible vertical shift, but, does not look much different from 4 years ago

11/4/16 Office xrays left knee show minimal degenerative changes

**Tests**
Cobalt and Chromium serum levels

chromium level 10/19 1.3 (<1.3 nl)
10/16 Cobalt 10.8 (.1-.4)

**Assessment**
Left hip DJD

Right hip stable vs metal reaction versus loosening

**Discussed**
metal on metal bearing

**Plan**
- **OTHER**
  Hydrocodone-Acetaminophen 10-325 MG TABS, 1 every 4 - 6 hours as needed, 30 days, 0 refills

REferral to Dr. Kang re his right hip revision.

**Therapy**
- Education and instructions.
- Clinical summary provided to patient.

**Counseling/Education**
- Instructions for patient
- Education and counseling

**Health Reminders**
- **Assess BMI satisfied 11/04/2016.**
- **Assess Tobacco Use satisfied 11/04/2016.**

**MARK J. ROSEN MD**
**Electronically signed by: MARK J ROSEN MD    Date: 11/04/2016 16:40**



**BONE**
**JOINT**
**& SPECIALISTS**

Steven Sanders, M.D.
Mark Rosen, M.D.
G. Michael Elkanich, M.D.
James B. Manning, M.D.
Kirk T. Mendez, M.D.
Jocelyn Segovia, P.A.C.

**Board Certified Orthopaedic Surgeons**
2020 Palomino Lane, Suite 200, Las Vegas, NV 89106   (702) 474-7200 office
2680 Crimson Canyon Drive, Las Vegas, NV 89128   (702) 474-0009 fax

**Patient:**          Hiram Glenn Jr
**Date of Birth:**    10/03/1962
**SSN (last 4 #):**   9232

**Visit Date:**         11/04/2016
**Attending Provider:** MARK J. ROSEN MD
**Referring Provider:** WENDELL D. BUTLER M.D.

........................................................................................................

## Patient Visit Note

**Active Problems**
- **PAIN-HIP/THIGH REGION - Bilateral hip pain left hip on/off for years**

**Occupation**
Construction labor

**Body Part**
Bilateral Hips

**Date of Surgery**
right hip 2009  Wright metal on metal

**History of Present Illness**
Hiram Glenn is a 54 year old male.
- Medication list reviewed.

Intermittent bilateral hip pain.  90 Lortab lasted over a year.

Left knee pain intermittently for the last year.  Occasionally pops, clicks, locks and swells.  No history of injury nor trauma.

**Past Medical/Surgical History**
Total Right Hip Replacement Sept. 2009

Colonoscopy Dec. 2012

no known medical health problems

**Social History**
Behavioral:  No tobacco use and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Physical Findings**
- **Vitals taken 11/04/2016 03:45 pm**

| | |
|---|---|
| Height | **68 in** |
| Weight | **200 lbs** |
| Body Mass Index | **30.4 kg/m2** |
| Body Surface Area | **2.04 m2** |

**Patient Name: Hiram Glenn Jr**                                    Date: 07/15/2016
  **Body Surface Area**                      **2.10 m2**

no limp

pain with ROM

**Radiology**
Office xrays: 7/15/16 left hip degenerative osteoarthritis. right hip post wright metal on metal THR. Possible lucency far lateral, possible vertical shift, but, does not look much different from 4 years ago

**Tests**
Cobalt and Chromium serum levels

**Assessment**
Left hip DJD

Right hip stable vs metal reaction versus loosening

**Discussed**
metal on metal bearing

**Plan**
- **OTHER**
  Hydrocodone-Acetaminophen 10-325 MG TABS, 1 every 4 - 6 hours as needed, 30 days, 0 refills

cobalt, chromium serum levels when Dr. Butler does his other labs. RTC 1-2 weeks post lab work. Next visit xray left knee and I will evaluate him for that as well

**Therapy**
- Education and instructions.
- Clinical summary provided to patient.

**Counseling/Education**
- Instructions for patient
- Education and counseling

**Health Reminders**
- **Assess BMI satisfied 07/15/2016.**
- **Assess Tobacco Use satisfied 07/15/2016.**


**MARK J. ROSEN MD**
**Electronically signed by: MARK J ROSEN MD    Date: 07/15/2016 15:28**

222 cv 88-172

 **MSTS**
MISSION SUPPORT AND TEST SERVICES

**COMPANY PRIVATE**

## CRAFT EMPLOYEE
## DISCIPLINARY WARNING

#9

| | |
|---|---|
| Date Issued: January 21, 2020 | Employee Name: Hiram G |
| Employee Number: 297263 | Classification: Laborer II |
| Date of Incident: December 4, 2019 | Time: Approx. 7:00 A.M. to 9:30 A.M. |
| Category Matrix Number: III | Infraction Number (1st, 2nd, etc.) 1st |

**Work Rule Infraction Description:** Unsatisfactory Performance and Neglecting Job Duties

### *Detailed description of incident:*

On Wednesday, December 4, 2019, you were witnessed in the Area 6 Shop breakroom from 7:00 a.m. to 9:30 a.m. neglecting your job duties and you failed to reach out to management for direction on your work assignment for the day. This behavior is considered Unsatisfactory Performance. You must always reach out to management whenever you have a question regarding your work assignment or job duties. You should not wait for management to reach out to you, you should always be productive while on duty.

The Craft Employee Work Rules state:

* Craft Work Rule 6.1.3 – The Projects Policy shall be "a fair day's work for a fair day's pay." Therefore, employees will be at their assigned reporting place or work location at the start of their shift and work until the authorized quitting time at the end of their shift. Loitering, late starts, and early quits will be disciplined in accordance with the attached disciplinary guidelines.
* Craft Work Rule 6.2.1 – There shall be no organized coffee breaks, rest periods, or other nonworking times during the work day except during scheduled one-half hour meal periods. Employees shall not leave their work are or gather for coffee breaks.
* Craft Work Rule 7.4.5 Unsatisfactory Performance – Failing or being unable to perform work of an acceptable standard. Neglecting job duties and responsibilities. Abusing personal telephone privileges. Unauthorized selling or articles or services, distributing or posting of unauthorized literature, canvassing, polling, or petitioning.

According to the Craft Work Rules 7.3.4, "The list of violations on the attached matrix is not intended to be an all-inclusive list. There may be other violations that will result in discipline. Discipline for violations not listed on the matrix will be issued under the premise of progression as other violations on the matrix." Additionally, the matrix states, "Infractions will be evaluated on a case-by-case basis, and discipline administered may be more or less than the guidelines suggested."

As a result of this violation(s) and based on the above you are being issued this Written Disciplinary Warning.

Continued violations of this nature will result in further disciplinary action, up to and including termination.

| | |
|---|---|
| Supervisor Signature | 187378 — Employee Number |
| Labor Relations Signature | 300900 — Employee Number |
| Employee Signature | 1-21-2020 — Date |
| Union Representative | 295540 — Employee Number |

to, the assignment and direction of its Employees.

SECTION 2.  The Employer shall be the sole judge of the qualifications of each Employee and the number of Employees required to perform any work subject to this Agreement.  The Employer shall have the absolute right to hire, promote, lay-off Employees or reject any applicant for employment at its discretion, and to discharge and/or suspend Employees in lieu of discharge with just cause.  Any discipline must be administered within twenty-one (21) calendar days of the disciplinary decision.

SECTION 3.  Subject to the provisions of Appendix A, the necessity of and the identity of foremen shall be solely determined by the Employer.  It is not the intent of the Employer to assign the duties and responsibilities of Foreman to an Employee without designating such Employee as Foreman and paying them in accordance with Appendix A.  It is not the intent of the Employer by virtue of this provision to eliminate Foremen.

SECTION 4.  None of the rights, duties and prerogatives of the Employer referred to in this Article shall be exercised in a manner which is in conflict with the specific provisions of this Agreement.  It is understood, however, the Union shall retain the right to grieve any dispute arising under this Article.


***ARTICLE 11***

### ***NO STRIKES OR LOCKOUTS***

SECTION 1.  Due to the major national importance and the vital nature of the work being performed and the operations being conducted by the Employer and other organizations at the NNSS, the Employer and the Unions agree that the Employer's operations must not be interrupted.

In recognition of the above, the Unions, collectively, and the Employees covered by this Agreement, individually, agree they will not call, engage in, or sanction any strike, sympathy strike, work stoppage, slowdown, picketing, sit-down, sit-in, or boycott of the Employer's operations at the NNSS during the term of this Agreement and any mutually agreed upon extensions which extend past the term of this Agreement.

SECTION 2.  The Employer agrees there will be no lockout of the Unions or of its Employees represented by the Unions during the term of this Agreement.

SECTION 3.  Any violation of Section 1 or Section 2 of this Article shall be expeditiously resolved within twenty-four (24) hours by the effected parties, and the issues given rise to the dispute, shall not be subject to the provisions of the Grievance and Arbitration Procedure.

SECTION 4.  It shall not be cause for discharge or disciplinary action in the event an employee individually refuses to go through or work behind any picket line at the Employer's place of business provided said picket line is in connection with a lawful primary labor dispute that is sanctioned by the Southern Nevada Building and Construction Trades Council and other Signatory Unions to this Agreement.

SECTION 5.  **PROTECTION OF LIFE AND PROPERTY**:  The Unions agree that in the event any member of the bargaining unit exercise their individual right under Section 4 above, the Unions will make every legitimate effort to ensure the minimum services for the protection of life and property, of the type performed by Employees under this Agreement, are provided.

222

A.    **SAFETY GLASSES**:  Employees shall be entitled to a pair of Safety Glasses (Z-87) allowance of two hundred twenty-five dollars ($225.00) every twenty-four (24) months or 1) when there is a major prescription change per year or 2) when the glasses are damaged in a way that makes them unsafe or unwearable.

B.    **SAFETY BOOTS**:  Employees shall be entitled to a Safety Boot allowance of two hundred dollars ($200.00) per year or when the boots are damaged and unsafe or unwearable.

    An Employee who self terminates prior to completing ninety (90) calendar days of employment, may be required to reimburse the Employer for the cost of the safety glasses and safety boots.

SECTION 4.  The Employer shall provide cool, potable drinking water and sanitary means of drinking the water at the work location, and adequate toilet facilities which are reasonably accessible.  It is the intent of this Section to provide drinking water on a daily basis, at the beginning of the shift.

SECTION 5.  **ON THE JOB INJURIES**:  When an Employee covered by this Agreement is injured on the job during their regular straight-time shift to the extent of being unable to work for the remainder of their shift, that Employee shall be paid their full straight-time shift at their regular rate.  Their ability to work or not work shall be determined by a qualified physician or other designated representative of the Employer's medical department.

SECTION 6.  **WORKERS COMPENSATION**:  The Employer and the Signatory Unions to this Agreement are encouraged to develop and implement alternative dispute resolution procedures to resolve workers compensation claims disputes when and where permissible and/or legal.

### *ARTICLE 17*

### *PROCESSING TIME*

SECTION 1.  In administering this provision, the following guidelines shall apply:

A.    Applicants will be processed through the Employer's office between the hours of 7:00 am and 5:00 pm, Monday through Friday.

B.    A job applicant engaged in training when their requisition is canceled shall be paid two (2) hours at the straight-time rate of pay, or actual time spent in training, whichever is greater.

C.    An applicant rejected as a result of a medical disqualification; they shall be paid for training time.

D.    The Employer agrees to pay applicants for all time spent in employment processing, at the straight-time rate of pay, to include up to one and one-half (1-1/2) hours each way to defray travel expenses if directed by the Employer to the NNSS, or up to five (5) hours if directed to the NTTR, unless the applicant is not able to meet the Employer's job requirements, for the job to which they were referred, or for reasons which are the applicant's own responsibility.

E.    All applicant's time must begin and end at the Labor Relations office.

SECTION 2.  An applicant who is interviewed and not offered employment, shall receive two (2) hours at the straight-time rate of pay.  This pay shall be mailed to their address of record or the Local Union office to the attention of the appropriate Union Representative, within two (2) weeks following the date of the rejection.  This payment does not count as wages and shall not include fringe benefits or payroll deductions.

SECTION 3. Employees returning to work from an approved leave without pay or inactive payroll, shall

# Marathon
### For life.



## PATIENT REFERRAL/CONSULT REQUEST

**Date of Referral:** 8/23/2019

| Referral made to: Pain Management | From: |
|---|---|
| Dr. Daniel Burkhead<br>9920 W. Cheyenne Ave Suite 110<br>LV NV 89129 | **Health Center :** *Laborers Health and Wellness*<br>7135 W. Sahara Ave. LV NV 89117 Ste.100<br>**Clinician Name:** Romeo Rosales, PA-C |
| **Phone:** (702) 316-2281 | **Phone :**(702)-222-9355 |
| **Fax:** (702) 316-2272 | **Fax:**(702)-732-8540 |

<table>
<tr><th colspan="4">Patient Information</th></tr>
<tr><td colspan="2">Name: Glenn Hiram</td><td colspan="2">DOB: 10/03/62</td></tr>
<tr><td colspan="4">Address: 1841 Drifters Peak St.</td></tr>
<tr><td>City: Las Vegas</td><td>State: NV</td><td colspan="2">Zip: 89144</td></tr>
<tr><td colspan="2">Phone: (702)929-9202</td><td colspan="2">Email:</td></tr>
</table>

I am consulting you concerning the referenced patient for the reasons set forth below. I would appreciate if you could return a consult report and any other pertinent information to me using the contact information below. Thank you in advance for you assistance with this patient.

**Dx code:** _____

**Reason for referral:**

Moderate - Severe OA (R) Hip

☐ Appointment scheduled with you on _____ (Date and Time)
☐ Patient given your office's contact information and will call to schedule.
☐ Please call patient to schedule an appointment.

*Please notify us if the patient does not make or keep the appointment with your office.*
**Please fax consult notes back once patient is seen.**

LWE, leave without pay – indicating medical in the misc. data section. You can take the time for the days/duration of the assignment you do not feel you can perform.

- You requested an assignment in the shop in the forward area. This assignment is currently available for ½ a day's work once a week. Management will assign this work to you as it available.

Please bring a doctor's note or something from your medical provider responding to the questions above, and the filled out medical questionnaire and provide it to Angi Wolf, on or by July 12, 2018. Once we receive this information we will reassess the accommodation requests and meet with you to determine what (if any) reasonable accommodation(s) would allow you to perform the essential functions of your job.

In the meantime, if something changes or you have any questions or concerns please reach out to me and we can continue our interactive process.

Sincerely,
Angi

*Angi Wolf*
*Staff Relations*
*Mission Support and Test Services*
*contractor for the Nevada National Security Site*
*2621 Losee Road*
*North Las Vegas, NV 89030*
*Office: 702.295.3690*
*Fax: 702.295.2908*
*Email: wolfan@nv.doe.gov*

This is privileged and confidential attorney-client comm[...]ct and any attachments may contain privacy act information. If you have received t[...]he intended recipient, you should destroy this e-mail message and any attachments or c[...]m retaining, distributing, disclosing or using any information contained herein. [...]us delivery by return e-mail. Thank you for your cooperation.

**Andrews, Taylor (CONTR)**

| | |
|---|---|
| **Subject:** | FW: Hiram Glenn |
| **Attachments:** | Template Job Accommodation Questionnaire 032817 (003) (002).doc |

Hello Hiram,

Thank you for taking time to engage in the ADA Interactive process with me and your supervisors.   I would like to outline our discussion from June 13, 2018,  regarding your accommodation requests.

To confirm, you are requesting an accommodation to limit your strenuous activity, particularly climbing,  as much as possible and to be placed on the least labor intensive laborer work assignment.  You have also asked to have a truck that is lower and easier to climb into, or a truck with a step/runner to help you get into the vehicle easier.   We have temporarily agreed to these requests while we wait to receive additional information  and can assess and review the request from you on a long term basis.   Currently we have agreed to the following:

This is a temporary approval of your request to limit your strenuous activity, particularly climbing,  as much as possible and to be placed on the least labor intensive laborer work assignment and to have a truck that is lower and easier to climb into, or a truck with a step/runner to help you get into the vehicle easier.  In order to make longer term decisions, we will need more information and clarification from your personal physician.  I am asking that you bring me a note from your physician that tells us the following:

1.   The basis for the accommodation (no need to provide a diagnosis); and
2.   What accommodation (if any) is being requested/recommended; and
3.   What is the **estimated** time frame for this accommodation request.

I have also attached for your healthcare provider a job description for their reference.

Please have this information to us by July 12, 2018.  If this time frame does not work for you, please let me know as soon as possible.

As well, please have your healthcare provider fill out the included medical questionnaire.

In the meantime, the following is temporarily agreed upon for now until we receive further clarification from your personal physician:

- In your position as laborer II you have access to and utilize a company government vehicle to go to your assigned work assignment at the NNSS. The company will make available to you a truck that is lower, or has a step/running board.  Management will work with you on this and talk with you to ensure what is available will work for you.
- You will be assigned  the least strenuous laborer II work assignment available, and management will work to  limit your strenuous activity, particularly climbing,  as much as possible. Management will assign you work assignments for the next day at the end of the previous work day, and should the assignment available to you not meet your accommodation request, the company will allow you leave as an alternative. Please designate as

3. Given the above-referenced functional limitations, please list below the specific job duties you believe the associate is unable to perform due to his/her impairment. Please identify the underlying functional restriction(s) which prevents the associate from performing the job duty, and identify the expected duration of each outlined restriction. (Attach additional sheets if necessary.)

|   | Job Duty | Underlying Functional Restriction(s) Impacting Job Duty | Duration Of Restriction(s) |
|---|---|---|---|
| i | Needs a vehicle with only 1 Ft high step | Decreased Rom Hip due to Arthritis | Permanent |
| ii |  |  |  |
| iii |  |  |  |
| iv |  |  |  |

4. Are there any reasonable accommodations you would suggest that may enable the individual to overcome the functional limitations referenced above and thereby enable the individual to perform the essential duties of the position? If so, please specify the reasonable accommodation and explain the factual and medical reasons why you believe the suggested ~~accommodation~~ is likely to be effective in addressing the individual's functional limitations ~~sheets as necessary~~).

Needs vehicle wi~~th~~ ~~only~~ ~~1 ft~~ high step.

**Health Care Provider Signature:** _____   #6 cont'd   **Date:** 1/31/2020

---

## PART 2 – COMPLETED BY ASSOCIATE

5. Can you perform the essential duties of the job outlined in Question 3 with a reasonable accommodation? If yes, please recommend a reasonable accommodation that would enable you to perform the job duties.

|   | Can You Perform The Job Duties Outlined In Question 3 With A Reasonable Accommodation? | | If Yes, Please Recommend A Reasonable Accommodation |
|---|---|---|---|
| i | ☑ Yes | ☐ No | lower truck with only 1 ft high step |
| ii | ☐ Yes | ☐ No |  |
| iii | ☐ Yes | ☐ No |  |
| iv | ☐ Yes | ☐ No |  |

**Associate Name:** HIRAM GLENN Jr.

**Associate Signature:** Hiram Glenn Jr.      **Date:** 1-31-2020

---

## PART 3 - COMPLETED BY HUMAN RESOURCES REPRESENTATIVE WHEN COMPLETED FORM IS RETURNED

**Human Resources Representative Name:** _____ **Date:** _____

7/13

# Job Accommodation Questionnaire

Date Provided to Associate: 1-30-20  Delivered by: Email  Method of Delivery: circle one
Hand Delivery  FedEx/Regular Mail  **Email**

## INSTRUCTIONS FOR COMPLETING THIS FORM

Associates should work with their Health Care Providers to complete this form. This form will assist the Company in determining what accommodation(s), if any, could be provided to an associate to enable them to remain at work. The Health Care Provider should complete and sign Part 1 of this form. The associate should complete and sign Part 2 of this form. Associates must return this form fully completed within 15 calendar days of receiving this form from the Company. **The completed form should be returned to the associate's Human Resources Representative. Before completing this form, both the associate and Health Care Provider should review the GINA Compliance Notice that appears immediately below.**

### GINA Compliance Notice

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## GENERAL INFORMATION

Associate Name: Hiram Glenn Jr  Associate Position: Laborer II

Location: NNSS Area 6 in U1A  Job Title: U1A Laborer II

Job Description Attached (recommended): Yes ___ No ___

Health Care Provider Name: Michael S Bradford, MD

Health Care Provider Business Address: 7455 W. Washington Ave. #160  LV NV 89128

Health Care Provider Phone Number: (702) 877-0393

## PART 1 – COMPLETED BY HEALTH CARE PROVIDER

1. Please describe the physical or mental impairment or medical condition prompting the associate's request or need for a reasonable accommodation. **Note to California Healthcare Providers: Do not answer this question.**

   DJD of Hip

2. Please list any specific functional limitations resulting from the impairment identified in your response to Question 1 (including limitations resulting from medication and/or other treatment) impacting the associate's ability to perform his/her job duties (e.g., cannot bend, stand, lift, push, pull, walk, climb, etc.).

   See #3

1 of 2

3. Given the above-referenced functional limitations, please list below the specific job duties you believe the associate is unable to perform due to his/her impairment. Please identify the underlying functional restriction(s) which prevents the associate from performing the job duty, and identify the expected duration of each outlined restriction. (Attach additional sheets if necessary.)

*See Attache 2*

| | Job Duty | Underlying Functional Restriction(s) | Duration Of Restriction(s) |
|---|---|---|---|
| i | Steep Climbing of Cliffs | #6 | forever |
| ii | Lifting 90 lbs above | | forever. |
| iii | | | |
| iv | | | |

4. Are there any reasonable accommodations you would suggest that may enable the individual to overcome the functional limitations referenced above and thereby enable the individual to perform the essential duties of the position? If so, please specify the reasonable accommodation and explain the factual and medical reasons why you believe the suggested accommodation is likely to be effective in addressing the individual's functional limitations (attach additional sheets as necessary).

Low trace, Stroller ladder, (Brain from going in ditches

Health Care Provider Signature: _____ Date: 07/26/18

---

**PART 2 – COMPLETED BY ASSOCIATE**

5. Can you perform the essential duties of the job outlined in Question 3 with a reasonable accommodation? If yes, please recommend a reasonable accommodation that would enable you to perform the job duties.

| | Can You Perform The Job Duties Outlined In Question 3 With A Reasonable Accommodation? | If Yes, Please Recommend A Reasonable Accommodation |
|---|---|---|
| i | ☐ Yes ☑ No | |
| ii | ☐ Yes ☑ No | |
| iii | ☐ Yes ☐ No | |
| iv | ☐ Yes ☐ No | |

---

Associate Name: HIRAM GLENN Jr

Associate Signature: Hiram Glenn Jr     Date: 7-26-18

---

**PART 3 - COMPLETED BY HUMAN RESOURCES REPRESENTATIVE WHEN COMPLETED FORM IS RETURNED**

Human Resources Representative Name: _____ Date: _____

7/13

4817-4824-4500, v. 1

**Job Accommodation Questionnaire**

Date Provided to Associate:_____ Delivered by:_____ Method of Delivery: circle one
Hand Delivery   FedEx/Regular Mail   Email

### INSTRUCTIONS FOR COMPLETING THIS FORM

Associates should work with their Health Care Providers to complete this form. This form will assist the Company in determining what accommodation(s), if any, could be provided to an associate to enable them to remain at work. The Health Care Provider should complete and sign Part 1 of this form. The associate should complete and sign Part 2 of this form. Associates must return this form fully completed within 15 calendar days of receiving this form from the Company. **The completed form should be returned to the associate's Human Resources Representative. Before completing this form, both the associate and Health Care Provider should review the GINA Compliance Notice that appears immediately below.**

### GINA Compliance Notice

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## GENERAL INFORMATION

Associate Name: _HIRAM Glenn Jr_       Associate Position: _Laborer II_

Location: _NNSS_       Job Title: _Laborer Construction_

Job Description Attached (recommended): Yes _✓_ No ___

Health Care Provider Name: _Bone + Joint Specialist_

Health Care Provider Business Address: _12680 Crimson Canyon Dr_

Health Care Provider Phone Number: _702-228-9355_

## PART 1 – COMPLETED BY HEALTH CARE PROVIDER

1. Please describe the physical or mental impairment or medical condition prompting the associate's request or need for a reasonable accommodation. **Note to California Healthcare Providers: Do not answer this question.**

   _Left hip osteoarthritis_
   _Right hip post Metal on Metal replacement_

2. Please list any specific functional limitations resulting from the impairment identified in your response to Question 1 (including limitations resulting from medication and/or other treatment) impacting the associate's ability to perform his/her job duties (e.g., cannot bend, stand, lift, push, pull, walk, climb, etc.).

   _Unable to climb steep hills, can't run, Unable_
   _to lift > 50 pounds, Unable to reach higher_
   _than 3 feet off ground without step or ladder_
   _or get out of trench without ladder_

1 of 2

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Gonzalez, Gerardo (CONTR) |
| **Sent:** | Wednesday, May 08, 2019 1:21 PM |
| **To:** | Whitlow, Patrice (CONTR) |
| **Subject:** | RE: weekly report |

Effective Monday 5/13/2019 I need you and your crew to report and end your day at building 129, there's lockers and a daily safety briefing. Also all WBT's need to be competed in building 113.

Gerardo Gonzalez
Labor II General Foreman
Office 702-295-3754        Bldg   6-906
Cell 702-488-1836
GonzalG@nv.doe.gov
Mission Support And Test Se:
Contractor To The United De



NEVADA NATIONAL
NNSS
SECURITY SITE

**From:** Whitlow, Patrice (CONTR) <WhitloP@nv.doe.gov>
**Sent:** Tuesday, May 07, 2019 5:02 PM
**To:** Gonzalez, Gerardo (CONTR) <GonzalG@nv.doe.gov>
**Subject:** weekly report

5-6-19 went to see Nicki Burns for Q briefing from 10:00 to 11:30. Worked on fire house outside. Left at 3:00 for appointment
5-7-19 worked outside fire house demo and inside taking demo stuff to the dumpster

Thanks and have a great day! ☺ ☺

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Gonzalez, Gerardo (CONTR) |
| **Sent:** | Wednesday, May 08, 2019 11:30 AM |
| **To:** | Whitlow, Patrice (CONTR) |
| **Subject:** | RE: Weekly Update |

Thanks Patrice, just so you know after reviewing the work package with Katie and talking with Mike. You don't get respirator pay until we start the actuall abatement.

Thanks and have a great day

Gerardo Gonzalez
Labor II General Foreman
Office 702~295~3754         Bldg   6~906
Cell 702~488~1836
GonzalG@nv.doe.gov
Mission Support And Test Services
Contractor To The United Department Of Energy



NEVADA NATIONAL
NNSS
SECURITY SITE

**From:** Whitlow, Patrice (CONTR) <WhitloP@nv.doe.gov>
**Sent:** Thursday, May 02, 2019 4:19 PM
**To:** Gonzalez, Gerardo (CONTR) <GonzalG@nv.doe.gov>
**Subject:** Weekly Update

Monday, April 29
We suited up and removed ceiling tiles and light ballasts from the fire station building.

Tuesday, April 30
I went to Beyond Zero training in the morning. The crew worked on the outside of the building and demoed the inside.

Wednesday, May 1
We worked again on the outside of the building and demoed the inside.

Thursday, May 2
We worked again on the outside of the building and demoed the inside.

Thanks and have a great weekend! ☺

1

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Thursday, June 13, 2019 4:45 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

6-13-19 Hiram, Jerry, and I worked on cutting the pipe.

222

## Whitlow, Patrice (CONTR)

**From:** Whitlow, Patrice (CONTR)
**Sent:** Wednesday, June 12, 2019 4:27 PM
**To:** Gonzalez, Gerardo (CONTR)
**Subject:** weekly report

6-12-19 Hiram and I worked in the firehouse doing tile clean up. Nigel and Jerry cut pipe until after lunch.

## Whitlow, Patrice (CONTR)

**From:** Whitlow, Patrice (CONTR)
**Sent:** Tuesday, June 11, 2019 4:30 PM
**To:** Gonzalez, Gerardo (CONTR)
**Subject:** weekly report

6-11-19 Hiram work with me in the firehouse Nigel and Jerry cut pipe.

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Monday, June 10, 2019 4:52 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-10-19 Hiram Nigel and Jerry worked with me at the firehouse doing tile at 1:30 we stacked liners in dorms.

**Whitlow, Patrice (CONTR)**

---

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Thursday, June 06, 2019 4:52 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

6-6-19 Hiram, Jerry and Nigel worked with me at the firehouse all day.

## Whitlow, Patrice (CONTR)

**From:**                      Whitlow, Patrice (CONTR)
**Sent:**                        Wednesday, June 05, 2019 4:49 PM
**To:**                           Gonzalez, Gerardo (CONTR)
**Subject:**                    weekly report

Nigel worked with me at the firehouse doing tile. Jerry and Hiram cut pipe until 3:00pm and then they did tile. 6-5-19

222 CV 00712 RFB-BNW GLENN

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Tuesday, June 04, 2019 4:49 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

6-4-19 Nigel worked with me in the firehouse doing tile and Hiram and Jerry cut pipe all day.

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Monday, June 03, 2019 4:45 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

6-3-19 Hiram, Jerry and Nigel worked with me at the firehouse this morning doing tile and at 9:30 Jerry and Hiram went to cut pipe.

## Whitlow, Patrice (CONTR)

**From:**      Whitlow, Patrice (CONTR)
**Sent:**      Thursday, May 30, 2019 4:42 PM
**To:**        Gonzalez, Gerardo (CONTR)
**Subject:**   weekly report

5-30-19 Hiram, Jerry and Nigel worked with me at the firehouse this morning doing tile and after lunch Jerry and Hiram went to cut pipes with Mark.

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Wednesday, May 29, 2019 4:49 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-29-19 We scraped and cleaned floors today. Hiram helped with scraping and cleaning floors until about 9:30 and then cut pipe with Jerry .

## Whitlow, Patrice (CONTR)

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Tuesday, May 28, 2019 4:24 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-28-19 We did tile work in the fire house, Jerry also cut up asbestos pipe with mark for about 5 hours. We wore mask and suits.

**Whitlow, Patrice (CONTR)**

---

**From:**      Whitlow, Patrice (CONTR)
**Sent:**      Thursday, May 23, 2019 4:29 PM
**To:**        Gonzalez, Gerardo (CONTR)
**Subject:**   weekly report

We cut and wrapped asbestos pipe with Mark, we also did tile work in the fire house. We wore mask and suits.5-23-19

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Wednesday, May 22, 2019 4:42 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-22-19 We cut up asbestos pipe for Mark ,we also did tile in the fire house . We wore our mask and sutits .

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Tuesday, May 21, 2019 4:51 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-21-19 Jerry cut pipe with Mark for 3 hours ,we also pulled up tile in fire house we wore mask and suits.

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Monday, May 20, 2019 4:55 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-20-19 we cut asbestos pipe with Mark , we also did tile work in firestation. We wore our respiratortors today while working with these hazardous materials.

## Whitlow, Patrice (CONTR)

**From:** Whitlow, Patrice (CONTR)
**Sent:** Thursday, May 16, 2019 4:17 PM
**To:** Gonzalez, Gerardo (CONTR)
**Subject:** weekly report

5-16-19 we pulled up carpet ,loaded up the dumpster and cut pipe with Mark (mass and haszardous pay)

**Whitlow, Patrice (CONTR)**

From:          Whitlow, Patrice (CONTR)
Sent:          Wednesday, May 15, 2019 4:44 PM
To:            Gonzalez, Gerardo (CONTR)
Subject:       weekly report


5-15-19 we pulled up carpet and put up signs and plastic. We wore respirators and worked with hazardous materials.

## Whitlow, Patrice (CONTR)

**From:** Whitlow, Patrice (CONTR)
**Sent:** Tuesday, May 14, 2019 5:04 PM
**To:** Gonzalez, Gerardo (CONTR)
**Subject:** weekly report

5-14-19 We put up plastic on the windows, doors, and vents and put stuff in the dumpster. We wore respirators all day.

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Monday, May 13, 2019 4:41 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-13-19 we demoed in the inside of the fire house and loaded up the dumpster

222 cv 00712 AIRGN GRNW

## Whitlow, Patrice (CONTR)

**From:** Whitlow, Patrice (CONTR)
**Sent:** Thursday, May 09, 2019 5:02 PM
**To:** Gonzalez, Gerardo (CONTR)
**Subject:** weekly report

We finished demo on the trailer outside and worked inside on 5-9-19

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Wednesday, May 08, 2019 4:58 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-8-19 We demoed the building outside and did some cleanup

## Whitlow, Patrice (CONTR)

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Tuesday, May 07, 2019 5:01 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | weekly report |

5-6-19 went to see Nicki Burns for Q briefing from 10:00 to 11:30. Worked on fire house outside. Left at 3:00 for appointment
5-7-19 worked outside fire house demo and inside taking demo stuff to the dumpster

Thanks and have a great day! ☺ ☺

**Whitlow, Patrice (CONTR)**

| | |
|---|---|
| **From:** | Whitlow, Patrice (CONTR) |
| **Sent:** | Thursday, May 02, 2019 4:19 PM |
| **To:** | Gonzalez, Gerardo (CONTR) |
| **Subject:** | Weekly Update |

Monday, April 29
We suited up and removed ceiling tiles and light ballasts from the fire station building.

Tuesday, April 30
I went to Beyond Zero training in the morning. The crew worked on the outside of the building and demoed the inside.

Wednesday, May 1
We worked again on the outside of the building and demoed the inside.

Thursday, May 2
We worked again on the outside of the building and demoed the inside.

Thanks and have a great weekend! ☺

222 CV 00712 HIRGWGTENU

15.     Any factual finding more properly a conclusion of law and vice versa shall so be deemed.

## II.

## CONCLUSIONS OF LAW

1.     Claimant must show his injuries arose out of and in the course of employment to have a compensable claim. NRS 616C.150. In order for an injury to arise out of and in the course of employment, Claimant must establish causation. It is not enough to suffer an injury at work but instead an employee must establish a link between workplace conditions and how those conditions caused the injury. Rio Suite Hotel and Casino v. Gorsky,  113 Nev. 600, 605, 939 P.2d 1043 (1997), Mitchell v. Clark County School District, 121 Nev,. 179, 182, 11 P.3d 1104 (2005). The injury must be caused by some risk involved within the scope of employment. Gorsky, 113 Nev. at 604, 939 P.2d at 1046.  Under Rio All Suite Hotel and Casino v. Phillips, 126 Nev. 346, 351-353, 240 P.3d 2 (2010), injuries arising from employment related risks are compensable under workers' compensation, purely personal risks are not compensable and neutral risks may be compensable if Claimant satisfies the increased risk test . Phillips at 351-353. As set forth above, the credible and persuasive reporting of Dr. Shannon establishes that Claimant has failed to meet his burden to establish a compensable claim.

2.     Causation cannot be based solely upon possibilities.  United Exposition serv. Co. v. State Indus. Ins. Sys., 109 Nev. 421, 425, 851 P.2d 423 (1993), which established, "an award of compensation cannot be based solely upon possibilities and speculative testimony. A testifying physician must state to a reasonable degree of medical probability that the condition in question was caused by the industrial injury, or sufficient facts must be shown so the trier of fact can make the reasonable conclusion that the condition was caused by the industrial injury."

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

222 CV 00712 Hiran Glenn

1    Shannon also noted pre-existing hip and groin conditions. As noted above, Dr. Shannon provided

2    the most persuasive reporting as she was able to review medical reporting and diagnostic test

3    results unavailable to other doctors.  Upon reviewing additional medical reports, in her February

4    21, 2022, addendum, Dr. Shannon found that Claimant had pre-existing left hip osteoarthritis.

5    She further noted Claimant had pain going back at least 10 years to the time of his right hip

6    arthroplasty surgery. Dr. Shannon found no significant difference between the 2013 CT scan

7    results and the radio graphic pictures from 2019, and opined that there were similar arthritic

8    levels in 2013 and 2019, and that Claimant's hip condition appears to the natural progression of

9    his pre-existing condition based on diagnostic testing results.  She also found no industrial

10    aggravation, precipitation or acceleration of the pre-existing hip condition. She noted that on

11    October 4, 2019, just days prior to Claimant's alleged industrial injury, Dr. Wu diagnosed

12

13    unilateral primary osteoarthritis of the left hip and chronic pain syndrome consistent with

14    Claimant's history of progressive hip deterioration over a 10 year span.  Dr. Shannon further

15    found no substantial industrial contributing cause to Claimant's left hip condition. For these

16

17    reasons, Claimant did not satisfy his burden under NRS 616C.175 and claim denial is proper.

18         5.     Claimant did not present evidence sufficient to show an accident and injury

19    as required by statute. As claimant felt chronic hip and groin pain as recent as October 4, 2019,

20    prior to the October 17, 2019, alleged date of injury, it remains unclear if Claimant did, in fact,

21    suffer an accident and injury as defined by statute.  It is unclear whether Claimant's described

22

23    symptoms of a tweak in the left hip and groin area when he was performing a "walking motion"

24    with the heavy generator to move it to the front of his truck bed or the a straining feeling when

25    removing a 20-gallon garbage bag filled with magazine and loose leaf items from within a blue

26    trash can was due to an accident as defined under NRS 616c.030 or was a continuation of

27    chronic hip and groin pain as reported to Dr. Wu. As such, Claimant did not present sufficient

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-6513-9753.1 /28190-2742          8

222 CV 00712  HIRSM GLENN

## III.

## DECISION AND ORDER

**WHEREFORE, IT IS ORDERED ADJUDGED AND DECREED**

1. That the January 31, 2020, order affirming the claim denial determination of October
   30, 2021, is hereby AFFIRMED.

IT SO ORDERED.

DATED this 25 day of August, 2022.

_____
JANETTE REYES-SPEER, ESQ.,
Appeals Officer

Submitted by:

LEWIS BRISBOISBRISGAARD & SMITH LLP

By:_____
   KEVIN L JOHNSON, ESQ.
   Nevada Bar No. 002729
   2300 W. Sahara Ave., Ste. 900, Box 28
   Las Vegas, NV 89102
   Tel.: (702) 893-3383
   Fax: (702) 366-9563
   Attorneys for the Insurer and Employer

**NOTICE:** Pursuant to NRS 616C.370 and NRS 233B.130, should any party desire to appeal this
final decision of the Appeal Officer; a Petition for Judicial Review must be filed with the District
Court within thirty (30) days after service by mail of this decision.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-6513-9753.1 /28190-2742

10

222 CV 00712 HIRAM GLENN

## CERTIFICATE OF MAILING

The undersigned, an employee of the State of Nevada, Department of Administration, Hearings Division, does hereby certify that, on the date shown below, a true and correct copy of the foregoing **DECISION AND ORDER** was duly mailed, postage prepaid **OR** placed in the appropriate addressee runner file maintained by the Hearings Division, 1050 E. Williams Street, Carson City, Nevada, to the following:

HIRAM GLENN JR.
1841 DRIFTERS PEAK ST.
LAS VEGAS, NV 89144

KATIA SPATARO ESQ
NEVADA ATTORNEY FOR INJURED WORKERS
2200 SOUTH RANCHO DRIVE SUITE 230
LAS VEGAS NV 89102-4413

MISSION SUPPORT & TEST SERVICES
NLV 019
P.O. BO 98521
LAS VEGAS, NV 89193-8521

LIBERTY MUTUAL
ATTN: SHELLY LERITZ
PO BOX 95577
LAS VEGAS NV 89193

DATED this 25th day of August , 2022.

_____
An employee of the State of Nevada

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-6513-9753.1 /28190-2742                                    11

**CONTAINS PRIVACY ACT INFORMATION**

My signature below indicates that I have read, and been informed of, the information
provided to me in Memorandum Number M262-SP-17-0222, dated September 5, 2017.

_____          _____
Hiram Glenn Jr.                                         Date

**CONTAINS PRIVACY ACT INFORMATION**

M262-SP-17-0222
ADM 16.1.5.B
Hiram Glenn Jr.
Page 2 of 3
September 5, 2017

**Table 1. Sound Level Measurements of Typical Work Activities, Area 1, U1a Complex**

| Survey Date | Location | Activity / Equipment | Noise Level (dBA) |
|---|---|---|---|
| 12/20/16 | Outdoors | Pot-holer spray nozzle (w/wand), fan spray pattern. The hose was connected to a FX60 hydraulic tank with water | 86 – 92 |
| 12/20/16 | Outdoors | FX60 hydraulic tank, at control panel | 90 |
| 12/20/17 | Outdoors | FX60 hydraulic tank, at front of motor | 92 |
| 12/20/17 | Outdoors | Pot-holer spray nozzle, shower/circular spray pattern. The hose was connected to a FX60 hydraulic tank with water | 88 – 90 |
| 02/07/17 | Outdoors | Mikasa compactor/tamper, model MT-65HA (Jumping Jack) | 90 – 96 |
| 02/07/17 | Outdoors | Mikasa compactor/tamper, model MVC-88VGHW (Plate Wacker) | 91 – 96 |

**Table 2. 8-hour Noise Exposure Equivalent from Typical Work Activities**

| Work Location | Major Activity | Exposure Duration | Calculated 8-hr TWA (dBA) |
|---|---|---|---|
| U1a Complex, outdoors | Pot-holing activity | Approximately 4 to 5 hours per day | 84 - 92 |
| U1a Complex, outdoors | Ground compaction | Approximately 1 to 3 hours per day | 85 - 94 |

**DISCUSSION OF RESULTS**

The 8-hr TWAs in Table 2 represent your exposure to noise while operating a pot-holing spray wand/nozzle during a pot-holing activity and the operation of a compactor/tamper during a ground compaction activity. These activities are presumed to be representative of your current expected noise exposures. However, it is not practical to suggest that the above conditions would represent all potential noise exposures during these activities, nor is it all-inclusive of your past exposure. The above previous exposures to workplace noise exceeded the NSTec PEL of 85 dBA. You must continue to wear hearing protection when operating or in the proximity of hazardous-noise producing equipment.

Howard Leight Max-1 earplugs and QM24+ earmuffs are available for your use. The manufacturer's noise reduction ratings for these types of earplugs and earmuffs are 33, 25 and 26 dB, respectively. The earplugs and/earmuffs are appropriate for the types and levels of workplace noise encountered during this assessment and, if worn properly, will

**CONTAINS PRIVACY ACT INFORMATION**



**National Security Technologies** LLC
Vision • Service • Partnership

## CONTAINS PRIVACY ACT INFORMATION

*Interoffice Memorandum*

To:     Hiram Glenn Jr., NNSS-405          Date: September 5, 2017

From:   S. M. Prothro *Stephanie M. Prothro*     No.:  M262-SP-17-0222
        Safety and Industrial Hygiene, 5-1887         ADM 16.1.5.B

Subject: **PERSONAL NOTIFICATION OF STANDARD THRESHOLD SHIFT (STS) INVESTIGATION AND WORK-RELATED NOISE EXPOSURE ASSESSMENT RESULTS**

The Occupational Safety and Health Administration standard 29 CFR 1910.95, Occupational Noise Exposure, and National Security Technologies, LLC (NSTec) Company Directive CD-P450.003, Hearing Conservation Program, require Industrial Hygiene (IH) to perform an investigation following a physician's notice of an employee STS results. On May 9, 2017, IH initiated an STS investigation by interviewing you at Area 6, Building 906, at the Nevada National Security Site (NNSS). You have been employed at the NNSS with NSTec for approximately one year (beginning in 2016). Before working at the NNSS, you worked as a Laborer for multiple companies in Las Vegas, Nevada and Copper Mountain, Colorado. You currently serve as a Laborer II. You stated that you began wearing hearing protection in 1995, and that your noisy hobbies outside the workplace include going to concerts.

### TESTING METHOD AND RESULTS

IH normally uses three methods to investigate work-related noise exposures: 1) noise dosimetry; 2) sound level measurements of potentially hazardous noise sources/activities; and 3) personnel interviews and observations. Depending on the situation, one or more methods can be used during an STS investigation. IH was not able to conduct sound level measurements of your potential hazardous noise sources/activities, and it was determined that an interview/observation (review of previous sound level measurements and noise dosimetry at the same workplace) was the best approach to determine your routine noise exposures.

IH used previous sound level measurements of hazardous noise-producing equipment recorded on December 20, 2016, and February 7, 2017, as the documented sources of noise exposure performed by a typical Laborer II. The noise measurements were conducted using calibrated Quest sound level meters (SLMs) models 2100 and 2400. The SLMs measured sound level readings in decibels on the A-weighted scale (dBA) using the slow response. The 8-hour time-weighted average (8-hr TWA) noise exposures were obtained from previous noise dosimetry surveys in 2016 and 2017 as referenced above. The NSTec Permissible Exposure Limit (PEL) for occupational exposure to noise is 85 dBA for 8 hours. The sound levels produced by some typical work activities/equipment and calculated 8-hr TWAs are shown in Tables 1 and 2 below.

## CONTAINS PRIVACY ACT INFORMATION
*Vision • Service • Partnership*

**CONTAINS PRIVACY ACT INFORMATION**

S740-SP-18-0239
ADM 16.1.5.B
Hiram Glenn
Page 2 of 2
July 2, 2019

**DISCUSSION OF AIR MONITORING RESULTS**
Laboratory analysis indicates that airborne concentrations of asbestos did not exceed the Occupational Exposure Limit (OEL).

**CONTROLS**
**Engineering Controls**
The asbestos abatement included wet methods and double-wrapped bags.

**Administrative Controls**
Administrative controls for the asbestos abatement includes a demarcated regulated area, pre-job briefing, and asbestos worker training.

**Personal Protective Equipment (PPE)**
PPE worn during these work activities included Tyvek with booties, hard hats (as needed), safety shoes, full-face powered air purifying respirator (PAPR) with P-100 filters. PAPRs have an Occupational Safety and Health Protection factor of 1,000. The air monitoring results above do not take respiratory protection into consideration.

**CONCLUSION**
Based on IH review of the operation, the controls utilized during the activities described above were adequately protective of employee.

Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact Katie Martin at 5-4854.

KVM:clc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.

**CONTAINS PRIVACY ACT INFORMATION**



NEVADA NATIONAL
NNSS
SECURITY SITE
*Managed and operated by*
*Mission Support and Test Services*

## CONTAINS PRIVACY ACT INFORMATION

### *INTEROFFICE MEMORANDUM*

*To:*    Hiram Glenn, NNSS-405      *Date:*    July 2, 2019

*From:*    S. M. Prothro Stephanie M. Prothro *Digitally signed by Stephanie M. Prothro Date: 2019.07.03 09:38:16 -07'00'*    *No.:*    S740-SP-18-0239
      Occupational Safety and Industrial Hygiene       ADM 16.1.5.B

*Subject:* **PERSONAL NOTIFICATION OF AIR MONITORING RESULTS FOR ASBESTOS: AREA 23, BUILDING 425 OLD FIRE STATION NO. 1, ASBESTOS ABATEMENT**

On May 29, 2019, staff from Industrial Hygiene (IH) conducted air monitoring for the asbestos abatement operations that occurred at the subject location. Personal air monitoring in the breathing zone was conducted while you and another worker were abating the floor tile in the facility. This work was performed indoors. The purpose of this sampling was to determine the extent of employee exposure to asbestos.

**POTENTIAL HEALTH HAZARDS**
Asbestos is an inhalation hazard that can affect the respiratory tract and cause lung diseases such as asbestosis and lung cancer.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed by Maxxam Analytics, an American Industrial Hygiene Association (AIHA) accredited laboratory, using Phase Contrast Microscopy (PCM). The analytical results are evaluated against the 2018 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs) for asbestos. The 8-hour Time Weighted Average (8-hr TWA) sample results are reported in Table 1.

### Table 1. Asbestos Air Monitoring Results
### Area 23, Building 425, Old Fire Station No. 1

| Date | IH Sample Number | Job Title | Activity | 8-hr TWA asbestos, fibers/cc |
|---|---|---|---|---|
| | | | **2018 ACGIH TLV** | **0.1** |
| 5/29/2019 | IH-19-0891 | Laborer II | Floor Tile Abatement/Bagging Materials | 0.0032 |

## CONTAINS PRIVACY ACT INFORMATION

222 cv 00712 Hiram Glenn

**CONTAINS PRIVACY ACT INFORMATION**

S740-SP-19-0151
ADM 16.1.5.B
Hiram Glenn Jr.
Page 2 of 2
February 25, 2019

**DISCUSSION OF AIR MONITORING RESULTS**
Laboratory analysis indicates that airborne concentrations of asbestos did not exceed the ACGIH TLV.

**CONTROLS**

**Engineering Controls**
The asbestos abatement included the use of wet methods and double-wrapped bags.

**Administrative Controls**
Administrative controls for the asbestos abatement include a demarcated regulated area, pre-job briefing, and asbestos worker training.

**Personal Protective Equipment (PPE)**
PPE worn during these work activities included Tyvek disposable suits with booties, hard hats (as needed), safety shoes, and a full-face air purifying respirator (APR) with P-100 filters. Full-face APRs have an Occupational Safety and Health Administration (OSHA) assigned protection factor of 50. The air monitoring results above do not take respiratory protection into consideration.

**CONCLUSION**
Based on IH review of the air sampling results, the controls utilized during the activities described above were adequately protective of employees.

Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact Katie Martin at 5-4854.

KVM:clc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.

**CONTAINS PRIVACY ACT INFORMATION**

MSTS is a contractor to the National Nuclear Security Administration                    **www.nnss.gov**

222 CV 00712 Hiram Glenn



NEVADA NATIONAL
**NNSS**
SECURITY SITE
Managed and operated by
**Mission Support and Test Services**

## CONTAINS PRIVACY ACT INFORMATION

### *INTEROFFICE MEMORANDUM*

*To:*  Hiram Glenn Jr., NNSS-405      *Date:* February 25, 2019

*From:*  S. M. Prothro  *Stephanie M. Prothro*      *No.:*  S740-SP-19-0151
Occupational Safety and Industrial Hygiene      ADM 16.1.5.B

*Subject:* **PERSONAL NOTIFICATION OF AIR MONITORING RESULTS FOR ASBESTOS: AREA 23, BUILDING D DORMITORY, ASBESTOS ABATEMENT**

On January 28, 2019, staff from Industrial Hygiene (IH) conducted air monitoring for the asbestos abatement operations that occurred at the subject location. Personal air monitoring in the breathing zone was conducted while you and three other workers were abating dormitory floor tiles. This work was performed indoors. The purpose of this sampling was to determine the extent of employee exposure to asbestos.

**POTENTIAL HEALTH HAZARDS**
Asbestos is an inhalation hazard that can affect the respiratory tract and cause lung diseases such as asbestosis and lung cancer.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed by Maxxam Analytics, an American Industrial Hygiene Association (AIHA) accredited laboratory, using Phase Contrast Microscopy (PCM). The analytical results are evaluated against the 2018 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Value (TLV) for asbestos. The 8-hour Time Weighted Average (8-hr TWA) sample results in fibers per cubic centimeter of air (f/cc) are reported in Table 1 below.

**Table 1. Asbestos Air Monitoring Results: Dormitory D Floor Tile Removal**

| Date | IH Sample Number | Job Title | Activity | 8-hr TWA f/cc |
|------|------------------|-----------|----------|---------------|
|      |                  |           | **2018 ACGIH TLV** | **0.1** |
| 1/28/2019 | IH-19-0137 | Laborer II | Floor tile removal | 0.012 |

## CONTAINS PRIVACY ACT INFORMATION

**CONTAINS PRIVACY ACT INFORMATION**

S740-SP-19-0118
ADM 16.1.5.B
Hiram Glenn
Page 2 of 2
January 30, 2019

**DISCUSSION OF AIR MONITORING RESULTS**
Laboratory analysis indicates that airborne concentrations of asbestos did not exceed the Occupational Exposure Limit (OEL).

**CONTROLS**
**Engineering Controls**
The asbestos abatement included wet methods and double-wrapped bags.

**Administrative Controls**
Administrative controls for the asbestos abatement includes a demarcated regulated area, pre-job briefing, and asbestos worker training.

**Personal Protective Equipment (PPE)**
PPE worn during these work activities included Tyvek with booties, hard hats (as needed), safety shoes, full-face air purifying respirator (APR) with P-100 filters. APRs have an Occupational Safety and Health Protection factor of 50. The air monitoring results above do not take respiratory protection into consideration.

**CONCLUSION**
Based on IH review of the incident, the controls utilized during the activities described above were adequately protective of employee.

Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact Katie Martin at 5-4854.

KVM:clc
Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc

**CONTAINS PRIVACY ACT INFORMATION**



**NEVADA NATIONAL**
**NNSS**
**SECURITY SITE**
Managed and operated by
*Mission Support and Test Services*

## CONTAINS PRIVACY ACT INFORMATION

### *INTEROFFICE MEMORANDUM*

*To:*  Hiram Glenn Jr., NNSS-405    *Date:* January 30, 2019

*From:*  S. M. Prothro Stephanie M. Prothro  Digitally signed by Stephanie M. Prothro Date: 2019.01.31 15:18:53 -08'00'   *No.:*  S740-SP-19-0118
Occupational Safety and Industrial Hygiene    ADM 16.1.5.B

*Subject:*  **PERSONAL NOTIFICATION OF AIR MONITORING RESULTS FOR ASBESTOS: AREA 23, BUILDING C DORMITORY, ASBESTOS ABATEMENT**

On January 3, 2019, staff from Industrial Hygiene (IH) conducted air monitoring for the asbestos abatement operations that occurred at the subject location. Personal air monitoring in the breathing zone was conducted while you and two other workers were abating dormitory carpet. This work was performed indoors. The purpose of this sampling was to determine the extent of employee exposure to asbestos.

**POTENTIAL HEALTH HAZARDS**
Asbestos is an inhalation hazard that can affect the respiratory tract and cause lung diseases such as asbestosis and lung cancer.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed by Maxxam Analytics, an American Industrial Hygiene Association (AIHA) accredited laboratory, using Phase Contrast Microscopy (PCM). The analytical results are evaluated against the 2018 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs) for asbestos. The 8-hour Time Weighted Average (8-hr TWA) sample results are reported in Table 1 below.

**Table 1. Asbestos Air Monitoring Results**

| Date | IH Sample Number | Job Title | Activity | 8-hr TWA asbestos, fibers/cc |
|---|---|---|---|---|
|  |  |  | **2018 ACGIH TLV** | **0.1** |
| 1/3/2019 | IH-19-0003 | Laborer II | C Dormitory Carpet Removal | 0.0036 |

## CONTAINS PRIVACY ACT INFORMATION

222 C.V... [handwritten]

**CONTAINS PRIVACY ACT INFORMATION**

M262-SP-18-0039
ADM 16.1.5.B
Hiram Glenn, Jr.
Page 2 of 2
November 20, 2017

**CONCLUSION**
Based on IH review of the air monitoring data, the work procedures and controls used were adequately protective of employees. Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact David Chan at 5-6096.

WDC:dlc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.


**National Security Technologies**LLC
*Vision • Service • Partnership*

CONTAINS PRIVACY ACT INFORMATION

*Interoffice Memorandum*

To: Hiram Glenn, Jr., NNSS-405

From: S. M. Prothro *Stephanie M. Prothro*
Safety and Industrial Hygiene

Date: November 20, 2017

No.: M262-SP-18-0039
ADM 16.1.5.B

Subject: **PERSONAL NOTIFICATION OF ASBESTOS AIR MONITORING RESULTS:
AREA 6, CONSTRUCTION YARD**

On October 24, 2017, staff from Industrial Hygiene (IH) conducted air monitoring for asbestos at the subject location. Personal air monitoring in the breathing zone was conducted while you were removing pipe elbow insulation from the cabling rig U2ez (Camelback) using the glove bag method.

**POTENTIAL HAZARDS AND PERSONAL PROTECTIVE EQUIPMENT (PPE)**
Asbestos is an inhalation hazard that can cause asbestosis, lung cancer, and mesothelioma. PPE worn by you during this monitoring consisted of a disposable suit with hood, booties, gloves, safety glasses, and a full-face air purifying respirator (APR) with P-100 filtration. The Occupational Safety and Health Administration (OSHA) assigned protection factor for full-face APRs is 50.

**AIR MONITORING RESULTS**
The laboratory analytical result was received from Maxxam Analytics, an American Industrial Hygiene Association accredited IH Laboratory. The sample was analyzed using phase contrast microscopy by National Institute for Occupational Safety and Health Method 7400. The analytical result is evaluated against the OSHA Permissible Exposure Limit (PEL) and Action Level (AL) for airborne asbestos fibers. The calculated 8-hour Time Weighted Average (8-hr TWA) sample result based on the laboratory result, in fibers per cubic centimeter of air (f/cc), is reported in Table 1 below.

**Table 1. Area 6, Construction Yard Asbestos Air Sampling Results**

| IH Sample Number | Sample Location, Activity | 8-hr TWA Asbestos (f/cc) |
|---|---|---|
| | **OSHA PEL** | **0.1** |
| IH-17-0753 | Removal of insulation on nine pipe elbows | 0.011 |

**DISCUSSION OF AIR MONITORING RESULTS**
The laboratory analysis results indicate that the reported 8-hr TWA concentration did not exceed the current occupational exposure limit for asbestos as noted in the table above.

CONTAINS PRIVACY ACT INFORMATION
*Vision • Service • Partnership*

**CONTAINS PRIVACY ACT INFORMATION**

S740-SP-18-0238
ADM 16.1.5.B
Hiram Glenn Jr
Page 3 of 3
July 17, 2018

If you have any questions, please contact David Chan at 5-6096.

DC:dlc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.

**CONTAINS PRIVACY ACT INFORMATION**

## CONTAINS PRIVACY ACT INFORMATION

S740-SP-18-0238
ADM 16.1.5.B
Hiram Glenn Jr
Page 2 of 2
July 17, 2018

**Table #1.  Area 6 CP Hill Potholing**
**Respirable Dust and Crystalline Silica Air Sampling Results**

| IH Sample Number | Activity | 8-hr TWA Respirable Dust, mg/m³ | 8-hr TWA Crystalline Silica[1], mg/m³ |
|---|---|---|---|
| | 2017 ACGIH TLV | 3.0 | 0.025 |
| IH-18-0745 | Potholing at CP Hill area | <0.1 | <0.005 |

[1]As defined by 2017 ACGIH TLV (Quartz + Cristobalite)

### DISCUSSION OF AIR MONITORING RESULTS

Laboratory analysis indicates that airborne concentrations of respirable dust and crystalline silica did not exceed the ACGIH TLV.

### CONTROLS IN PLACE DURING MONITORING

- **Engineering Controls**
  Control of air borne dusts generated during potholing was mainly done with the vacuum system generated from the hydrovac truck. In addition, the method of loosening dirt from the ground using high pressure water kept the dirt moist and potentially encapsulated most dust being airborne.

- **Administrative Controls**
  Pre Job safety briefing.

- **Personal Protective Equipment (PPE)**
  Potholing PPE included, steel toe shoes, ear plugs with a noise reduction rating of 33, a half-face air-purifying respirator with P-100 filters and a full body Tyvek suit.

### CONCLUSION

Based on IH review of the air monitoring data, the work procedures and controls used were adequately protective of employees against respirable dust and crystalline silica. Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

## CONTAINS PRIVACY ACT INFORMATION

222 CV 00712 (RFB-BNW) Doc 26-1

**CONTAINS PRIVACY ACT INFORMATION**

S740-SP-18-0179
ADM 16.1.5.B
Hiram Glenn, Jr.
Page 2 of 2
May 8, 2018

**Table #1. Area 6 Well 3 Batch Plant, Emptying Silica Flour Bags**
**Respirable Dust and Crystalline Silica Air Sampling Results**

| IH Sample Number | Activity | 8-hr TWA Respirable Dust mg/m³ | 8-hr TWA Crystalline Silica¹ mg/m³ |
|---|---|---|---|
| 2017 ACGIH TLV | | 3.0 | 0.025 |
| IH-18-0457 | Emptying silica flour bags | 0.230 | 0.198 |

¹As defined by 2017 ACGIH TLV (Quartz + Cristobalite)

**DISCUSSION OF AIR MONITORING RESULTS**
Laboratory analysis indicates that airborne concentrations of respirable dust did not exceed the ACGIH TLV. However the crystalline silica exceeded the ACGIH TLVs.

**CONCLUSION**
Based on IH review of the air monitoring data, the work procedures and controls used were not adequately protective of employees against crystalline silica. However, with the protection from the use of the PAPR, the protection was adequate. Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact David Chan at 5-6096.

DC:dlc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.

**CONTAINS PRIVACY ACT INFORMATION**

222 CV

**NEVADA NATIONAL**
**NNSS**
**SECURITY SITE**
*Managed and operated by*
*Mission Support and Test Services*

## CONTAINS PRIVACY ACT INFORMATION

### *INTEROFFICE MEMORANDUM*

*To:*    Hiram Glenn Jr, NNSS-405

*From:*    S. M. Prothro
Occupational Safety and Industrial Hygiene

*Date:* July 17, 2018

*No.:*    S740-SP-18-0238
ADM 16.1.5.B

*Subject:* **PERSONAL NOTIFICATION OF AIR MONITORING RESULTS FOR RESPIRABLE DUST AND CRYSTALLINE SILICA: AREA 6 CP HILL, POTHOLING**

On June 26, 2018, staff from Industrial Hygiene (IH) conducted air monitoring for respirable dust and crystalline silica at the subject location. Personal air monitoring in the breathing zone was conducted while you and another worker were performing potholing at the CP Hill area. The purpose of the sampling was to determine the extent of employee exposure to respirable dust and crystalline silica.

**OTENTIAL HEALTH HAZARDS AND PERSONAL PROTECTIVE EQUIPMENT (PPE)**
Respirable dust and crystalline silica are inhalation hazards that can affect the respiratory tract and cause lung diseases such as silicosis and lung cancer.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed by Maxxam Analytics, an American Industrial Hygiene Association accredited Laboratory, using National Institute for Occupational Safety and Health Method 0600 for respirable dust and method 7500 for crystalline silica. The analytical results are evaluated against the 2017 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs) for respirable dust and crystalline silica. The calculated 8-hour Time Weighted Average (8-hr TWA) sample results are reported in Table 1 below.

## CONTAINS PRIVACY ACT INFORMATION

S740-SP-18-0187
ADM 16.1.5.B
Hiram Glenn, Jr.
Page 2 of 2
May 14, 2018

**CONCLUSION**
The results indicate that the airborne concentration of respirable dust and silica were below the Occupational Exposure Limit. This data shows that the engineering and work practice controls used during this evaluation were effective in keeping the airborne respirable dust and silica concentrations under control.

Please sign the statement enclosed with this memo. By signing, you indicate that you have read, and been informed of, the information provided herein. Return the signed statement to IH (last page only) within five working days at mail stop NNSS-918. Feel free to make a copy of the statement for your personal records.

If you have any questions, please contact Andrew Colby at 5-0508.

AEC:dlc

Enclosure: as stated

cc: Medical Director, w/o enc., NNSS-276
    IH Files, w/enc.


NEVADA NATIONAL
**NNSS**
SECURITY SITE
*Managed and operated by
Mission Support and Test Services*

*INTEROFFICE MEMORANDUM*

## CONTAINS PRIVACY ACT INFORMATION

To: Hiram Glenn, Jr., NNSS-405

Date: May 14, 2018

From: S. M. Prothro *Stephanie M. Prothro*
Occupational Safety and Industrial Hygiene

No.: S740-SP-18-0187
ADM 16.1.5.B

Subject: **PERSONAL NOTIFICATION OF RESPIRABLE DUST AND CRYSTALLINE SILICA AIR MONITORING RESULTS: AREA 5, POTHOLING**

On April 18, 2018, Industrial Hygiene (IH) conducted breathing zone air monitoring at the subject location, while you were potholing. The purpose of the monitoring was to determine the extent of employee exposure to respirable dust and crystalline silica and to evaluate the effectiveness of existing work controls to minimize potential exposure.

**POTENTIAL HAZARDS AND PERSONAL PROTECTIVE EQUIPMENT (PPE)**
Respirable dust and silica are inhalation hazards that can affect the respiratory tract and cause lung diseases such as silicosis and lung cancer. PPE worn by you during this activity consisted of, steel toed shoes, gloves, safety glasses, hard hat, Tyvek suit, and a half-face air-purifying respirator (APR) with high-efficiency particulate air/P-100 filtration. The Occupational Safety and Health Administration assigned protection factor for half-face APRs is 10. Engineering controls included wet methods.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed through our contractor laboratory Maxxam Analytics, an American Industrial Hygiene Association accredited laboratory, using National Institute for Occupational Safety and Health Method 0600 for respirable dust and Method 7500 for silica (i.e., quartz, cristobalite, and tridymite). The respirable dust and crystalline silica sampling results were compared to the 2017 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs). The calculated 8-hour Time Weighted Average (8-hr TWA) sample results based on the laboratory results are reported in Table 1 below.

**Table 1. Area 5, Respirable Dust and Crystalline Silica Air Sampling Results**

| IH Sample Number | Activity | 8-hr TWA Respirable Dust, mg/m$^3$ | 8-hr TWA Crystalline Silica[1], mg/m$^3$ |
|---|---|---|---|
| | **2017 ACGIH TLV** | **3.0** | **0.025** |
| IH-18-0435 | Potholing | None Detected | None Detected |

[1]As defined by 2017 ACGIH TLV

## CONTAINS PRIVACY ACT INFORMATION



**CONTAINS PRIVACY ACT INFORMATION**

*INTEROFFICE MEMORANDUM*

| | | |
|---|---|---|
| *To:* | Hiram Glenn, Jr, NNSS-405 | *Date:* May 8, 2018 |
| *From:* | S. M. Prothro *Stephanie M. Prothro* Occupational Safety and Industrial Hygiene | *No.:* S740-SP-18-0179 ADM 16.1.5.B |

*Subject:* **PERSONAL NOTIFICATION OF AIR MONITORING RESULTS FOR RESPIRABLE DUST AND CRYSTALLINE SILICA: AREA 6 WELL 3, BATCH PLANT, EMPTYING BAGS OF SILICA FLOUR**

On April 19, 2018, staff from Industrial Hygiene (IH) conducted air monitoring for respirable dust and crystalline silica at the subject location. Personal air monitoring in the breathing zone was conducted while you and two other workers were supporting the Well 3 Batch Plant, emptying bags of silica flour into a hopper. This activity was performed outdoors, with a vacuum from the bag house provided for product transport and dust control. In addition, a dust barrier was installed on the hopper to reduce the effect of wind while emptying the bags. Three pallets of approximately 200 50-pound bags of silica flour were cut open and emptied into hopper. The empty bags were then placed into a dumpster. The purpose of the sampling was to determine the extent of employee exposure to respirable dust and crystalline silica.

**POTENTIAL HEALTH HAZARDS AND PERSONAL PROTECTIVE EQUIPMENT (PPE)**
Respirable dust and crystalline silica are inhalation hazards that can affect the respiratory tract and cause lung diseases such as silicosis and lung cancer. During this monitoring, you wore PPE consisting of gloves, full body Tyvek and a full-face powered air-purifying respirator (PAPR) with a high-efficiency particulate air filter. The Occupational Safety and Health Administration assigned protection factor for PAPRs is 1000.

**AIR MONITORING RESULTS AND STANDARDS**
The samples were analyzed by Maxxam Analytics, an American Industrial Hygiene Association accredited Laboratory, using National Institute for Occupational Safety and Health Method 0600 for respirable dust and method 7500 for crystalline silica. The analytical results are evaluated against the 2017 American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLVs) for respirable dust and crystalline silica. The calculated 8-hour Time Weighted Average (8-hr TWA) sample results are reported in Table 1 below.

**CONTAINS PRIVACY ACT INFORMATION**