# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Hiram Glenn, Jr. | ) |
| | ) **MINUTES OF THE COURT** |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-00712-RFB-BNW |
| v. | ) |
| Mission Support and Test Services LLC et al | ) Dated: August 25, 2023 |
| | ) |
| Defendants. | ) |

PRESENT:  THE HONORABLE  __BRENDA WEKSLER__ , U.S. MAGISTRATE JUDGE

Deputy Clerk:  __ALZ__        Reporter: __NONE APPEARING__

Counsel for Plaintiff: __NONE APPEARING__    Counsel for Defendant: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS:

☐ **CONFORMED COPIES**:  If you wish to receive a file-stamped copy of any pleading or other paper, please submit one (1) additional copy and if by mail, a self-addressed, postage paid envelope, except that persons granted leave to proceed in forma pauperis need not submit a self-addressed, postage paid envelope.  See Local Rule IC 1-1(d).

☐ **CASE STATUS INQUIRIES (case in screening)**:  Before the court is your letter requesting status (ECF No.____). As the court clerk advised you in the "Advisory Letter" confirming receipt of your initial filings, due to the large number of inmate civil rights actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of your case.  Plaintiff is advised, however, that your case is in line for screening. Plaintiff must await the court's initial review of cases filed ahead of yours which are being addressed at present.  As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **CASE STATUS INQUIRES**: The Court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. If you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case. If you have not submitted a document required in your case, the Court will notify you.

☐ **DISCOVERY DOCUMENTS:** Pursuant to the Local Rule IC 1-1(c)(12) and LR 26-7 interrogatories, responses, and proofs of service shall not be filed with the Clerk of Court, unless ordered by the Court.  Your documents are returned herewith.

Rev. 01/26/22

☐ **LOCAL RULES:** The District of Nevada's Local Rules are available on the court's website at www.nvd.uscourts.gov, and at county law libraries and prison libraries.

☐ **LEGAL ADVICE:** Neither the court nor the clerk's office can give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence unless the court orders otherwise. Your documents are returned herewith.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

✓ **MOTIONS:** A document requesting a court order must be styled as a motion, not a letter. See Federal Rules of Civil Procedure 7. Letters to a judge will be disregarded.

☐ **SERVICE:** The court will notify you when it is time for service in your case.

✓ **OTHER**:

Every document you submit to the Court must include your name, address, and telephone number in the upper left-hand corner of the first page. The caption on the first page must include the title of this Court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this Court, you must submit a separate original document with the appropriate case number for each action in which you want the document filed. (Local Rule IA 10-2).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
        Deputy Clerk

Rev. 01/26/22