**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Hiran Glenn, Jr., | |
| Plaintiff(s), | 2:22-cv-00712-RFB-BNW |
| v. | **ORDER** |
| Mission Support and Test Services, LLC, et al., | |
| Defendant(s). | |

This case is referred to me for an Early Neutral Evaluation Conference ("ENE"). An ENE was set. Defendant Wolf requested that the ENE be vacated, and good cause appearing, the request was granted. ECF No. 22.

Accordingly,

I direct the Clerk of Court to remove this case from the ENE program.

DATED this 3rd day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1