DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Mission Support and Test Services LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HIRAM GLENN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MISSION SUPPORT AND TEST SERVICES LLC (MSTS)/ Upper Management and Laborer Relations Representative (Taylor Andrews), MSTS ADA Coordinator (Angelica Wolf), <br><br> Defendants. | Case No.: 2:22-cv-00712- RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO QUASH SUMMONS (ECF NO. 37) AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF NO. 38), and TO SET DEADLINE FOR DEFENDANTS' REPLIES** |

IT IS HEREBY STIPULATED by and between Plaintiff Hiram Glenn, Jr. ("Plaintiff"), appearing in proper person, and Defendant Mission Support and Test Services LLC ("Defendant"), by and through their counsel, the law firm of Jackson Lewis P.C., that Plaintiff shall have a 2-week extension up to and including **March 31, 2026**, in which to file his response to Defendant's Motion to Quash Summons (ECF No. 37) and Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 38) ("Motions"); and, Defendant shall have 2-weeks thereafter to file its Replies by **April 14, 2026**.

This Stipulation is submitted and based upon the following:

1.      Plaintiff was served with the Motions on March 3, 2026 making Plaintiff's responses to the Motions currently due on March 17, 2026.  However, Plaintiff was away traveling and needs

additional time to file responses.

2.      The Parties have agreed to extend the deadline for Plaintiff to file his response(s) to the Motions to March 31, 2026, to allow Plaintiff sufficient time to address the allegations within the Motions; and to allow Defendant an equal amount of time, two weeks, to file its Replies thereafter by April 14, 2026.

3.      This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motions, and to set a deadline for Defendant's Replies.

4.      The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

5.      This Stipulation is made in good faith and not for the purpose of delay.

6.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 12 day of March, 2026.

/s/ Hiram Glenn Jr
HIRAM GLENN, JR.
1841 Drifters Peak St.
Las Vegas, NV 89144

*Pro Se Plaintiff*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant Mission Support
and Test Services LLC*

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated:___March 13, 2026._____